UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-12
```

THE SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

ELEK STRAUB, TAMAS MORVAI, and ANDRAS BALOGH,

                Defendants.

No. 11 Civ. 9645 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the October 12, 2012 conference, the parties shall adhere to the following briefing and oral argument schedule for Defendants' contemplated omnibus motion to dismiss the Complaint:

| | |
|---|---|
| October 29, 2012 | Defendants shall file their motion and accompanying brief of no more than 50 pages; |
| November 30, 2012 | Plaintiff shall file its opposition brief of no more than 50 pages; |
| December 14, 2012 | Defendants shall file their reply brief of no more than 20 pages; and |
| January 17, 2013 | The parties shall appear for oral argument on Defendants' motion. |

SO ORDERED.

Dated:    October 12, 2012
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE