UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

ELEK STRAUB, TAMAS MORVAI, and
ANDRAS BALOGH,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-2015

No. 11 Civ. 9645 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a number of recent filings from the parties to this matter, including:

      (1) a Joint Status Letter requesting an extension of expert discovery, discussing additional fact discovery, and requesting a briefing schedule for summary judgment motions (Doc. No. 185);

      (2) Plaintiff's Pre-Motion Letter seeking to file a motion for summary judgment (Doc. No. 184), and Defendants' response (Doc. No. 187);

      (3) Defendants' Pre-Motion Letter seeking to strike the deposition of a witness (Letter from Robert B. Buehler, dated February 27, 2015, filed under seal), and Plaintiff's response (Letter from Robert I. Dodge, dated March 4, 2015, filed under seal); and

(4) Plaintiff's Pre-Motion Letter seeking to file an amended complaint (Doc. No. 186), and Defendants' response (Letter from William M. Sullivan, Jr., dated March 4, 2015, filed under seal).

The case management plan agreed to by the parties and ordered by the Court provides that fact discovery was to close on January 31, 2015. (Doc. No. 70.) That deadline passed without request for extension.[1] Accordingly, IT IS HEREBY ORDERED THAT fact discovery in this matter has concluded, with one limited exception: the parties shall conduct the deposition of Agent Paul Geboski as previously agreed.

The parties' joint request for an extension of expert discovery is GRANTED. The parties shall submit expert reports by April 15, 2015 and complete expert depositions by June 15, 2015.

IT IS FURTHER ORDERED THAT the parties shall appear on March 20, 2015 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York for a pre-motion conference to discuss the pre-motion letters currently before the Court.

SO ORDERED.

Dated:   March 6, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] The parties received an extension to file their joint pre-motion letters. (Doc. No. 177.) Moreover, in their request dated January 21, 2015, the parties did not request an extension of discovery, and if anything, suggested that fact discovery would conclude as scheduled. (*Id.*)