UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-2015
```

THE SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

-v-

ELEK STRAUB, TAMAS MORVAI, and
ANDRAS BALOGH,

                    Defendants.

No. 11 Civ. 9645 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of returns to letters rogatory from the Ministry of Justice of Hungary, including:

(1) minutes of the hearing of József Baranyai;

(2) minutes of the hearing of Erzsébet Micskó;

(3) minutes of the hearing of Krisztina Hülvely; and

(4) minutes of the hearing of Pál Kustra.

The Court will make these documents available to the parties through the Office of the Clerk of the Court.

SO ORDERED.

Dated:    April 21, 2015
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE