UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-2015
```

THE SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

        -v-                                             No. 11 Civ. 9645 (RJS)
                                                        ORDER

ELEK STRAUB, TAMAS MORVAI, and
ANDRAS BALOGH,

                                    Defendants.


RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of returns to letters rogatory from the Ministry of Justice of

Hungary, including:

        (1)  minutes of the hearing of Ferenc Vaczlavik;

        (2)  minutes of the hearing of Dénes Szluha;

        (3)   minutes of the hearing of Zoltán Gálig;

        (4)  minutes of the hearing of Attila Szendrei; and

        (5)  minutes of the hearing of Zoltán Kisjuhász.

        The Court will make these documents available to the parties through the Clerk of the

Court.

SO ORDERED.

Dated:      April 23, 2015
            New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE