**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

May 18, 2015

**By ECF and Electronic Mail**
Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007
SullivanNYSDchambers@nysd.uscourts.gov

Re:  *Securities and Exchange Commission v. Elek Straub et al.*, 11-cv-9645 (RJS)

Dear Judge Sullivan:

This firm represents defendant Elek Straub in the above-referenced action. We write on behalf of Mr. Straub and, with their permission, his co-defendants András Balogh and Tamás Morvai (collectively, "Defendants"), pursuant to the Court's Individual Practice Rule 1.D, to request a ten-day extension of the existing June 15, 2015 deadline for the completion of expert discovery, to permit the parties to take the depositions of the Defendants' two expert witnesses, Drs. András Jori and Gabor Fodor, on June 23 and 25, in London. Plaintiff the SEC does not oppose Defendants' request.

Both Drs. Jori and Fodor have full-time jobs in either Budapest or Kosovo and have significant work-related commitments over the next two months. Dr. Jori's schedule and availability are severely constrained by the fact that in his present role as an advisor to the EU Office in Kosovo on data protection issues, he is required to spend three weeks each month in Kosovo and is able to spend only a single week each month away from Kosovo, which is also the only time that he is able to be with his family in Hungary. The time that he is permitted to spend outside of Kosovo is quite limited. Dr. Fodor is similarly very busy presently, because his law practice is currently short-staffed. He will not have a fully staffed office until the beginning of July. Accordingly, he expects to be overextended at work for the next several months. By scheduling both expert depositions during the same week in London, we have attempted to minimize the travel and the time commitment for everyone concerned.

In addition, Drs. Jori and Fodor are only two of eight expert witnesses the parties have designated in this action. In recent weeks, the parties have convened repeatedly in Washington to depose certain of the witnesses, and the remaining expert depositions will require counsel to travel to New York and Rhode Island, and back to Washington, in addition to the London trip necessary to depose Drs. Jori and Fodor. Coordinating a schedule for the experts' depositions that accommodates the availability of all counsel, in addition to the availability of the witnesses, has presented its own set of challenges. As noted above, the Defendants here seek only a 10-day extension of the existing deadline.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

This is the Defendants' first request for an extension of the deadline for the close of expert discovery,[1] and this request, if granted, would not affect any other scheduled dates in this action.

Respectfully submitted,

*Lisa Fried*

Lisa Fried
Partner
lisa.fried@hoganlovells.com
D 212-909-0658

cc: All counsel of record (by electronic mail)

---

[1] In their Joint Status Report to the Court of February 27, 2015, the parties requested a two-week extension of the time for submission of expert reports, which had the effect of pushing the end of expert discovery back from May 31, 2015 to June 15, 2015. However, the parties' reason for making that request was to afford them more time to complete their expert reports, not more time to complete the experts' depositions.