UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2015
```

THE SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

-v-

ELEK STRAUB, TAMÁS MORVAI, and
ANDRÁS BALOGH,

           Defendants.

No. 11-cv-9645 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    For the reasons set forth in the Court's separately issued Opinion and Order of this date ("Motion to Strike Opinion"), the Court denies Plaintiffs' motion to strike in its entirety the testimony of a witness in this matter. Given the sensitive subject matter of that opinion and its briefing, which involves a witness whose identity is subject to a protective order, the Motion to Strike Opinion has been temporarily docketed under seal. (Doc. No. 197.) However, in light of the strong presumption of public access to judicial documents, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), IT IS HEREBY ORDERED THAT the parties shall submit a joint letter no later than August 21, 2015 addressing whether there is any need for the Court's Motion to Strike Opinion and related briefing to remain under seal, and if so, proposing any necessary redactions for the versions that will be publicly docketed.

SO ORDERED.

Dated:    August 11, 2015
           New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE