# Exhibit 1



☰

# WHO WE ARE

**As an early-stage technology investor, managing privately financed funds, we seek to find and join the most exciting Central Eastern European teams on their global mission. We are proud of**

our team and portfolio turning value creation and category-defining innovation into reality. We are not only a partner, but a dedicated peer, building the Day One family on mutual trust, great synergies and on our extended international network. Our goal is to sustainably enlarge our portfolio along these fundamentals, while never giving up on our hands-on approach.. Scroll down to meet our team and read more about what we do and how we do it.

## MEET OUR TEAM







**ELEK STRAUB**
managing partner, chairman of the board

Former head of Magyar Telekom Group and general manager of IBM Hungary. Elek has been an advisor, private investor and angel investor as well.

# FULL BIO



**GYÖRGY SIMÓ**
managing partner

Best known in the IT-focused angel investor community. Former co-founder of Origo.hu and CEO of T-Online Hungary. Solid expertise in supporting entrepreneurs.

## FULL BIO



### CSABA KÁKOSY
managing partner, CEO

Energy, transport and telecommunications - key experiences in Csaba's life. 12 years of regulatory and financial experience, former Minister of Economy.

## FULL BIO



**AURÉL PÁSZTOR**
investment manager

Studied and worked in Japan as an economist. Aurel has a great experience in international private equity transactions. He worked with leading Private Equity houses.

## FULL BIO



### ÉVA RÉZ
#### investment manager

Having gained experience in the Silicon Valley, Éva joined Day One in 2014. Previously, she worked on shaping the Hungarian capital market as a Business Development Analyst of the Budapest Stock Exchange.

## FULL BIO



**LUCA KERESZTESI**
investment adviser

Luca has been part of the team since 2012. Studied at Harvard University, Luca was previously the global director of AIESEC, analyst at PwC and worked on sales at Procter&Gamble.

## FULL BIO



**MELINDA CSIK**
office manager

6 years in the sales team at Unilever and 4 years as a trainer of auditors. She's been the operational support member of Day One since 2013.

# FULL BIO

# WE ARE ESPECIALLY INTERESTED IN THE FOLLOWING INDUSTRIES



INTERNET

CONSUMER SERVICES

MOBILE

SOFTWARE

CLOUD

DESIGN

HEALTHCARE

MEDICAL TECHNOLOGY

BIOTECHNOLOGY

# HOW DOES THE INVESTMENT PROCESS WORK?



### FIRST STEP

Write your business summary. Define clearly your product, your market and your customers. Give your growth performance and KPIs. Show us that your team is the best all around the globe to execute this project.



### SECOND STEP

Time for evaulation. Meeting, analyzing and validating: these are the following steps. Based on facts, we are looking for your legitimate assumptions and execution plan.



### THIRD STEP

We understand that time is against startups and we do our best to ask our questions straight and fast. At some point we will run out of questions and then we make a decision. If we are both impressed with each other, we sign the deal and we take you to the next level!

## ARE YOU READY FOR THE NEXT STEP?

SCHEDULE A MEETING

**DISCLOSURE**

Click here to read our disclosure.

**RECENT POSTS**

Fintech is sexy and it knows it
October 6, 2015

12 startuppal menetel előre a Day One, az első magyar angyal befektető csoport
September 29, 2015

Can Stock Exchanges Disrupt the VC Industry?
September 7, 2015

**TAGS**

ADAS    AI    artificial intelligence    automotive    banking

CEE    cloud    day one    DayOne    entrepreneurship

fintech    Gyroset    Instafin    international    investment

microfinance    NAIDEX    NowTech    Oradian    portolio

SaaS    self-driving cars    startup    stock exchange    tech

VC    venture capital    wheelchair

@2015 DAY ONE CAPITAL Venture Capital Fund Management Ltd. H-1123 Budapest, Alkotás utca 53. Hungary MOM Park Building B 5th floor +36 70 6085 730 | info@dayonecapital.com