# Exhibit 2



### Elek Straub  3rd
Telecommunications and internet expert, entrepreneur
Hungary area | Telecommunications

Current | Day One Capital
Previous | Hungarian Yachting Association, Magyar Telekom, MATAV
Education | Budapest University of Technology and Economics

Send Elek InMail

500+ connections

 Contact Info    https://hu.linkedin.com/pub/elek-straub/4/974/906

**Background**

### Experience

**Managing Partner, Chairman of the Board**
Day One Capital
January 2010 – Present (5 years 11 months) | Budapest, Hungary

Business angel, co-founder and managing partner of Day One Capital a venture capital found investing in fast growing startups.
Consulting Hungarian and international telecom and internet companies

**President**
Hungarian Yachting Association
May 2005 – May 2012 (7 years 1 month) | Budapest, Hungary

**Chairman and CEO**
Magyar Telekom
January 1996 – December 2006 (11 years)

Full responsibility for the leading integrated telecom operator in Hungary with significant investments in the South-Eastern European Region (Balkan)

Magyar Telekom is a public Company, member of the DT Group, listed on the Budapest and New York Stock-Exchange with a revenue of around 2,5 Billion EUR and 1 Billion EUR EBITDA, serving above 5 million mobile and close to 4 million fixed line customers.

Major achievements during the 12 years of leadership:
Continuous dynamic development of the revenue, EBITDA and profit of the corporation;
Continuous reduction of the headcount (more than halving the original number) resulting in a significant improvement of efficiency;
Several significant acquisitions in the region, including Macedonia, Montenegro, leading IT Company in Hungary, 49% share of the majority owned mobile company (overall volume around 1 Billion EUR);
Maintaining the leading position on the markets after liberalisation ;
Implementation of the state of the art IT solution, quality assurance systems in finance, customer care, technology etc.;
Transforming through changing the culture from a state owned, old style telecom incumbent to a market oriented public company.

▼ 2 recommendations

 **Molnár Dénes**
at Magyar Telekom Dolgozói Sport Club
Elek is a good boss and a good sportsman too. He likes sailing and sponsored the Sport Club of the workers of Magyar Telekom... View

 **Eszter Babarczy**
lecturer, Moholy-Nagy University of Art
Elek was a polite, modest and reliable CEO who nevertheless made tough and quick decisions. He is a masterly nego iator in... View

### CEO
MATAV
July 1995 – December 1995 (6 months)

I started as the CEO in MATAV (Budapest) mid 1995.
In 1996 I was elected the Chairman of the Board. I was working for the company through 2006 in the same position. The company
was re-named Magyar Telekom.

### Country General Manager (CEO)
IBM Hungary
January 1990 – June 1995 (5 years 6 months)

Full responsibility for the service, marketing and sales of all IBM products in Hungary

Transforming the company to an efficient sales and service machine, growing the revenue and profit manyfold.

▼ 1 recommendation



**Laszlo Biro**
Participant at NIAS - NATO Information Assurance Symposium

Elek and the organiza ion supervised by him was a reliable and efficient busyness partner of my company. I strongly recommend him for doing busyness with him. View

### Vice President
Hungarian Central Statistical Office
January 1980 – January 1990 (10 years 1 month) | Budapest, Hungary



I had a step by step growing responsibility for the computing and IT activities within the Central Statistical Office of the Government. Starting as a Head of Department I have finished my years at KSH as a Vice President responsible for
the IT function. My main task was to develop and manage the largest IT network in Hungary in the 80's.

### Head of Department
Hungarian Management Development Center, Budapest
January 1968 – January 1980 (12 years 1 month)

Various IT related managerial jobs with responsibilities for the development of main frame based IT systems;
Training for managers in IT systems.

---

 Education

### Budapest University of Technology and Economics
Economics
1970 – 1972



Postgraduate studies in Economics

### Budapest University of Technology and Economics
MS, Electrical Egineering
1963 – 1968



---

Additional Info

• **Interests**

Sailing

• **Personal Details**

███████████████

 Organizations

**Additional Organizations**

Hungarian Yachting Association (President), Deutsch-Ungarische Industrie- und Handelskammer (Vice President)

 Honors & Awards

**Additional Honors & Awards**

- "CEO of the year" in Hungary,
- "CEO of the year" in emerging markets by ING and Euromoney in 2000,
- 1st Class Cross of Distinction of the Order of the Federal Republic of Germany,
- Officers Cross of the Order of Merit of the Republic of Hungary

Recommendations                                      Received (3) ▼   Given (4)

### Chairman and CEO
Magyar Telekom


**Molnár Dénes**
at Magyar Telekom Dolgozói Sport Club

❝ Elek is a good boss and a good sportsman too. He likes sailing and sponsored the Sport Club of the workers of Magyar Telekom where I sail too.

February 20, 2009, Molnár worked directly with Elek at Magyar Telekom


**Eszter Babarczy**
lecturer, Moholy-Nagy University of Art

❝ Elek was a polite, modest and reliable CEO who nevertheless made tough and quick decisions. He is a masterly negotiator in delicate issues and problems involving several partners with sharply opposing interests. He is an open minded person who is always willing to learn and socialize, accomodate new experiences and turn them into profit.

August 12, 2007, Eszter worked indirectly for Elek at Magyar Telekom

### Country General Manager (CEO)
IBM Hungary


**Laszlo Biro**
Participant at NIAS - NATO Information Assurance Symposium

❝ Elek and the organization supervised by him was a reliable and efficient busyness partner of my company. I strongly recommend him for doing busyness with him.

October 12, 2009, Laszlo was Elek's client

Groups


IBM Hungary past an...
347 members
Join

Following

## Influencers



**Ron Baker**
Founder of VeraSage...
Follow

## Schools

**Budapest University ...**
Hungary
Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback