# EXHIBIT A

Page 77

1   A   No.
2   Q   And you don't recall --
3   A   As I read it today, you know, I can
4  interpret that on the 5th and 6th of May there was an
5  agreement about cooperation issues between the
6  government and MakTel.
7       MR. DODGE: Number 18, please.
8       (Balogh Exhibit 132 marked for purposes of
9  identification.)
10 BY MR. DODGE:
11  Q   I'm handing you a document that's been
12 marked Exhibit 132. Exhibit 132 is an e-mail chain,
13 three pages -- well, the total document is six pages.
14 First three pages are an e-mail chain that are
15 partially -- actually all in English. Bottom three
16 pages are Hungarian originals with partially in
17 Hungarian and partially in English.
18      The top e-mail of the e-mail chain --
19 actually the bottom e-mail in the first page of the
20 e-mail chain is from Andras Balogh dated May 17th,
21 2005, to Peter Danko, Elek Straub, and Tamas Morvai.
22      Take a look, please, at Exhibit 132 and
23 tell me whether you recognize this e-mail chain?
24  A   (Witness reviewing document.)
25      Not that I specifically wrote this e-mail.

Page 78

1  I see my name on the e-mail. So I have no reason to
2  believe that I have not sent it or received these
3  e-mails.
4       MR. DODGE: I think I'm going to move on.
5  21 and 22.
6       (Previously marked Exhibit 11 for purposes
7  of identification.)
8       (Previously marked Exhibit 12 for purposes
9  of identification.)
10 BY MR. DODGE:
11  Q   Mr. Balogh, I'm handing you two documents
12 that have been previously marked Plaintiff's Exhibits
13 11 and 12. Each of them is two-page document with the
14 heading Protocol of Cooperation.
15      The first bears -- Exhibit 11 bears the
16 Bates numbers GREEK-MLAT-7 and 8. Exhibit 12 has the
17 Bates numbers GREEK-MLAT-9 and 10.
18      I'd like you to review those, please, and
19 tell me if you've seen them before?
20  A   It appears to be signed Protocol of
21 Cooperation.
22 BY MR. DODGE:
23  Q   So let's take a look at Exhibit 11 first.
24 And this is in the -- on the first page it says, this
25 Protocol of Cooperation is entered into on the date

Page 79

1  indicated below and between the government of --
2  Republic of Macedonia represented by His Excellency,
3  Mr. Vlado Buckovski and then on behalf of Matav
4  represented by Elek Straub.
5       If you look at the second page on the
6  signature lines, over the signature line for Elek
7  Straub, do you recognize that signature?
8   A   I do.
9   Q   And is that your signature?
10  A   Yes, it is.
11  Q   So did you sign this document on Mr.
12 Straub's behalf?
13  A   That's right.
14  Q   Do you recognize the signature of
15 Mr. Buckovski?
16  A   No.
17  Q   Okay. There are initials on both pages
18 starting on the bottom left corner.
19      Do you recognize those initials?
20  A   Bottom left I recognize. This appears to
21 be my initials.
22  Q   Okay. And then there's a series of
23 initials on the bottom right.
24      Do you recognize those?
25  A   No.

Page 80

1   Q   So tell me about the circumstances under
2  which you signed Exhibit 11?
3       MR. SULLIVAN: Object to form.
4       Can you narrow and refine that a little
5  bit?
6       MR. DODGE: Okay.
7  BY MR. DODGE:
8   Q   The agreement is dated May 27th, 2005. Did
9  you sign Exhibit 11 on May 27th, 2005?
10  A   I don't remember on which day I signed this
11 document. I do not remember the exact date. I have no
12 reason to believe it wasn't on the 27th of May.
13  Q   Do you know where you were when you signed
14 it?
15  A   I don't really remember, but, as I recall,
16 you know, I vaguely remember it, and from the
17 circumstances of this document I should have been or I
18 must have been in -- somewhere in Macedonia to sign it.
19  Q   Okay. Did you sign this document together
20 with Mr. Pejkovski?
21  A   Definitely not.
22  Q   And you're certain about that? So tell me
23 about your recollection.
24  A   I'm pretty certain about that, because if I
25 signed something with a prime minister, any prime

Page 81

1 minister, I should remember that. The prime minister
2 is somebody. I definitely do not remember signing
3 anything with the prime minister.
4   Q   Do you know whether you signed this
5 document before the prime minister or after the prime
6 minister?
7   A   I can't say.
8   Q   Do you remember who also was with you when
9 you signed the document?
10  A   I don't know.
11  Q   Were any of the Greeks with you?
12  A   I have no idea.
13  Q   After you signed it, after you signed
14 Exhibit 11, what did you do with the document? Did you
15 make a copy? Did you keep a copy?
16  A   As I told you, I don't remember.
17  Q   Do you know whether the only original of
18 the -- of Exhibit 11 was taken by Mr. Kefaloyannis?
19  A   It could be that he could take the
20 original, yes.
21  Q   Did you understand at the time that there
22 were going to be no copies of the signed Protocol of
23 Cooperation?
24  A   Well, the Greeks acted as a trusted third
25 party in these negotiations. So it wasn't surprising

Page 82

1 that they take the original version as they were acting
2 as kind of peacemakers between two parties, I mean,
3 between MakTel and Magyar Telekom and the government of
4 Macedonia. So it wasn't anything unusual.
5   Q   Did you keep a signed copy of the protocol?
6   A   I did not.
7   Q   Why not?
8   A   Because I did not need a signed copy of the
9 protocol because I most likely had everything as an
10 electronic version. The protocol was not a binding
11 document, Mr. Dodge. I mean, I had no reason to keep
12 it signed or not signed. It's a wish list.
13        It's more a memorandum of understanding
14 than a proper contract for anybody, and, again, I gave
15 you the big picture. More import is the general
16 relationship between the company and the government
17 than what is the exact form. That's a formality.
18        The real rationale behind is that we set
19 forth the framework of cooperation, and, as I sit here
20 today and I interpret what I see and my recollection
21 whether it was signed or not, whether I had a signed
22 copy or not, and the fact that you said that a signed
23 copy was kept with the Greeks or Mr. Kefaloyannis, it's
24 not surprising at all.
25  Q   Well, you signed this protocol on behalf of

Page 83

1 your chief executive officer, Mr. Straub; is that
2 right?
3   A   Yes. That's why it says PP.
4   Q   Did you bring a signed copy of the
5 agreement back to Mr. Straub?
6   A   I can't remember if -- you know, if I had
7 taken back a signed copy to the chief officer, then why
8 did you say that the only copy was with Mr.
9 Kefaloyannis. So most likely I did not.
10  Q   Wouldn't Mr. Straub expect to get a signed
11 copy of the protocol --
12  A   I don't think so.
13  Q   -- if a document is signed under his name?
14  A   I signed it on his behalf, so.
15  Q   Did you have permission from Mr. Straub not
16 to bring a signed copy back with you?
17  A   I had permission from Mr. Straub to sign
18 the document on his behalf, obviously.
19  Q   Does -- is there a formal archive system
20 exist at Magyar Telekom when you were there?
21  A   Yes. There are archive systems, yes.
22  Q   And was it part of that system that
23 contracts entered into on behalf of the corporation
24 were maintained in the archives?
25  A   That wasn't my responsibility to take care

Page 84

1 of maintaining contracts in the archives. Frist of
2 all, the archives, if I remember, were electronic
3 archives. No hard copy archives, and, second, such
4 archives have been maintained by the legal department
5 or the financial department.
6        Both the legal department and the financial
7 department were involved in creating or drafting or
8 finalizing these Protocol of Cooperation. That, in
9 fact, was not a contract, Mr. Dodge. This is a
10 memorandum of understanding.
11  Q   And did you get authorization from anybody
12 in Magyar's in-house legal department or from the
13 archives department to not -- not provide a written
14 copy for the archives?
15        MR. SULLIVAN: Objection to form.
16        Go ahead.
17        THE WITNESS: What authorization do you
18 mean? I didn't get any authorizations from the legal
19 departments. They were not supposed to authorize me to
20 do this or that. They had a copy, so they kept it in
21 the copy of their electronic files.
22  BY MR. DODGE:
23  Q   You said "they had a copy"?
24  A   They had a copy of the document. I didn't
25 say they had a signed copy of the document. They had a

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 4 of 16

U.S. Securities and Exchange Commission v.                                                          Andras Balogh - Vol. 1
Elek Straub, Andras Balogh and Tamas Morvai                                                         July 28, 2014

Page 89

1   Q   Okay. But the prime minister signed it?
2   A   Yes.
3   Q   And you signed for the CEO?
4   A   Yes.
5   Q   But notwithstanding that, your testimony is
6   the document wasn't important enough even to keep a
7   copy of; is that right?
8   A   No, no, no, that's not what I'm saying.
9   You are misinterpreting what I said.
10  Q   Then please clarify.
11  A   I want to make it very clear, so I would
12  like to tell it in Hungarian.
13          THE WITNESS: (Speaking in Hungarian).
14          THE INTERPRETER: I signed the document in
15  the name of the chief executive officer. I don't know
16  when the document has been signed by the prime
17  minister.
18          THE WITNESS: (Speaking in Hungarian).
19          THE INTERPRETER: Consequently, I cannot
20  say with any certainty whatsoever that when I departed
21  from Macedonia there was already existing copy signed
22  by both individuals, meaning me and the Macedonian
23  party.
24          THE WITNESS: (Speaking in Hungarian).
25          THE INTERPRETER: The document was

Page 90

1   important. The document was an important document, and
2   it was mostly important because of what was included in
3   that document, the points that were brought up.
4           THE WITNESS: (Speaking in Hungarian).
5           THE INTERPRETER: The intent of signing
6   these documents, this document, was that it would be
7   almost like a guidance for activities towards the
8   future pointing toward future activities.
9           THE WITNESS: (Speaking in Hungarian).
10          THE INTERPRETER: This purpose, the
11  guidance, was indicative of future cooperation between
12  the parties.
13          THE WITNESS: (Speaking in Hungarian).
14          THE INTERPRETER: And in this regard it was
15  less important that we would have in our possession a
16  copy signed by both parties.
17          Presumably both the government, Macedonian
18  government and Hungarian Telecom was fully aware that
19  the legal -- the legalized copy signed by both
20  parties --
21          THE WITNESS: I didn't say "legalized".
22          THE INTERPRETER: I'm sorry.
23          The signed copy of this document would be
24  deposited with a trusted third party, in this case, the
25  Greeks.

Page 91

1           THE WITNESS: (Speaking in Hungarian).
2           THE INTERPRETER: Since this is not a
3   contract. This appeared to be reasonable to us -- to
4   me.
5   BY MR. DODGE:
6   Q   So would you -- when you came back to
7   Hungary from Macedonia, you knew that you did not have
8   a signed copy of the protocol?
9   A   Mr. Dodge, I don't remember. I assume I
10  did not have the signed copy of the Protocol of
11  Cooperation because then I would have taken it with me
12  and I would have shown it to the CEO or the head lawyer
13  or whatever, and I cannot recall that that happened.
14  So I assume a signed copy was not with me when I left
15  Macedonia, but I don't remember.
16  Q   But you know that later on other executives
17  at Magyar Telekom and at Deutsche Telekom asked you for
18  a signed copy and you had to explain why you didn't
19  have one; is that right?
20  A   I don't know what kind of request do you
21  mean?
22  Q   There was a request in Michael Gunther for
23  a signed copy of the agreement; is that right?
24  A   I don't remember. Maybe there was.
25  Q   And you had to explain to him why he

Page 92

1   couldn't have it; is that right?
2   A   I don't remember.
3   Q   Okay. Was there anything bad that would
4   have happened had you kept the sign copy?
5           MR. SULLIVAN: Objection. What do you mean
6   by "bad"?
7           THE WITNESS: Yes, what do you mean by
8   "bad"?
9   BY MR. DODGE:
10  Q   Not good.
11          MR. SULLIVAN: What do you mean by "not
12  good". Did you have a particular issue that you want
13  to the explore?
14  BY MR. DODGE:
15  Q   Would there have been any adverse
16  consequences to you or to Magyar Telekom that you were
17  aware of that provided a reason for not keeping a
18  signed copy of the protocol?
19  A   Not at all. Not at all. We would have
20  been happy to keep a signed copy of the protocol.
21  Q   What discussions did you have with the
22  Greeks about whether to keep a signed copy of the
23  Protocol?
24          MR. SULLIVAN: Objection to form.
25          THE WITNESS: I can't recall any

Page 93

1  discussions about the details of how to keep these
2  documents with the Greeks. They kept it. As I said,
3  they were the trusted third party and they kept it.
4  The fact is more important than the details about that,
5  Mr. Dodge. I can't recall how and why and under what
6  circumstances it was decided that they keep or where
7  they keep it or how they keep it or when, I don't know.
8     Q    Okay. But you knew that the only original
9  of the document would be kept with the Greeks?
10           MR. SULLIVAN: Objection.
11           That's not his testimony.
12 BY MR. DODGE:
13    Q    Is that right?
14    A    I knew it at some point, but I don't know
15 when. You know, not that the -- I can't specifically
16 tell you when it became clear that there was one copy
17 and that's kept with the Greeks. I don't know. I
18 can't remember.
19    Q    Okay. But my at least June of 2005 you
20 knew that the Greeks had the only signed version,
21 right?
22    A    Mr. Dodge, you are asking me about dates, I
23 don't remember.
24    Q    Okay. Can you think of any other important
25 documents, important documents signed by a senior

Page 94

1  officer of Magyar Telekom that would not have been kept
2  in the files of Magyar Telekom?
3           MR. SULLIVAN: Objection.
4           THE WITNESS: Can I think of it right now?
5  Maybe there were these documents, but I can't think of
6  them now, but if you give me enough time, maybe I will
7  remember something?
8  BY MR. DODGE:
9     Q    Was it the ordinary practice in Magyar
10 Telekom when a contract was entered on behalf of the
11 company that the signed version of the contract would
12 be kept in the archives?
13    A    Mr. Dodge, the responsible organization for
14 keeping the contract with the legal department and/or
15 the finance department, I don't even remember, but
16 there was a system to keep contracts under the archives
17 of Magyar Telekom that referred to contracts.
18    Q    Okay. So Protocol of Cooperation was not a
19 contract?
20    A    I'm not a qualified lawyer to decide
21 whether it's a contract or not. As an intention, I
22 told you already many times, it was not. It was more a
23 memorandum of understanding. It was a wish list. It
24 was a roadmap for future cooperation. That's what it
25 was. It set forth how we are going to work together as

Page 95

1  MakTel and government of Macedonia as business
2  partners, as equity partners, and as a market player
3  and the regulator.
4     Q    Did you ever describe the Protocol of
5  Cooperation using the word "contract"?
6     A    I don't remember.
7     Q    What's the Hungarian word for "contract"?
8     A    (Speaking in Hungarian).
9     Q    Did you ever use that word to describe the
10 protocol?
11    A    I don't know, Mr. Dodge.
12           MR. SULLIVAN: Can we have the interpreter
13 spell that, for the record?
14           THE INTERPRETER: S-Z-E-R-D-O with the
15 umlar S. S-Z-E-R-D-O.
16           MR. SULLIVAN: For the record, the document
17 itself was found, has been found in the files of Magyar
18 Telekom. That's what was initially retrieved.
19           MR. DODGE: Not the signed version of the
20 document.
21           MR. SULLIVAN: The document itself.
22           MR. DODGE: But not the signed version's
23 never been found in Magyar Telekom, unless you have
24 information to the contrary.
25           MR. SULLIVAN: I don't have information

Page 96

1  whatsoever. All I'm saying is, these documents here
2  were in the archives, whether the signed copies were in
3  the archives, I don't have any knowledge.
4           MR. DODGE: Well, if you're making
5  representations that Exhibits 11 and 12, signed
6  versions of these were in the archives, than I'd like
7  to know the basis of that.
8           MR. SULLIVAN: I have no information about
9  the signed documents. These documents, documents
10 described as the Protocol of Cooperation are in the
11 archives. That's where they were originally retrieved.
12 BY MR. DODGE:
13    Q    Let's turn to Exhibit 12. This is Protocol
14 of --
15           MR. SULLIVAN: We need to take a quick
16 break. It's almost 1:00 and let us know your plans for
17 lunch.
18           MR. DODGE: Okay. Let's go off the record.
19           THE VIDEOGRAPHER: Going off the video at
20 12:50 p.m.
21       (Recessed at 12:50 p.m. for lunch)
22        A F T E R N O O N   S E S S I O N
23        (Reconvened at 1:53 p.m.)
24           THE VIDEOGRAPHER: We are back on the video
25 record at 1:53 p.m., starting disk two.

U.S. Securities and Exchange Commission v. Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 6 of 16
Elek Straub, Andras Balogh and Tamas Morvai

Andras Balogh - Vol. 1
July 28, 2014

Page 97

BY MR. DODGE:
Q   Mr. Balogh, let's turn back to Exhibit 11. I know I asked you to look at 12, but let's go back to 11, the protocol that you signed?
A   Yes.
Q   And so, Mr. Balogh, turn to Exhibit 11. You mentioned that you used the term "aspirational" to describe aspects of the protocol; is that right?
A   I don't remember using the word "aspirational". I used, I think, "desired", but basically is the same word.
   MR. BEDNAR: Did you also use the word "wish list" to describe the protocol?
   THE WITNESS: Yes.
BY MR. DODGE:
Q   Let's look at some of the terms. In paragraph 1 it begins on the first page of Exhibit 11 it says, Matav agrees that MobiMak will expand its network coverage into Kosovo in order to assist an already an already existing mobile license holder to start operations as a mobile virtual network operator of MobiMak in Kosovo.
   Do you see that?
A   Yes.
Q   And then in the next paragraph it says, the

Page 98

government agrees with Matav -- and Matav also refers to Magyar Telekom; is that right?
A   That's right.
Q   The government agrees with Matav that only MVNO license maybe issued in Macedonia, and further it's introduction to subject to the joint written agreement of the parties.
   Now, where it says only MVNO license, does that mean that there would not be a third mobile operator in Macedonia that had its own network?
A   Basically interpreting these paragraphs today it clearly sets two kinds of MVNO operation. Are you familiar at all with the MVNO?
Q   Yes.
A   So the MVNO means that it uses another service providers physical assets to provide service somewhere. When I mentioned wish list or aspirational targets, paragraph number one is a very good example for that because it's Kosovo MVNO operation is definitely an aspirational target. The aspirational target of our Greek partners and our the aspirational target of certain Macedonian -- certain Macedonian people who believe that it would be a bad idea if a third mobile operator would come to market that would serve customers on an ethnic basis.

Page 99

You're probably aware that Macedonia is a ethnically highly divided country to receive a war a few years back. And about one-third, probably more of the country is ethnic Albanian and two-thirds are sloves.
   There was a strong intention to serve the Albanian community with their own mobile network as they wanted to have everything of their own.
   The first idea of the MVNO operation refers to such a services that would provide service to ethnic Albanians in Macedonia and in Kosovo.
   What I'm saying it's an aspirational target because there was no license to provide such a service in Kosovo. That would have been an unlicensed mobile operation. It's quite unlikely that a company like Magyar Telekom or MakTel could go into such a service without any problems, even though it was strongly encouraged by the Greeks who were participating in development of this Protocol of Cooperation and it was obviously desired by certain circles, forces, people businesses in Macedonia.
   Now, the second paragraph of that refers to a different kind of MVNO. Something like that you have mentioned, which refers to the fact that if a third mobile license is issued in Macedonia for the whole

Page 100

country, not an ethnic basis, but for the whole country, than it would have been better for MakTel, i.e., it probably would have been better for the government as a shareholder of MakTel as well, that no traffic and revenue -- as little traffic and as little revenue is lost to a third competitor as possible, i.e., the physical assets of MobiMak can be used and the third operator would be an MVNO service provider.
Q   So the third recovery if there were to be a third operator in Macedonia under the protocol, it would operate based on a physical network that was owned by MobiMak; is that right?
A   If you refer to the second paragraph here?
Q   Second paragraph.
A   Yes. Because the first paragraph is different. That physical network did not fully exist yet.
Q   Okay. And the second paragraph says that only an MVNO license may be issued in Macedonia. Did you understand that to mean that there would not be a third license in Macedonia where the third operator had its own network?
A   According to this Protocol of Cooperation, this is desired by the parties.
Q   And in paragraph 2 it says, Matav agrees

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 7 of 16

| U.S. Securities and Exchange Commission v. | Andras Balogh - Vol. 1 |
| Elek Straub, Andras Balogh and Tamas Morvai | July 28, 2014 |

Page 101

1 that MakTel would pay an increased dividend of euro
2 95 million to its shareholders, i.e., 44.8 million for
3 the government after the financial year 2004 and
4 (declared irrevocably in May and payable in full within
5 the shortest legally possible timeframe no later than 4
6 July 2005).
7        Do you see that?
8    A    Yes.
9    Q    And was that a provision that was expected
10 to be binding on Magyar Telekom and MakTel?
11   A    Well, this was the desire, this was the
12 request for double dividend payment.  Earlier the
13 dividend levels were higher.  In order actually declare
14 this dividend for direction set to be done, you know,
15 like board approvals were needed and another approval
16 process had to be followed within the company.
17   Q    Well, but was your it intention to actually
18 comply with this provision and actually have the
19 dividend paid?  When I say "your" I mean Magyar
20 Telekom?
21   A    As one of the elements of the negotiation,
22 this under certain circumstances, would have been
23 acceptable for Magyar Telekom, yes.
24   Q    Well, this was a key provision from the
25 government's standpoint, right?

Page 102

1    A    The government found it extremely important
2 because it was very important revenue source for the
3 budget.
4    Q    So was it your understanding that the
5 government fully expected Magyar Telekom and MakTel to
6 make this payment no later than the 4th of July 2005?
7        MR. SULLIVAN:  Objection as to his ability
8 to testify as to what the government expected.
9        THE WITNESS:  It was obvious that they
10 wanted, but, no, what they were exactly expecting and
11 by what date, I cannot tell you.
12 BY MR. DODGE:
13   Q    You knew what the agreement provided,
14 right?
15   A    You mean this agreement?
16   Q    The Protocol of Cooperation?
17   A    The Protocol of Cooperation is a framework
18 for future cooperation set forth that Magyar Telekom
19 would pay a double dividend.
20   Q    And it's unequivocal, right, it simply says
21 Magyar Telekom and MakTel will pay this dividend by
22 this date?
23   A    It's -- when you say the word?
24   Q    Unequivocal.
25        THE WITNESS:  Cannot be taken place?

Page 103

1        THE INTERPRETER:  (Speaking in Hungarian).
2        THE WITNESS:  Could you explain?
3        THE INTERPRETER:  Could you repeat that,
4 please?
5 BY MR. DODGE:
6    Q    The sentence that we're talking about in
7 paragraph 2 of Exhibit 11, it simply says that MakTel
8 will pay this dividend within the shortest possible
9 timeframe no later than July 4th; is that right?
10       THE INTERPRETER:  (Speaking in Hungarian).
11       THE WITNESS:  It says that Magyar Telekom
12 will pay the increased dividend in order to pay this
13 dividend for their actions have to be taken.
14 BY MR. DODGE:
15   Q    And that's a vote of the board of
16 directors, right?
17   A    It's a vote of the board of directors, but
18 probably not only one company, not only of MakTel but
19 also of Stonebridge.  So it's a multiple
20 decision-making process.
21   Q    But all with Magyar Telekom; is that right?
22   A    No.
23   Q    All within companies related to Magyar
24 Telekom?
25   A    Yes.

Page 104

1    Q    All subject to the direction of Mr. Elek
2 Straub who signed -- whose name is on the Protocol of
3 Cooperation?
4    A    What do you mean, direction of Elek Straub?
5    Q    Well, if Mr. Elek Straub, or you on his
6 behalf, signed this Protocol of Cooperation which says
7 that MakTel will make these payments by this certain
8 date, was Mr. Straub in a position to ensure that that
9 happened?
10   A    Elek Straub was in the position probably,
11 and you have to ask him, you know, what kind of
12 position he was; but I assume his position was to go
13 with this intention to pay the 95 million.  It wasn't
14 his decision.
15       A lot of other parties have to be involved
16 in making the final decision, like the board of
17 Stonebridge, like the board of MakTel, and probably the
18 finance department of Magyar Telekom, including people
19 from Deutsche Telekom.  This is a major cash out item,
20 95 million euros.  So it needs approval from other
21 areas of the company as well.
22   Q    All right.  So this Protocol of Cooperation
23 then is a pretty important document?
24       MR. KOENIG:  I'm going to object.
25       THE WITNESS:  As setting directions, it

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 8 of 16

U.S. Securities and Exchange Commission v.                                    Andras Balogh - Vol. 1
Elek Straub, Andras Balogh and Tamas Morvai                                   July 28, 2014

Page 105

could be said it's an important document, yes.
**BY MR. DODGE:**
   **Q**   Okay. Now, the paragraph below that says, the shareholders -- it's still under number 2, but the second paragraph. The shareholders of MakTel and the companies -- oh, no, I'm sorry, I'm misreading it.
       A dividend for the subject -- for the subsequent financial year of the same level is subject to, one, the sole discretion of the shareholders of MakTel, and, two, the company's financial performance and condition on 31 December 2005 (payable during the first half of 2006) and, three, the reliability of the regulatory framework of the telecommunications market in Macedonia.
       Now, this refers to the dividend for the 2006 financial year; is that right?
   A   It doesn't appear to me. It appears to me it's the financial year 2005.
   **Q**   But it begins, a dividend for the subsequent financial year of the same level?
   A   Yes, the first year.
   **Q**   Okay, no, I'm sorry. The first year --
   A   2004, and next is 2005.
   **Q**   I apologize. You're right.
       Okay. So this is deal is with the dividend

Page 106

for the 2005 year, which would have been payable in 2006; is that right?
   A   Normally, yes.
   **Q**   And would you regard this provision as something like a wish list on the part of the government?
   A   It's a wish list of both parties. I mean, you have to, again, put it into context. The dividend is an amount that can be paid from the profit or an accrued profit of a company. If the company's financial performance is less good, obviously, less dividend can be paid.
       It obviously depends on other factors as well. That's why this stipulation probably says, and I can only assume now, that it's a discretion of the shareholders of MakTel, that includes the government and that includes Magyar Telekom as well.
   **Q**   Okay. And in one of the conditions of the payment was the reliability of the regulatory framework of the telecommunications market in Macedonia; is that right?
   A   According to the text, yes.
   **Q**   And you signed this agreement, right? Did you have a different understanding?
   A   No. What it means is the reliability of

Page 107

the regulatory framework is probably the stability of the regulatory framework. It's obvious that if a regulatory environment is not stable, but changing every day, then you can't plan your profits in advance. So if you can't plan your profits in advance, you can't plan your dividend either.
   **Q**   So is this a reference to having appropriate bylaws enacted under the telecommunications law?
   A   Various regulations.
   **Q**   Including the bylaws?
   A   Including the bylaws.
   **Q**   So paragraph 3 says, Matav agrees that the MakTel group, i.e., MakTel and MobiMak, is willing to pay the frequency fee for the year 2004 on a pro rata basis and for the full 2005 year. The total amount pro rata 2004 and for year 2005 will be euro 2.4 million for the entire MakTel group, i.e., MakTel and MobiMak.
       Now, is this -- was this sort of a wish list item, or is this a specific term, specific agreement?
   A   I think it's a very important item of this Protocol of Cooperation because the government at one point decided to increase the frequency fee very heavily, out of the blue, out of context, and out of

Page 108

any European standards or levels. The frequency fee was increased dramatically.
       I remember, you know, the ballpark of around 10 million euros overall was the financial impact that we were calculating for the foreseeable year.
       Now, as a part of this negotiation package was, obviously, a bargaining process to reduce that unrealistic and unreasonable frequency fee. So it was a wish of Magyar Telekom and MakTel in that respect, directly or indirectly, to reduce the frequency fees; however, the frequency fee is, if I recall well, is an amount that's invoiced by one of the organizations of the government, requires again further decision-making.
       That's why I said, it's not a binding document, you know, it's not a contract. It's not binding. These are ideas that needs further work, further stipulations. A lot of details are needed to basically execute all of these framework ideas?
   **Q**   Okay. But once the protocol has been signed, did people at Magyar Telekom expect that this was the amount the frequency fee that Magyar was going to be paying?
   A   I hoped, you know.
   **Q**   Hoped?

Page 109

1  A    Yes.
2  Q    Okay.  On the second page, the top of the
3  page it says, further the government and Matav agree
4  that the shareholders assembly meeting of MakTel would
5  take place on 30 May 2005 to approve the payment of
6  euro 95 million.
7        Was that a hope or was that a specific
8  commitment?
9  A    Matav agree that the shareholder assembly
10 meeting will take place, and, you know, it's just
11 setting a date.
12 Q    But the date is only three days after the
13 protocol is signed, right?
14 A    Yes.
15 Q    Do you think that government of Magyar --
16 the government of Macedonia was entitled to assume that
17 the meeting would actually happen?
18 A    I don't know when this meeting happened.
19 Q    Okay.  Paragraph 5 says, rebranding, the
20 government agrees to MobiMak and MakTel could be
21 renamed to T-Mobile of Macedonia and/or T-Com Macedonia
22 respectfully at Matav Deutsche Telekom's discretion.
23        Was that a wish list or is that a
24 commitment on the part of the government?
25 A    It was a wish list from Magyar Telekom's

Page 110

1  side.  The government did not want this ending.  They
2  thought it was a bad idea because it would reduce the
3  brand value of Macedonia.  You know, for that country
4  the name is very important.
5  Q    They did not want the rebranding of MakTel?
6  A    They did not want rebranding of MobiMak.
7  Q    Of MobiMak?
8  A    Yes.
9  Q    Okay.  So this was a concession on the part
10 of the government?
11 A    You could say that it was, again, setting a
12 direction that the parties will or would like to agree
13 that the rebranding would take place.  It's still a
14 wish list.  It's not anything, you know, carved in
15 stone.
16 Q    Okay.  And --
17 A    You needed to implement the rebranding, you
18 know that.  You need a big budget to do that.  It's a
19 long process.  You need decisions again to do this
20 rebranding.  It's also a wish list from MakTel's side
21 because the budget to do such rebranding should be
22 provided by T-Mobile.
23 Q    And so --
24 A    As they operated everywhere in Europe where
25 they operate.

Page 111

1  Q    Paragraph 6 says, the bylaws we brought in
2  a previous consultation with MakTel/Matav, that GOM
3  will accept all proposals for the bylaws which will be
4  given by MakTel/Matav and which provide an equal and
5  fair treatment on the market and are in accordance with
6  the law and the European practice.
7        Now, was that a commitment on the part of
8  the government, or was that more of a wish list for
9  MakTel?
10       MR. SULLIVAN:  If it will expedite the
11 process, the witness has testified the protocol here is
12 a wish list.  If you want to go through each and every
13 provision of it asking him the same question over and
14 over, it's your time.
15       THE WITNESS:  It was a wish list.  As you
16 see, it says, which provide an equal and fair treatment
17 on the market in our accordance with the law and the
18 European practice.  What law?  What European practice?
19 What are the details?  What are the exact features,
20 factors, and elements of that.  It's not set forth in
21 this document.  We don't know.  It's a wish list.
22 BY MR. DODGE:
23 Q    Okay.  Once the protocol was signed, you
24 couldn't be confident that you would actually get the
25 bylaws that you wanted?

Page 112

1  A    You could not possibly know what's going to
2  happen.  It needed further work.
3  Q    Paragraph 8 says, the government shall
4  ensure that the relevant authorities register Matav as
5  the sole shareholder of Stonebridge and Telemacedonia
6  within eight days after the date of this protocol.
7        Was that something that you expected the
8  government to do?
9  A    I'm not sure where you are now.
10 Q    Paragraph 8.
11 A    Yes.  Probably this was an issue as well.
12 Q    Did you expect the government to --
13 A    I mean, mr. Dodge, I vaguely remember this
14 problem with Stonebridge and Telemacedonia.  I think
15 they were not fully registered by the Court, I mean,
16 the corporate court, the company court in Macedonia,
17 and if they're not registered then deciding about the
18 dividend would have been a problem because the actual
19 shareholder, the owner of the shares, on Magyar Telekom
20 side is Stonebridge.  If it's not registered, how could
21 it set dividend?  How could it define the dividend,
22 declare the dividend?
23       So, again, it's a wish list because without
24 that it's not going to happen.
25 Q    But -- well, the sentence says that the

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 10 of 16

| U.S. Securities and Exchange Commission v. | Andras Balogh - Vol. 1 |
| Elek Straub, Andras Balogh and Tamas Morvai | July 28, 2014 |

Page 113

1  government will register Matav as the sole shareholder
2  within eight days?
3  A    No. It says the government shall ensure
4  that the relevant authority register Matav.
5  Q    Okay. Did you expect the government of
6  Macedonia to do that within eight days?
7  A    No, because it's a court -- it's a company
8  court. The company court should be independent of the
9  government, I think. So it says ensure. I mean, we
10 are talking about the document that had been written by
11 nonEnglish native people, neither side.
12      So what the government shall ensure means
13 for me that the government should make everything.
14 Q    Let's turn to Exhibit 12 which is the
15 second Protocol of Cooperation.
16      And, first, can you tell me, have you seen
17 this document before?
18 A    I can't recall if I saw this specific
19 document before.
20 Q    Do you know when this was signed?
21 A    No.
22 Q    Do you know whether it was signed, before
23 or after the Exhibit 11?
24      MR. SULLIVAN: Objection, asked and
25 answered.

Page 114

1       THE WITNESS: I can't recall.
2  BY MR. DODGE:
3  Q    Do you know if it was signed before or
4  after?
5       MR. SULLIVAN: He said he didn't know.
6       MR. DODGE: Please allow the witness to
7  answer.
8       MR. SULLIVAN: Don't badger. You're asking
9  questions that have already been answered. Let's move
10 this process along.
11      MR. DODGE: He has not answered.
12      MR. SULLIVAN: He said he had no idea when
13 it was signed. Maybe I misunderstood.
14      If you want to try it again, I'm happy to
15 have you do so.
16      MR. DODGE: Well, you testified over his
17 answer?
18 BY MR. DODGE:
19 Q    Mr. Balogh, please answer the question.
20 A    What question?
21 Q    Do you know whether Exhibit 12 was signed
22 before or after Exhibit 11?
23 A    I don't know.
24 Q    Do you recognize the signatures on the
25 second page of Exhibit 12?

Page 115

1  A    I recognize the one signature.
2  Q    Which one is that?
3  A    Elek Straub, chief executive officer.
4  Q    The one above the signature line from Mr.
5  Mehazi you don't recognize?
6  A    No.
7  Q    Did you have any conversations with
8  Mr. Straub about the execution of Exhibit 12?
9  A    What does "execution" mean?
10 Q    The signature of it, the signing of it.
11 A    I don't remember such a conversation.
12 Q    Did you know in the spring or summer of
13 2005 that the only original of Exhibit 12 would be
14 maintained with the Greeks?
15 A    I don't remember.
16 Q    So you don't remember now or you didn't
17 know then?
18 A    I mean, I don't remember now. What I did
19 know then, you know, that was then, maybe I knew it
20 then, but I don't remember now what I remembered then
21 because that was nine years ago. It's quite obvious,
22 isn't it?
23      (Previously marked Exhibit 33 for purposes
24 of identification.)
25 BY MR. DODGE:

Page 116

1  Q    I'm handing you a document that's been
2  marked Exhibit Number 33, and this is a -- first page
3  is an is e-mail from Andras Balogh to Tamas Morvai
4  dated May 31st, 2005. The text is in Hungarian. The
5  second page is an English language translation
6  apparently prepared by White and Case.
7       The next two pages are Bates numbers MT-MAK
8  1049399 and 400 appear to be an attachment to the
9  e-mail with the heading agenda written in Hungarian.
10      The last two pages that -- same Bates
11 numbers, appear to be an English language translation
12 and Hungarian attachment.
13      Just focusing on the Hungarian portions of
14 Exhibit 33, Mr. Balogh, can you tell me whether you can
15 identify the e-mail on the first page of Exhibit 33?
16 A    I don't remember writing this e-mail.
17 Q    Do you have any reason to doubt that you
18 sent this e-mail to Mr. Morvai on or about May 31st,
19 2005?
20 A    I see my name written on it, and I have no
21 reason to doubt it.
22 Q    Okay. Can you turn to the fourth page in
23 Hungarian with the heading, agenda, and then the page
24 following that. Can you identify this two-page
25 document?

Page 141

1  six-month intervals; is that right?
2  A    It appears so, yes.
3  Q    So why would three years were the frequency
4  fees being paid in six-month intervals over a year and
5  a half?
6  A    It depends on how they are invoiced.
7  Obviously for the first year, for the 2004 the
8  frequency fee had not been invoiced yet because that's
9  the price they wanted to increase.  In fact, they also
10 wanted to increase retroactively the 2003 frequency
11 fee, but I can't recall these details, Mr. Dodge.  So I
12 don't know.
13 Q    Well, but the bullet point says, the
14 original agreement was for 10 million euros.  Did
15 Magyar Telekom ever agree to pay 10 million euros in
16 frequency fees?
17 A    No.
18 Q    So when you wrote the original agreement
19 you were referring to something that was not an
20 agreement but more like a demand for the government; is
21 that right?
22 A    Yes.
23 Q    Okay.  Is that -- is that demand reduced to
24 writing anywhere that you're aware of to pay 10 million
25 euros in frequency fees in these installments?

Page 142

1  A    Could you repeat the question?
2  Q    Is there anything in writing that you're
3  aware of that reflects a demand by the government of
4  Macedonia to pay 10 million euros in frequency fees in
5  these installments?
6  A    Not that I'm aware of.
7  Q    So -- but if that were a demand, by this
8  time it would have been a demand that Magyar Telekom
9  had rejected, right?
10 A    It was a part of the discussion to reduce
11 this frequency fee.
12 Q    Well, by this time the Protocol of
13 Cooperation has already been signed, right?
14 A    But the initial request for -- request
15 for -- was for 10 million, but the fact that the
16 Protocol of Cooperation was signed did not mean that
17 the frequency fee had actually been invoiced or paid.
18 Q    Okay.  Okay.  So -- but by the time you had
19 written this, the government has already agreed, at
20 least the prime minister has already agreed and the
21 minister of telecommunications has already agreed to
22 pay for -- to have a lower frequency fee; is that
23 right?
24 A    Agree doesn't mean that we had the
25 agreement because agreement is when the invoice are

Page 143

1  issued.
2  Q    But by May 31st of 2005 there was no demand
3  from the government of Macedonia for Magyar Telekom to
4  make an immediate payment of one-third of 10 million
5  euros; is that right?
6  A    I don't know what -- what you mean by an
7  immediate amount.  I don't know.  It doesn't say that.
8  It says what was the initial agreement.
9  Q    Okay.
10 A    It doesn't say the current agreement, it
11 says the initial agreement.
12 Q    Right.
13 A    And I'm also saying to you that the 10
14 million, there was a reference with 10 million with the
15 MVNO Kosovo business case, that was also a 10 million
16 budget item.
17 Q    Okay.  But MVNO, I mean, when did -- when
18 was Magyar Telekom or MakTel going to begin spending
19 money on the MVNO?
20 A    That depends on when you start building or
21 constructing the MVNO network.  If it was -- if it was
22 for the Greek partners, they wanted to do it as soon as
23 possible.  You know, they wanted to launch this project
24 immediately.  It was a very important item.  There was
25 a very important item on their business agenda.  They

Page 144

1  wanted to start this because it seemed them, for them,
2  it seemed to be a very good business opportunity.
3  Q    But was MakTel in a position to begin doing
4  work on the MVNO immediately in May of 2005?
5  A    Earmarking the budget, starting to work on
6  the business case, yes; but it doesn't say that any
7  commitment for that, or any actual activities for that
8  could start or would start.  It says, what was the
9  initial agreement about.  It doesn't say that it's a
10 firm commitment because it is not a firm commitment.
11 It's a business case.
12 Q    So the original agreement, is it -- I guess
13 I'm confused.  Is this referring to frequency fees or
14 MVNO or is it some combination of the two or you're not
15 sure which of those two to it refers to?
16 A    Your last point.  I'm not sure.  I don't
17 remember.  10 million would cause these two things,
18 either the frequency fee or the Kosovo MVNO case.
19 Q    Okay.  But at this moment you're not sure
20 which one it refers to?
21 A    I'm not sure.
22 Q    All right.  Next bullet point says,
23 naturally the original agreement should have included
24 firm commitments in respect of bylaws.  So does this
25 original agreement refer to the same as the original

Page 327

1  Telekom and Cosmotelco or Chaptex that you were aware
2  of as to how much money Cosmotelco or Chaptex would be
3  paid for the consulting activities?
4     A    It was an oral agreement, probably an oral
5  agreement or general agreement, that Chaptex and
6  Cosmotelco will assist MakTel in the negotiations and
7  will assist MakTel in concrete projects with concrete
8  deliverables and concrete results.
9        I cannot recall what -- at this time, what
10 specific date you asked.  And there was a specific
11 agreement about how much they would receive or how much
12 they asked for, I can't recall that, in general, as the
13 circumstances of this discussion, of these discussions
14 and -- and this particular e-mail and the attachment.
15 So the general understanding of mine was that it
16 referred to various activities that had been performed
17 during a longer period of time.
18    Q    Okay.  When you refer to a "longer period,"
19 can you be more precise as to when that would have
20 started?  Would that have begun in the spring of 2005?
21    A    I can't be very specific when it began.  It
22 -- it -- it started when the war between the government
23 and -- and MakTel actually started.  When it exactly
24 happened, I can't tell you whether it happened in
25 January of 2005 or only in March, I don't remember.

Page 328

1        It was in the first quarter of 2005, and
2  this whole activity lasted up until the third quarter
3  of 2005, that we were in active negotiations with the
4  government.  And we were discussing actual services,
5  activities, and projects that required outside
6  third-party -- third-party expertise.
7     Q    Okay.  So as I -- now, at this time in
8  2005, am I right that there was a preexisting agreement
9  between MakTel and Cosmotelco that related to
10 consulting services, one that was entered into in
11 October of 2004; is that right?
12    A    There was an agreement.  You know, it's --
13 it's difficult to remember specifically.
14       I don't know if you have probably an
15 exhibit of the contract and agreement you were
16 referring to?
17    Q    Yes.
18       MR. DODGE:  Can I have number 90, please,
19 9-0.
20       (Previously marked Exhibit 4 for purposes
21 of identification.)
22 BY MR. DODGE:
23    Q    Yes.
24       I'm handing you a document that's been
25 previously marked as Exhibit 4.  Exhibit 4, Consultancy

Page 329

1  Services Agreement among Telemacedonia, Matav, Chaptex
2  Holdings, Limited, and Cosmotelco Telecommunication
3  Services, dated 22nd October 2004.
4     A    What I recall about this agreement, and
5  definitely -- definitely not the details -- it was in
6  2004 October, and that this agreement was signed when
7  the share purchase agreement with Cosmotelco was
8  signed.  So they were related contracts.
9     Q    Okay.  But Exhibit 4, did -- was it your
10 understanding it's a -- a three-year agreement; is that
11 right.  Do you understand that?
12    A    It was a multiyear agreement, yes, probably
13 for three years, yes.
14    Q    Okay.  Did you understand that Cosmotelco
15 and Chaptex provided consulting services under this
16 agreement, Exhibit 4?
17    A    What -- my understanding is that this was
18 a -- a multiyear agreement of consulting availability,
19 a kind of a retainer that was a -- that was the
20 continuation of the services that Chaptex and
21 Cosmotelco had been providing when they were equity
22 partners of Matav and MakTel.
23    Q    Okay.  So the -- the -- the services that
24 Cosmotelco was providing in 2005 you testified about a
25 few minutes ago, were any of those services provided

Page 330

1  pursuant to the 2004 agreement, Exhibit 4?
2     A    I think the same services.
3     Q    Okay.  So was there an understanding
4  sometime in 2005 that Cosmotelco would provide services
5  to MakTel and Magyar Telekom outside of the scope of
6  Exhibit 4?
7     A    If I recall -- we have to find a text in
8  this consulting agreement -- that the 2004 consulting
9  agreement specifically allowed the Greeks to charge for
10 additional services at their discretion if they
11 believed they do not have enough resources or they do
12 not have enough expertise as a part of this business as
13 usual multiconsulting agreement to perform additional
14 work.
15    Q    Okay.  So was there an understanding in
16 2005 that the Greeks would be doing that, that they
17 would be providing services outside the scope of the
18 2004 agreement?
19    A    Again, if I remember well, the general
20 situation was that in 2004 October, there was a -- a
21 certain nature of cooperation between the government
22 and Macedonia that's dramatically changed sometime in
23 2005.  I cannot -- as I said a few minutes ago, I
24 cannot specifically say when it changed, but that's
25 what we refer to as "the war broke out between the

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 13 of 16

U.S. Securities and Exchange Commission v.                              Andras Balogh - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai                             July 29, 2014

Page 391

1  than the -- the previously preferred -- previously
2  referred project would continue.
3     Q     Meaning you simply move -- move forward
4  with the MVNO project?
5     A     Move forward with the MVNO project and set
6  aside the budget if needed, set aside the people who
7  could work on it, in general terms.
8     Q     But what you wrote was logistics should be
9  arranged right after; you didn't write should continue
10 on in its ordinary course.
11         Can you understand -- explain to me why you
12 would have written "should be arranged" right after?
13 It sound like a discrete thing happening after another
14 discrete thing.
15         MR. SULLIVAN: Objection.
16         THE WITNESS: Mr. Dodge, you know, it's not
17 my native language. Why these words are used, why
18 other words are used, I don't know why. I can only
19 give you my current recollection, and -- and I gave it
20 to you.
21 BY MR. DODGE:
22    Q     Okay.
23         MR. BEDNAR: Mr. Balogh, when you traveled
24 to Skopje --
25         MR. SULLIVAN: Objection.

Page 392

1         We -- we -- we earlier requested one
2  questioner. Mr. Balogh has been very patient. He's
3  here testifying in a foreign language, frankly, so we
4  prefer that if you want to ask a question, Mr. Bednar,
5  please review it with Mr. Dodge and have Mr. Dodge ask
6  the question.
7         MR. DODGE: Well, no, actually, the rules
8  don't -- don't prohibit Mr. Bednar from asking
9  questions, so he can go ahead.
10        MR. BEDNAR: When you travel --
11        MR. SULLIVAN: Well, we're going to object.
12        MR. BEDNAR: We understand that.
13        When you traveled to Skopje to meet with
14 Mr. Mehazi, I understand that you said that meeting did
15 not occur.
16        Did anyone travel with you to attend that
17 meeting?
18        MR. SULLIVAN: Over objection.
19        THE WITNESS: Mr. Bednar, I don't even
20 remember the meeting, when it took place, under what
21 circumstances, so I -- I cannot tell you if anybody was
22 traveling with me or not.
23        MR. BEDNAR: Okay. Do you recall that you
24 were made to sit and wait for several hours, correct?
25        MR. SULLIVAN: Objection.

Page 393

1         THE WITNESS: I remember a meeting where I
2  was kept waiting for several hours. Whether it was
3  this meeting or a different meeting, I don't know.
4  Whether I met the minister on a different occasion, I
5  don't remember.
6         MR. SULLIVAN: These questions have been
7  asked and answered.
8         MR. BEDNAR: The question --
9         MR. SULLIVAN: It's cumulative.
10        MR. BEDNAR: The question that I'm asking
11 is: The meeting that did not happen, where you were
12 forced to wait and ultimately were not able to meet
13 with Mehazi, was anyone waiting with you?
14        MR. SULLIVAN: Objection.
15        THE WITNESS: I can't remember.
16        MR. BEDNAR: Was any representative of the
17 Greeks waiting with you at that meeting?
18        MR. SULLIVAN: Objection.
19        THE WITNESS: I can't remember.
20        MR. BEDNAR: And is there any reason why a
21 representative of the Greeks would not attend that
22 meeting with you?
23        MR. SULLIVAN: Objection, form,
24 speculation. He can't answer that.
25        You don't have to answer that.

Page 394

1         MR. DODGE: Are you asking --
2         MR. SULLIVAN: How would -- how would he
3  know?
4         Go ahead if you can, but this is absurd.
5         THE WITNESS: Because I don't remember the
6  meeting, so I -- I don't remember if anybody else was
7  with me, so I can't speculate if there's any reason why
8  or why not they could or could not be there.
9         MR. BEDNAR: Very well. Thank you,
10 Mr. Balogh.
11        (Previously marked Exhibit 53 marked for
12 purposes of identification.)
13 BY MR. DODGE:
14    Q     I'm handing you a document that's been
15 marked Exhibit 53. Exhibit 53 is a two-page document.
16 The first page is an e-mail from Ferenc Vaczlavik dated
17 August 30th, 2005, to Andras Balogh and Tamas Morvai.
18 The first page is in Hungarian, Bates number MT-MAKB
19 52. The second page is an English language translation
20 of the first page, prepared by White and Case.
21        Mr. Balogh, I'd ask you to take a look at
22 Exhibit 53 and tell me if this is an e-mail that you
23 and Mr. Morvai -- or that you received from
24 Mr. Vaczlavik on or about August 30 of 2005?
25    A     I don't have a specific recollection of

Page 395

1 this e-mail.
2   Q   Do you have any reason to believe you did
3 not receive it?
4   A   Seeing the headers, no.
5   Q   Now, I'll be looking at the English
6 translation, and it begins, Dear Andras, Attila
7 informed me that according to your agreement, the two
8 planned Chaptex agreements should be concluded via
9 Telemacedonia because the direct MakTel connection
10 would attract too much attention.
11      Do you see that?
12   A   Yes.
13   Q   Is that consistent with the Hungarian?
14   A   It -- it is consistent with the Hungarian.
15   Q   Okay. Do you understand what the two
16 planned Chaptex contracts would have been referring to
17 at this time in late August 2005?
18   A   No, I don't know. I don't remember.
19   Q   Okay. Do you remember that -- that the
20 Chaptex bylaws contract and the Chaptex labor law
21 contract were being finalized right around this time?
22   A   I don't remember, Mr. Dodge, but concerning
23 these contracts and the Chaptex, Cosmotelco,
24 Telemacedonia, whatever agreements, I think I have to
25 reiterate the general theme or my general

Page 396

1 understanding.
2      And my general understanding is that there
3 was services provided for a long period of time. These
4 services had to be memorialized in a -- in a contract.
5 This was a subsequent realization of some previous
6 intentions. They had to be put into a -- a legal
7 framework and legal structure that needed certain
8 activities and certain work from legal personnel and
9 other individuals working for these companies. But
10 these covered legitimate and performed activities that
11 had been performed and delivered over a longer period
12 of time.
13      Now, there were, obviously, some
14 administration report of these activities. And in
15 these e-mails that -- that you are showing to me now --
16 or this e-mail that you are showing to me now refers to
17 how to administer, how to -- this memorialization
18 should take place in a -- in a formal basis.
19      Now, I was not involved figuring out how it
20 should be done to -- to be according to the -- the
21 requirements of local management or requirements of
22 capital structure of the -- of the companies that were
23 involved in the -- in the -- in the provision of
24 services as, you know, obviously, you have to have
25 enough capital to perform a service if -- if there are

Page 397

1 outpayment associates that -- with that service.
2      This was the task of some local personnel
3 and probably some Telekom personnel. I can't tell you
4 who they were exactly, but -- but they had the task
5 that they -- and they had to put these activities
6 subsequently after the activities had been started and
7 had been working on into -- into contractual form.
8      Now, to -- to do this required several
9 complications. One of the complications and the
10 sentence that you specifically read to me as -- as the
11 first sentence -- was the first sentence -- I -- I read
12 it as the first sentence, which says -- it was the
13 direct MakTel connection would attract too much
14 attention. It, again, recollects a general problem
15 with these contracts. And the general problem with
16 these contracts is that they refer to -- to consulting
17 activities and that were to be performed vis-a-vis the
18 government. In fact, the counterparty or -- or the --
19      THE WITNESS: (Speaking in Hungarian).
20      THE INTERPRETER: The -- the adversaries.
21      THE WITNESS: The -- the adversary party
22 with the government.
23      Now, the government representatives were
24 sitting within the board of MakTel. Obviously, to
25 share the intention, to work against the interests, if

Page 398

1 you will, of the government as regulator, including
2 some negotiation strategies, some -- some negotiation
3 steps that could or would be part of such a document --
4 was -- was not our interest. And this local personnel
5 tried to find a way that could be feasible and that
6 could be tactical.
7      This part refers to a tactical element of
8 that memorialization of previously and continuously
9 provided services, while some other items that I see
10 here, like the budget allowance at -- at Telemacedonia
11 and -- and MakTel was financial details or financial --
12 administrative details that had to be put into
13 context or had to be clarified.
14      (Previously marked Exhibit 54 marked for
15 purposes of identification.)
16 BY MR. DODGE:
17   Q   Okay. So just so that I understand your --
18 your testimony -- well, do you understand that the two
19 contracts being referred to, the -- the -- the bylaw
20 contract and the labor law contract with Chaptex --
21 were initially prepared with MakTel as one of the
22 parties and Chaptex as the counterparty; is that right?
23   A   It -- it could be. As I -- as I said, I
24 don't remember the -- the specifics of these contracts.
25 I didn't really pay attention to who the party and who

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 15 of 16

U.S. Securities and Exchange Commission v.                                    Andras Balogh - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai                                   July 29, 2014

Page 407

1  whether the two documents are -- are referring to the
2  same general -- general subject matter?
3      A    (Witness reviewing document.)
4           It refers to the -- to the same general
5  subject matter, but I do not know whether it's the same
6  complete subject matter.
7      Q    Okay. So the -- Exhibit 55 is dated
8  May 31st, 2005; is that right?
9      A    Yes.
10     Q    And Exhibit 53 is -- is dated August 30th
11 of 2005?
12     A    Yes.
13     Q    Can you tell me whether Exhibit 55 was, in
14 fact, signed by you in May of 2005, or was it signed at
15 some later time?
16     A    I don't remember, Mr. Dodge, when it was
17 signed.
18     Q    Okay. Did you ever backdate any official
19 documents at -- at Magyar Telekom?
20     A    No, I don't backdate.
21     Q    Okay. By "backdate," what I -- just so
22 that my -- my question is clear, what I -- what I mean
23 by that is sign a document with a date that is earlier
24 than the date when it was actually signed.
25     A    Sign and -- could you --

Page 408

1           THE INTERPRETER: (Speaking in Hungarian).
2           THE WITNESS: I can't remember this.
3  BY MR. DODGE:
4      Q    But just given your normal practice, if
5  Exhibit 55 is dated May 31st, 2005, would you be
6  confident that you, in fact, signed it on May 31st,
7  2005?
8      A    Mr. Dodge, a contract is entering into
9  force when the parties agree on those contracts.
10 Whether this agreement takes place in writing on the
11 place at -- at the time or it takes place before, it
12 doesn't matter. The key here and the actual result
13 here, that the agreement is an agreement when the
14 parties agree on their intention, whether orally or
15 writing. Immediately, that doesn't matter.
16     Q    Okay. Now, Exhibit 55 is not a contract,
17 right?
18     A    It looks to me as a letter.
19     Q    It's a letter authorizing Mr. Kisjuhasz to
20 enter into a contract, right?
21     A    That's right.
22     Q    And it's dated May 31st, 2005?
23     A    It is.
24     Q    Given the fact that it's dated May 31st,
25 2005, and given your -- your normal practices when you

Page 409

1  were at Magyar Telekom, can you tell me whether you
2  would be confident that you, in fact, signed this
3  letter on or about May 31st, 2005?
4      A    Mr. Dodge, I don't remember when it -- when
5  this letter was signed. I don't remember.
6      Q    Is it possible that you signed it at a
7  later date?
8      A    I don't remember when it was signed.
9      Q    Was it your practice to sometimes sign
10 documents on a date other than the date that's on the
11 document?
12     A    What does it mean "practice"? What does
13 constitute a practice?
14     Q    When you were at Magyar Telekom, you signed
15 letters such as Exhibit 55, right?
16     A    It wasn't very often that, actually, we had
17 to sign hard-copy letters.
18     Q    But sometimes you did, right?
19     A    I wouldn't rule out that sometimes we had
20 to sign a hard-copy letter.
21     Q    Okay. And did -- was -- did you have a --
22 a normal course of dealing when signing letters that
23 you would sign them on the date that they were -- that
24 was on the letter, or did you sometimes use a different
25 date?

Page 410

1      A    Mr. Dodge, it depends on -- on the letter.
2      Q    Let me put it to you this way: Let me
3  propose to you that Exhibit 55 was, in fact, signed by
4  you sometime on or after August 31st, 2005, and despite
5  that, it was dated May 31st, 2005.
6           If that were true, would that be consistent
7  or inconsistent with your normal practice at Magyar
8  Telekom?
9      A    I can't call it a normal practice, because
10 it wasn't a normal practice to sign letters. It's not
11 a hard-copy environment. It's not a hard-copy world.
12 Even nine years ago, it wasn't a real hard-copy world.
13 It could happen in certain cases, but I cannot call
14 this a practice.
15     Q    Okay. Under what circumstances would you
16 sign a letter that had a date on it three months
17 earlier from when you actually had signed it?
18     A    I don't know. It depends on the
19 circumstance, and it depends on the actual case.
20     Q    Can you think of any circumstance under
21 which that would be appropriate?
22     A    What do you mean by "appropriate"?
23     Q    Do you have an understanding what the word
24 "appropriate" means? Should we get a translation?
25     A    Yes.

Case 1:11-cv-09645-RJS   Document 246-1   Filed 11/06/15   Page 16 of 16

| U.S. Securities and Exchange Commission v. | Andras Balogh - Vol. 2 |
| Elek Straub, Andras Balogh and Tamas Morvai | July 29, 2014 |

Page 411

1      THE INTERPRETER: (Speaking in Hungarian).
2      THE WITNESS: Mr. Dodge, you know, 'if I
3  understand what you want, you want me to give you an
4  example when such a thing could be possible?
5  BY MR. DODGE:
6    Q    Yes.
7    A    If -- you know, I can try to think an
8  example today, but that has no reference to what
9  happened in May or August or whatever, nine years ago.
10      I can think of an example now.
11      Would you like to hear that example?
12    Q    Yes, please.
13    A    So if there was an agreement about
14 something or if there was an information to be passed
15 to someone in a -- in a letter format and if it
16 happened, let's say, in September, because that
17 particular person or that particular company got this
18 information either as an e-mail, as a fax, or as an
19 oral information; and if for any reasons the -- the
20 persons who were not present had to sign the actual
21 physical copy or hard copy of that paper, it could be
22 possible that the actual signature was put on the paper
23 retroactively.
24    Q    Would it be the normal practice at -- at
25 Magyar Telekom if a signature is applied retroactively

Page 412

1  to a document to indicate somewhere in the document
2  that -- that the signature was retroactive? To use,
3  for example, as of a date?
4    A    I -- I -- I cannot say what a practice at
5  Magyar Telekom was concerning hard-copy letters and
6  hard-copy contracts, because it wasn't a practice. It
7  happened in certain cases and -- and as something
8  happens, you can't call it a practice.
9    Q    Okay. What about the contracts between
10 the -- the consulting contracts with Chaptex that we've
11 been discussing that were entered into in 2005; do you
12 know whether any of them were -- were given dates
13 earlier than when the contracts were prepared?
14   A    Mr. Dodge, I was not really involved in the
15 dates and the details of the contracts. I was involved
16 in the -- in the general framework of defining the need
17 for a contract, defining the general scope of
18 activity -- of an activity, and assessing whether or
19 not the results of an agreement had been achieved or
20 not on a broad high strategic level as one of the
21 senior executives of this company.
22      Whether or not the technical details --
23 signatures, dates, whatever -- were -- were used, I
24 didn't pay attention. I -- I don't remember if I -- if
25 I ever thought of it as an issue. I can't recall any

Page 413

1  occasions when a date on a -- on a document. If I was
2  aware that a performance was needed, was delivered, and
3  was agreed before took place, then I really didn't --
4  didn't care about the other formal elements -- elements
5  of the contract.
6    Q    Okay. Would you agree with me that a
7  contract is a -- an official business record of -- of
8  Magyar Telekom or of MakTel?
9    A    A contract is -- is -- is a business record
10 of -- of Magyar Telekom. Magyar Telekom, if -- if you
11 refer to the contracts, Magyar Telekom defines
12 contracts -- I mean, Magyar Telekom does not define
13 contracts. In Hungarian law may define -- or Hungarian
14 law does define contracts.
15      A contract or an activity is -- is not
16 necessarily subject to the formal written, final
17 version of a -- of a -- of a contract.
18      If -- if I recollect my memories concerning
19 contracts that were formalized after the activity
20 started, the most striking example that -- that comes
21 to my mind in this deposition is a contract Magyar
22 Telekom had with White and Case to do this
23 investigation when White and Case started to work much
24 before any written contract, any written information,
25 any details about the targets, about the means, and

Page 414

1  about any of the details of this investigation had been
2  communicated, shown, or sent to executives at Magyar
3  Telekom.
4      And, actually, I know -- I know that the
5  contract with White and Case had been signed at a later
6  stage than they actually prefer, started to work for
7  Magyar Telekom.
8      In fact, I also know that the -- the
9  version that was signed this way was not signed in the
10 proper way, because the person who signed the
11 engagement letter, or the contract, for White and Case
12 was not authorized to sign the contract.
13      So in this respect, if you wanted to a --
14 a -- a non -- nonfiction example of such a contract,
15 backdating, according to your terminology, it's -- it's
16 an example of that.
17   Q    How do you know that about the White and
18 Case is contract?
19   A    There were actually discussions within
20 senior management of Magyar Telekom after -- well after
21 the investigation started that how -- under what
22 circumstances and how these contracts had been signed
23 or -- or entered into force.
24      I also remember the person who explained to
25 me about this was somebody from the legal department of