# EXHIBIT B

Vlado Buckovski                                                February 7, 2014
                              Washington, DC

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3

 4   U.S. SECURITIES AND EXCHANGE   :

 5   COMMISSION,                    :

 6             Plaintiff,           :

 7      vs.                         : No.11 Civ. 9645 (RJS)

 8                                  :

 9   ELEK STRAUB,                   :

10   ANDRÁS BALOGH, and             :

11   TAMÁS MORVAI,                  :

12                                  :

13             Defendants.          :

14   _____:

15

16      Videotaped Deposition of VLADO BUCKOVSKI

17                 Washington, D.C.

18              Friday, February 7, 2014

19                   1:25 p.m.

20   Job No. 48302

21   Pages 1 - 151

22   Reported by:  Leslie Anne Todd
```

Vlado Buckovski
Washington, DC
February 7, 2014

Page 18

1  a different political party was running the
2  government. That was VMRO-DPMNE.
3           And they guaranteed positions that nobody
4  could change in the first five years. That was a
5  bilateral contract. There were international
6  implications.
7           Magyar Telekom accepted under those
8  conditions to come into Macedonia. With the change
9  of government, which happened in October 2002, there
10 were problems between the government and Magyar
11 Telekom. The main problem was the dividend. The
12 most profitable company in Macedonia at the time was
13 Macedonian Telekom, in ownership of 51 percent of
14 Magyar Telekom. A few percents belonged to a third
15 party. He doesn't know which one. And 47 percent
16 belonged to the Macedonian government.
17          The previous two prime ministers, Branko
18 Crvenkovski -- he was the prime minister from October
19 2002 until April 2004 -- and his successor Hari
20 Kostov -- he was prime minister for -- minister for
21 six months -- they left the problem unsolved in the
22 company that was belonging to both of them. This

Page 19

1  protocol, which is more a memorandum for
2  understanding, it was the first step to solve the
3  relationship. For this contract, they were talking,
4  discussing from February 2005. Those people they
5  were negotiating the contract probably are the ones
6  that put their signatures over there.
7           The negotiators were Dejan Mickovik, who
8  was their representative in the board of directors;
9  his advisor for legal issues, Farmakoski; economical
10 advisor, Pejkovski; the director of -- for the agency
11 for telecommunication, Kosta Trpkovski; and the
12 secretary for the ministry of transport. He forgot
13 his name.
14          That team was negotiating with Magyar
15 Telekom for the -- about the memorandum for
16 understanding. When they agreed about the
17 principles, their negotiating team -- okay, his
18 negotiating team brought this copy to him so he'll
19 put the final signature on it, with the front
20 signatures already there that it was already agreed
21 upon. He doesn't know who signed it from the other
22 side because they didn't sit on the table like we are

Page 20

1  here right now to negotiate it. He just received the
2  final copy.
3           The main problem is how to build a trust
4  between them. Because there were serious objections
5  from their side toward Magyar Telekom. And they sent
6  a series of inspectors or inspections to check the
7  work of Magyar Telekom operations, because they were
8  in an open war with them.
9           And two years passed, and there was no
10 dividend for the Macedonian government. And the main
11 reason he wanted to negotiate with Magyar Telekom was
12 the dividend and the way in which Magyar Telekom was
13 prepared to do regionalization of their employees.
14 DUI, the coalition partner, they were very interested
15 to get into the Kosovo market and to push out Monaco
16 Telekom. He's guessing that they were present there
17 at the time.
18          Magyar Telekom wanted to solve the
19 problem about the -- how high were the concessions
20 they were paying to the government. And Magyar
21 Telekom was very interested in the new law about the
22 electronic telecommunications.

Page 21

1           He knew that everything they put on the
2  paper, they won't be able to realize. It was more as
3  a wish list. For one, they never entered the Kosovo
4  market. Magyar Telekom never helped into the
5  liberalization of our market, Macedonian market.
6  Because at that moment, the European Union was
7  negotiating with them. So they can gain a status for
8  membership in the European Union.
9           (Through the witness): Status candidate
10 for the European Union. And one of the preconditions
11 was to open the communication market.
12      Q    This is the Macedonian government
13 negotiating with the EU; is that right?
14      A    Yeah. Yeah.
15          One of the precondition to finalize
16 negotiations process was to open telecommunication
17 market. And the -- on the second official government
18 session, my government -- my government sent to
19 parliament the new law for electronic communication.
20 It means in December 2004. Law was adopted probably
21 in March 2005. It means when the representative of
22 Magyar Telekom signed a document, memorandum for

Alderson Reporting Company
1-800-FOR-DEPO

Vlado Buckovski  
Washington, DC  
February 7, 2014

Page 42

1  the first --
2     Q   Okay.  So his are on the bottom right?
3     A   Yeah.
4     Q   And there are two sets of initials below
5  that, it looks like.
6         You don't recognize either of those?
7     A   No.  No, sir.
8     Q   What about on the left page -- side of
9  the page?
10    A   Some initials, but I don't recognize.  I
11 know only the M.  It's Dejan Mickovik.
12    Q   All right.  And where did you sign this
13 document?
14    A   When?
15    Q   Where.
16    A   Where.  I think in -- I remember.  In --
17 in our -- we have one special part of ministry of
18 defense.
19        (Through the interpreter):  It is the
20 hall in the home of the army.  It's a building in --
21 he was in some sort of a show when he heard that two
22 negotiating parties came to an agreement.

Page 43

1     Q   And so did someone bring you the document
2  for you to sign?
3     A   (Through the interpreter):  He can't
4  remember who came from their negotiating team.  They
5  said that they have a contract, and it should be
6  follow up on the next page.
7     Q   Were you aware that there were no copies
8  made of the signed Protocol of Cooperation?
9     A   I don't know, really.
10    Q   Were you aware that there was only one
11 original copy of the Protocol of Cooperation?
12    A   Maybe, yes.
13    Q   Do you know where that was kept?
14    A   I don't know.
15    Q   Were you -- did you know that it was
16 taken to Athens and put into the office safe of
17 Mr. Contominas?
18    A   (Through the interpreter):  He hears
19 about that for the first time now.
20    Q   Were you aware that the Protocol of
21 Cooperation was not placed in any official files of
22 the Macedonian government of any official archives?

Page 44

1     A   (Through the interpreter):  That's right.
2  Okay.  This protocol was on paper who was supposed to
3  regulate their relationship.  But you can notice that
4  it never became an official government document,
5  because there is no an archive number.  And it's not
6  filed in the archives of the government.
7     Q   Was that your intention?
8     A   (Through the interpreter):  That wasn't
9  his intention because this contract is not obliging
10 for anyone -- binding.  I'm sorry.  Binding.
11    Q   I'm sorry.  Maybe you misunderstood my
12 question.
13    A   Yeah.
14    Q   Was it your intention that the protocol
15 not be placed in the government archives?
16    A   (Through the interpreter):  That wasn't
17 his intention.
18    Q   What was your intention -- what was your
19 intention?
20    A   (Through the interpreter):  They were
21 talking about that contract in public -- the
22 protocol.  I'm sorry.

Page 45

1         (Through the witness):  They would solve
2  the problem with dividend.  Because the main focus of
3  our public opinion was dividend.  And we say yeah, we
4  find the solution for dividend, and we'll open the
5  possibility to solve the other issue for employees,
6  for potential third operator, et cetera, et cetera.
7     Q   So was it your instruction as the prime
8  minister that because the Protocol of Cooperation was
9  not binding on the government that it should not be
10 placed in the archives?
11    A   (Through the interpreter):  That wasn't
12 his decision.  Up until that point, there was no
13 similar contract to this one.
14    Q   Whose decision was that?
15    A   (Through the interpreter):  Is it going
16 to be archived or not?
17    Q   Yes.
18    A   (Through the interpreter):  Experts that
19 took part in the negotiations.  So we don't have
20 obligations as a government if eventually the
21 contract doesn't get fulfilled.  Because it was clear
22 that not everything can be realized or --

12 (Pages 42 to 45)

Alderson Reporting Company  
1-800-FOR-DEPO

Vlado Buckovski
Washington, DC
February 7, 2014

Page 46

1  Q  So was it your understanding that the
2  Protocol of Cooperation was not binding on the
3  Macedonian government?
4      A  (Through the interpreter):  Can you
5  please repeat that?
6      Q  Was -- do you understand binding --
7      A  Yeah.
8      Q  -- a binding agreement?
9      A  Yeah.  Yeah.  Yeah.  Yeah.
10     Q  Was this a binding agreement for the
11 Macedonian government?  Was the Macedonian government
12 bound by the Protocol of Cooperation?
13     A  (Through the interpreter):  This
14 contract did -- protocol did not bind them with
15 anything.  But in the spirit of building a mutual
16 trust, we tried and succeeded right away to solve the
17 paragraph 2, and to start with the payments -- the
18 dividend payments.  In the rush of all the signing of
19 this memorandum of understanding, because of 30th of
20 May of 2005, finally Macedonia got its dividend, and
21 they sold the telecom in 2001.
22     Q  Okay.  So is it your understanding then

Page 47

1  or is this right that the Protocol of Cooperation was
2  not a binding agreement from the Macedonian
3  government, right?
4      A  Definitely we have a better position in
5  relation between government and Magyar Telekom, but
6  without --
7          (Through the interpreter):  -- without the
8  tools to force them to do one thing or the government
9  doing another thing.
10     Q  Okay.  But were you -- but you expected
11 Magyar Telekom to rely on this protocol and issue the
12 dividend, right?
13     A  (Through the interpreter):  Magyar
14 Telekom did that right away, on the 3rd day of May,
15 and the communication changed or started totally a
16 different communication.  The only director that he
17 didn't accept in his office was András Szendrei.  He
18 had an aversion, disliked him, and he knew that.  He
19 was suspecting that he was helping the opposition in
20 2005.  He saw him dining with a leader of the
21 opposition, and that's when he swore that he's not
22 going to enter his office.  And Elek Straub knew why

Page 48

1  he didn't wanted to have any contact with him.  He
2  saw Elek Straub for the first time in February of
3  2005, and after that at his official visit to
4  Budapest, he was part of their business delegation.
5  And then he asked him in Budapest, he asked him why
6  he doesn't have a contact with his people in Skopje,
7  and he told him the reason.
8      Q  Did you ever negotiate aspects of the
9  Protocol of Cooperation with Elek Straub?
10     A  (Through the interpreter):  Never.
11     Q  Did you ever meet with Elek Straub to
12 discuss any aspect of the Protocol of Cooperation?
13     A  (Through the interpreter):  No.  No.
14     Q  What about any of the terms that are in
15 the protocol, such as the dividend or the frequency
16 fee?
17     A  (Through the interpreter):  That was
18 negotiated with the two teams, and through their
19 teams they were setting up objectives.  The team of
20 the Magyar Telekom was doing consultations.  When
21 they would reach an agreement, they would move on.
22     Q  Okay.  But I guess my question --

Page 49

1      A  (Through the interpreter):  That's when
2  they were looking for the official numbers for the
3  dividend.  They were a contract.  They knew what the
4  gain is.  And they were insisting to get their part
5  of the gain.  There was no problem there.  The
6  problem was with the problem of payment of the
7  concessions.  And the problem that the government
8  made, why weren't we informed for the payments for
9  consulting -- consulting services below one million
10 dollars.
11     Q  Okay.  Professor Buckovski, when you were
12 prime minister, did you ever have any face-to-face
13 meetings with Elek Straub to discuss the dividend?
14     A  (Through the interpreter):  No, there was
15 no such meetings.  There was no room for negotiation
16 about the dividend.  The issue was, Are they going to
17 pay or not?  That's where they used the force of the
18 state.  Because they knew the numbers.  But those
19 numbers were hidden from them.  He was talking about
20 it earlier.  That was the only issue that the
21 inspection found when they got into Stonebridge
22 communication.