# EXHIBIT F

# In The Matter Of:

*U.S. Securties and Exchange Commission v.*
*Elek Straub, Andras Balogh and Tamas Morvai*

*Tamas Morvai*
*Vol. 1*
*September 29, 2014*
*Highly Confidential*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California  94105*
*(415) 597-5600*

Original File 24858Morvai.txt
**Min-U-Script® with Word Index**

Case 1:11-cv-09645-RJS   Document 246-6   Filed 11/06/15   Page 3 of 10

U.S. Securities and Exchange Commission v.
Elek Straub, Andras Balogh and Tamas Morvai
Highly Confidential
Tamas Morvai - Vol. 1
September 29, 2014

Page 141

1   not know.
2     Q   Do you know, was it a matter of weeks
3   or a matter of months?
4         MR. KOENIG: Objection,
5         foundation.
6             And he's already answered the
7         question that he doesn't know.
8     A   I don't know.
9     Q   Do you know who from the government
10  of Macedonia was involved in negotiating the
11  protocol?
12    A   Don't know, because I was not there.
13    Q   Was the protocol eventually signed?
14    A   I think that the protocol was signed.
15    Q   Do you know why it was signed?
16    A   I can tell you that's just a
17  practical thing, because as I have not
18  negotiated that -- that -- that document, I
19  don't know how it went specifically with that
20  document, but what I can tell you, when you
21  negotiate with different parties, yeah, and in
22  such a case this was a discussion between
23  Macedonians, Albanians, Greeks, Hungarians,
24  Germans, and one thing in common with all of
25  us is that we massacre this beautiful language

Page 142

1   of English, really.  So on -- on the business,
2   we are quite okay.
3       I can tell you that one of the
4   Greeks, Nikos Stavridis, he was not that
5   great.  The other Greek guy was much better.
6   People in Macedonia had different level of
7   English as well.  So there is a need to try
8   to -- to write down that this is -- these are
9   the issues that we have discussed.
10      And it's not simply a language issue.
11  There's also culture and that's why --
12  business culture issue.
13      So what you mean by that word, what I
14  mean by that word and then -- then how should
15  we -- these are all different, very, very
16  different parties.  And it always makes sense,
17  and I try to do that in normal life as well,
18  because when you talk about something, you
19  have a tendency to hear what you want to hear,
20  yeah.  And there's a danger of that at the end
21  of two parties seeing differently about the
22  agreement.
23      So when you put it on paper, it's
24  still not a guarantee that there is a clear
25  deal, but the better chance that you have a

Page 143

1   common understanding.
2     Q   It wasn't a contract; right?
3     A   No, it was not a contract.  You --
4   you -- you cannot sign a contract like that
5   with the -- with the government.
6     Q   Did you see drafts of the agreement
7   before it was -- was signed?
8     A   I -- most probably, yes.
9     Q   Did you do any drafting yourself?
10    A   Possible.
11    Q   Did Andras Balogh keep you informed
12  about the process of these negotiations?
13    A   He keep me informed, in general,
14  okay, these are the points and we are
15  discussing, getting closer to the agreement
16  and especially for the dividend, it was
17  important.  Because in order to pay the
18  dividend, we had to make the board decisions
19  in MakTel and MobiMak to make -- to pay the
20  dividends.  So I -- I have to know if we have
21  a general deal or not.  Because we did not
22  want to agree on dividend before we have a
23  deal on all the topics.
24    Q   And was the Protocol of Cooperation a
25  subject of any discussion within the MakTel

Page 144

1   board when you were present?
2     A   No, that was not a MakTel topic, that
3   was between Magyar Telekom and the government
4   of Macedonia, so it was on a higher level.
5     Q   After the protocol was signed, was
6   there any discussion of the protocol within
7   the MakTel board?
8     A   Let me repeat.  It was not a MakTel
9   thing.  It was on the Magyar Telekom level.
10    Q   I'm going to hand you a document
11  that's already been marked as Plaintiff's
12  Exhibit 76.
13        (Plaintiff's Exhibit 76, E-mail
14        Chain, Balogh to Danko, 5/5/05,
15        Bates Stamped MT-MAK 0803562 -
16        62-T, previously marked, was
17        introduced into the proceeding.)
18    Q   Mr. Morvai, I'll give you an
19  opportunity to review that.
20        Plaintiff's Exhibit 76 is a two-page
21  document.  In the lower right corner, it bears
22  the Bates Stamp PSZAF-Final Report-0001774 to
23  0001775.
24        And while you're reviewing, the --
25  the first page appears to be an e-mail in the

Case 1:11-cv-09645-RJS   Document 246-6   Filed 11/06/15   Page 4 of 10

U.S. Securities and Exchange Commission v.
Elek Straub, Andras Balogh and Tamas Morvai
Highly Confidential
Tamas Morvai - Vol. 1
September 29, 2014

Page 285

1  A   Analogy, yes. I need to drink water.
2      Analogy is the correct word.
3  Q   Now, before we had talked about other
4  internal resources that MakTel was mobilizing
5  to deal with these issues of the telecom law,
6  the frequency fee, based on what you're
7  saying, were those resources not working at
8  that time?
9      MR. KOENIG: Objection.
10 A   I'm not saying that.
11 Q   Okay.
12 A   Again, I was not part of making that
13 decision to employ the Greeks.
14     If I stay with the same analogy, you
15 have a fire in your house, you have a fire
16 extinguisher, you put water on that, you put
17 your whole family, but I think you still call
18 the fire brigade, that they should be there
19 just in case, you cannot manage it yourself.
20 So you -- you ask for all the help you can
21 have because the damage can be very serious.
22 So not -- let me change it.
23     Not using an already proven existing
24 partner and not -- not succeeding because of
25 that, that would have been a big mistake, not

Page 286

1  to use all of the resources and all of the
2  means you have.
3  Q   Did -- I think I'll show you a new
4  document.
5      This is Exhibit 53, also previously
6  marked, used in a previous deposition.
7      Here's a copy.
8      (Plaintiff's Exhibit 53, E-mail,
9       Vaczlavik to Balogh and Morvai,
10      8/30/05, Bates Stamped
11      MT-MAKB 0000052 - 52-T, previously
12      marked, was introduced into the
13      proceeding.)
14 Q   I'll give you a moment to orient
15 yourself on that as well.
16     This is a two-page document. The
17 first page is MT-MAKB followed by five zeros,
18 and then 52. The next page -- it appears to
19 be a one-page document in the Hungarian
20 language, an e-mail from Ferenc Vaczlavik,
21 dated August 30th, 2005, to Andras Balogh and
22 Tamas Morvai. The next page, which is Bates
23 MT-MAKB, five zeros, 52-T, appears to be an
24 English translation of the same e-mail.
25     I'll give you an opportunity to

Page 287

1  review that.
2  A   (Document review.)
3      Yeah.
4  Q   You've had a chance to look at that?
5  A   (Nonverbal response.)
6  Q   Do you recall receiving that e-mail?
7  A   No.
8  Q   And you testified earlier, am I
9  correct, that Mr. Vaczlavik was the managing
10 director of Telemacedonia?
11 A   Yes.
12 Q   Did he have any role at Magyar
13 Telekom?
14 A   His full-time job was to be the
15 managing director. He was stationed in
16 Macedonia. It was -- they needed to manage a
17 lot of things for different experts, so yeah,
18 he was in Macedonia. He was a Hungarian guy,
19 though.
20 Q   Okay. Did he work --
21 A   He had all the experts as well.
22 Q   Did he work for Magyar previously
23 before he --
24 A   Exactly, exactly.
25 Q   Okay. The actual e-mail, which is

Page 288

1  addressed, "Dear Andras", says, "Attila
2  informed me that, according to your agreement,
3  the two planned Chaptex agreements should be
4  concluded via Telemacedonia because the direct
5  MakTel connection would attract too much
6  attention."
7      Did you have any conversations with
8  Mr. Vaczlavik about how the Chaptex agreements
9  should be structured?
10 A   Yeah, we had discussions, because,
11 actually, he was the managing of -- of
12 Telemacedonia, and I was chairman of the
13 board. So I had to have those discussions,
14 yes.
15 Q   And what discussions did you have?
16 A   The -- what you see here. I looked
17 at the Hungarian version. These are technical
18 solutions, how you can do this.
19 Q   Was there any discussion about
20 whether to have MakTel be the other party to
21 the contracts, instead of Telemacedonia?
22 A   In -- in the ideal world, these would
23 have been MakTel contracts, because the
24 beneficiary is MakTel.
25     Though I have to come back to this

# In The Matter Of:

*U.S. Securities and Exchange Commission  v.*
*Elek Straub, Andras Balogh and Tamas Morvai*

*Tamas Morvai*
*Vol. 2*
*September 30, 2014*
*Highly Confidential*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California  94105*
*(415) 597-5600*

Original File 24871Morvaiv2.txt
**Min-U-Script® with Word Index**

Case 1:11-cv-09645-RJS Document 246-6 Filed 11/06/15 Page 6 of 10
U.S. Securities and Exchange Commission v.    Highly Confidential    Tamas Morvai - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai                          September 30, 2014

Page 339

1
2     MONDAY, SEPTEMBER 29, 2014; 9:35 A.M.
3
4         VIDEO OPERATOR: Here begins DVD
5  Number 1 in the continued deposition
6  of Tamas Morvai, in the matter of
7  US Securities and Exchange Commission
8  versus Elek Straub, et al.
9         Today's date is September 30th,
10 2014.  And the time on the video
11 monitor is 9:35 a.m.
12         Please begin.
13         CONTINUED EXAMINATION
14 BY MR. BEDNAR:
15   Q   Good morning, Mr. Morvai.  I just
16 wanted to remind you that you are under oath
17 today, based on the oath that you received
18 yesterday.
19        I wanted to ask you a couple of
20 follow-up questions on some of the Chaptex
21 contracts that we discussed yesterday --
22   A   Yes.
23   Q   -- and then we'll move on to another
24 topic.
25        First, I want to show you an exhibit

Page 340

1  that's previously been marked in another
2  exhibit -- another deposition as Plaintiff's
3  Exhibit 55.  I'll give you an opportunity to
4  look at that.
5         (Plaintiff's Exhibit 55, Letter
6          re: Consultancy Agreements, Balogh
7          and Morvai to Kisjuhasz, 5/31/05,
8          Bates Stamped MT-MAK 0014586 and
9          MT-MAK 0014586-T, previously
10         marked, was introduced into the
11         proceeding.)
12   Q   Plaintiff's Exhibit 55 is a two-page
13 document.  It has the Bates Number
14 MT-MAK 0014586 and 0014586-T.
15        It appears to be a letter, the first
16 page in the Hungarian language, the second
17 page an English translation, bearing the date
18 May 31st, 2005.
19        I'll give you an opportunity to look
20 over that.
21   A   (Document review.)
22   Q   And do you recognize this letter,
23 Mr. Morvai?
24   A   I see that I signed it.
25   Q   Do you recall signing the letter?

Page 341

1   A   I recall the request for such a
2  letter, yes.
3    Q   And where did the request for this
4  letter come from?
5    A   This request -- this letter was not
6  necessarily request.  It came from the person
7  who was the -- Mr. Zoltan Kisjuhasz, who was
8  the managing director of StoneBridge at the
9  time.
10   Q   And what was the nature of his
11 request?
12   A   Yesterday, you -- you showed me a
13 document, which said that StoneBridge actually
14 ceased to exist somewhere around the end of
15 2005.  So Mr. Kisjuhasz was designated
16 managing director of the company, but for
17 the -- for a limited period of time.  And he
18 was not part of that the discussion between
19 Mr. Balogh and the Greeks about the contracts.
20 So he was not part of the operational issues
21 in Macedonia.  Though, as he was the CEO, he
22 was the one who was authorized to sign,
23 according to the status of the company.
24        So that's why he asked this from
25 Mr. Balogh, because he was managing those

Page 342

1  discussions.  And I signed it as a -- in the
2  capacity as a chairman of the board of
3  StoneBridge, to give him comfort that he can
4  enter those contracts.
5    Q   And on the lower right of the page,
6  where it says "Tamas Morvai", is that your
7  signature?
8    A   Yeah, something like that.
9    Q   And on the left side of the page,
10 where it says "Andras Balogh", do you
11 recognize that as his signature?
12   A   I don't really know what his
13 signature looks like.  That must be his
14 signature.
15   Q   This letter bears the date May 31st,
16 2005.
17        Was this letter actually signed on
18 that date?
19   A   I do not recall when this letter was
20 signed.
21   Q   Do you recall when Mr. Kisjuhasz
22 requested that a letter of this type be
23 provided?
24   A   No, I don't.
25   Q   Do you recall whether the letter was

Case 1:11-cv-09645-RJS   Document 246-6   Filed 11/06/15   Page 7 of 10

U.S. Securities and Exchange Commission v.
Elek Straub, Andras Balogh and Tamas Morvai
Highly Confidential
Tamas Morvai - Vol. 2
September 30, 2014

Page 355

1  What did you do to prepare your portion of a
2  management representation letter?
3       MS. LANE: Objection.
4  A   The -- I didn't -- didn't prepare a
5  management representation letter.  I asked
6  specific questions from my superiors about
7  different projects.  I -- in Magyar Telekom, I
8  was not in a position to sign management
9  representation letter.  I was not the CEO, not
10 the CFO of the company.
11 Q   Right.
12      And let me ask you a couple questions
13 just to -- to flesh that out.
14      Did you ever prepare any text that
15 actually went into the letter?  I understand
16 that you did not sign it, but did you ever
17 prepare text that went into such letters?
18 A   I do not recall that.
19 Q   Were you ever shown letters and asked
20 to certify that the portions that related to
21 you were correct?
22 A   Possible.  But I don't recall
23 specific things.
24 Q   Okay.  Let me go ahead and show you a
25 few exhibits.

Page 356

1           (Plaintiff's Exhibit 197, E-mail
2           Chain, Morvai to Kovacs, 10/14/04,
3           Bates Stamped MT-DOJ009-000570 -
4           71, was marked for
5           identification.)
6  Q   I'm handing you an exhibit, it's a
7  new exhibit, marked Plaintiff's 197.  This is
8  a two-page e-mail.  I'll give you a chance to
9  review it.  It has the Bates Number
10 MT-DOJ009-000570 to 571.  This is a two-page
11 e-mail --
12 A   Mm-hmm.
13 Q   -- chain.  The e-mail at the top
14 appears to be sent from Tamas Morvai on
15 October 14, 2004 to Zoltan Kovacs.
16 A   (Document review.)
17     Yes.
18 Q   You have had a chance to look at
19 that.
20      So the very bottom e-mail from Klara
21 Armuth, at the very bottom of that e-mail, it
22 says, "I suggest to send the letter to Tamas
23 Morvai as well.  He can get the details of the
24 StoneBridge option.  And as I have heard some
25 agreement has been reached with the Greek

Page 357

1  partners, but I do not know the details."
2       If you go to the very top of the
3  e-mail, the e-mail that appears to be from
4  Tamas Morvai, says, "Dear Zoli, could you
5  please tell me what kind of information you
6  need for the MRL?  In my opinion, the
7  information included in the press release
8  should be sufficient for all purposes."
9       Do you have any recollection of
10 receiving this specific e-mail?
11 A   No.
12 Q   When you spoke about the process for
13 preparing these letters, you said that you
14 might be asked questions about --
15 A   Yes.
16 Q   -- your area.  Is this type of
17 question what you were talking about?
18      MR. KOENIG: Objection to form.
19 A   This -- this was specific request for
20 a specific transaction.
21 Q   And so in the course of management
22 representation letters being prepared at
23 Magyar Telekom, would your involvement be at
24 the level of very specific issues like this?
25      MR. KOENIG: Objection.

Page 358

1       MS. LANE: Objection.
2  A   The -- as I told you, that -- if
3  people ask me, during the preparation of the
4  letter, I was trying to answer it with my best
5  knowledge, of course.
6           (Plaintiff's Exhibit 198, E-mail
7           Chain, Morvai to Gellai and
8           Csontos, 4/13/05, with
9           attachments, Bates Stamped
10          MT-DOJ-0000778 - 92, was marked
11          for identification.)
12 Q   Mr. Morvai, this is a new exhibit.
13 This is Plaintiff's Exhibit 198.  I'll give
14 you an opportunity to review it.
15      Plaintiff's Exhibit 198 is a
16 three-page e-mail, followed by a multipage
17 attachment.  The entire document bears the
18 Bates Number MT-DOJ009-000778 through 792.
19 The front three pages appear to be an e-mail
20 chain.  The very top e-mail appears to be from
21 Tamas Morvai on April 13, 2005, addressed to
22 Imre Gellai.
23 A   (Document review.)
24     Yes.
25 Q   First of all, Mr. Morvai, do you have

Case 1:11-cv-09645-RJS    Document 246-6    Filed 11/06/15    Page 8 of 10

U.S. Securities and Exchange Commission v.         Highly Confidential                Tamas Morvai - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai                                            September 30, 2014

Page 359

1   any recollection of receiving this specific
2   e-mail?
3       A   No.
4       Q   Is this the type of e-mail that would
5   be sent around when Magyar was preparing its
6   management representation letters?
7           MR. KOENIG: Objection.
8       A   I do not know whether this kind of
9   letters are always sent out.  But this looks
10  like for that quarter, it was sent out.
11      Q   Who is Imre Gellai?
12      A   Imre Gellai was the -- the -- not the
13  assistant -- what is the right title -- he was
14  working for Mr. Balogh, and kind of office
15  manager for Mr. Balogh or. . .
16      Q   And did Mr. Gellai play any role in
17  preparing management representation letters
18  for Magyar?
19      A   But I don't know, Mr. Gellai was
20  actually helping Mr. Balogh in organizing a
21  lot of things.
22      Q   Did Mr. Balogh play any role in
23  preparing these letters?
24      A   I don't know what role he played in
25  preparing those letters.

Page 360

1       Q   The second page of the e-mail is
2   addressed to Matav group leaders?
3       A   Yes.
4       Q   It states, "We are sending a draft to
5   the management representation" leader --
6   "representation letter to all leaders, whereby
7   they can affirm that the company has disclosed
8   all material information."
9           And then in the second paragraph, the
10  recipients are asked to provide the statement
11  that's in quotation marks.  It begins "All
12  material information..."
13          Do you see that?
14      A   I do see that.
15      Q   And then if you go back to the first
16  page, once you have had a chance to read that.
17      A   Yeah, yeah.
18      Q   Your e-mail to Imre Gellai says,
19  "Enclosed, I send you the required management
20  representation letter.  All material
21  information relating to my area of
22  responsibility was disclosed accurately and in
23  full."
24          Is that the type of representation
25  that you would make as part of preparing the

Page 361

1   management representation letters?
2           MR. KOENIG: Objection.
3           MS. LANE: Objection.
4       A   Can I ask you something?  On
5   Page 2 --
6       Q   Yes.
7       A   -- do you see my name in the
8   recipients?
9       Q   I don't believe your name is in the
10  recipients.
11          If you look at Page 1, which is a
12  continuation of the e-mails, the -- there's
13  a -- April 11th, 2005 e-mail from Imre Gellai,
14  which appears to forward that e-mail to Klara
15  Armuth and to Tamas Morvai.
16          MR. KOENIG: Objection to what it
17      appears to do.
18          If you would like to ask him to
19      convert the Hungarian into English,
20      that would be fine.
21      A   The -- what it clearly shows, that --
22  actually, I was not a Matav group leader.
23      Q   Were you ever asked by Matav group
24  leaders --
25      A   Let me -- let me continue, please.

Page 362

1       Q   Please.
2       A   I was not a group leader.  I was not
3   in this list of people who were directly asked
4   to contribute information to any kind of
5   management representation letter.  I see here
6   the name of my boss, that he was asked to do
7   that.
8           And what most probably happened is he
9   asked one level down, okay, guys, anything
10  from your side.  That was the letter from
11  Mr. Imre Gellai.
12          You can also see, just one minute
13  after that mail, from the same Imre Gellai to
14  one of my project managers, Denes Szluha,
15  saying that I will not be able to deal with
16  this topic because I am busy.  And I need to
17  remind you that was the first half of 2005,
18  and I was extremely busy at the time with
19  Montenegro.  So that's a correct observation.
20  Although I was not able to deal with this
21  request, it looks like he forwarded it to one
22  of my guys, that he should look at the things.
23          Still, as I was asked, I had to give
24  this confirmation, yeah.  So I'm second in
25  the -- certainly, in the food chain, yeah,

Case 1:11-cv-09645-RJS   Document 246-6   Filed 11/06/15   Page 9 of 10
U.S. Securities and Exchange Commission v.
Elek Straub, Andras Balogh and Tamas Morvai
Highly Confidential
Tamas Morvai - Vol. 2
September 30, 2014

Page 363

1  down there. And when you see the -- this is
2  for Q1 2005, and the -- there was a request --
3  there was information here on the acquisition
4  in Montenegro, so I do not recall this -- this
5  correspondence, but it looks to me like I was
6  asked because of that.
7       Mr. Balogh did not need my input for
8  the Macedonian case because he was dealing
9  with Macedonia. So most probably, I was asked
10 because of the transaction in Montenegro.
11    **Q   And so when your e-mail on the top**
12 **refer -- refers to your area of**
13 **responsibility, that was Montenegro --**
14    A   That was --
15    **Q   -- at the time?**
16    A   -- Montenegro, and then there's a --
17 there's a paragraph about Montenegro and
18 buying the shares in Montenegro.
19    **Q   And only Montenegro at that time?**
20    A   I -- I was not directly involved in
21 the Macedonian dealings at the time. Which
22 my -- my occupation -- heavy occupation was
23 also confirmed by this.
24    **Q   And did that change at all during the**
25 **course of 2005?**

Page 364

1    A   It didn't change a lot.
2    **Q   Did it change in any way?**
3    A   It didn't change a lot. It didn't
4  change a lot.
5       This started in 2004, and I would
6  like to spend a few sentences on this.
7  Because running an acquisition process like
8  this, that's -- that's -- that's a very time
9  consuming and -- job. I was spending most of
10 my -- most then full time on that only.
11 Which, of course, had consequences on -- on
12 what level I was involved in the Macedonian
13 business.
14      The first big topic was to do due
15 diligence, prepare the draft.
16      Later, negotiate the SPA.
17      Then start the first board meetings,
18 get the integration.
19      So that was a very long process.
20    **Q   And so through 2005, as a member of**
21 **the board of MakTel, are you saying that you**
22 **did not review the MakTel sections of these**
23 **letters?**
24    A   Mr. Balogh was in a much better
25 position to review those sections.

Page 365

1    **Q   Did you ever review the sections --**
2    A   I do not recall.
3    **Q   -- related to MakTel?**
4    A   I don't recall seeing this. I -- I
5  don't know.
6    **Q   Do you recall any conversations with**
7  **Mr. Balogh about the sections of any**
8  **management representation letter related to**
9  **MakTel?**
10   A   No, and you see here, from the
11 correspondence, that I was not available, I
12 was not there, and most probably physically
13 was not there. So there was no time to come
14 together for a meeting and discuss these type
15 of things.
16   **Q   You mentioned just a couple minutes**
17 **ago that, at some point in 2006, you -- I'm**
18 **trying to remember the exact phrase that you**
19 **used -- that you voluntarily agreed not to**
20 **come to work for some period of time?**
21   A   Yes.
22   **Q   I'd like to talk to you about those**
23 **events that happened in 2006.**
24      And I think you mentioned that an
25 investigation of Magyar Telekom started in

Page 366

1  **February; is that what you said?**
2    A   I think it was February, yes.
3    **Q   Do you recall how you learned that**
4  **there was an investigation?**
5    A   I learned that the -- I learned it
6  from my boss.
7    **Q   Do you mean Andras Balogh?**
8    A   Not even -- I think I learned it from
9  Mr. Straub.
10   **Q   Okay.**
11   A   That there would be an investigation
12 initiated by the auditors in Montenegro, for
13 Montenegro.
14      And the -- this -- this suspension,
15 what you call a suspension in records is
16 something which -- there was a request from
17 the company, which I accepted voluntarily, to
18 stay home, okay, just to have -- not to have
19 the slightest idea that I would interfere or
20 try to block or -- the investigation.
21      This suspension -- of course, I saw
22 this in American movies, when you do this,
23 that the good -- good cop gives back his badge
24 and -- and gun, and then he goes home and he
25 finds the real killer and then he gets it

Case 1:11-cv-09645-RJS Document 246-6 Filed 11/06/15 Page 10 of 10

U.S. Securities and Exchange Commission v.  Highly Confidential  Tamas Morvai - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai  September 30, 2014

Page 447

1  A   His name is Peter Danco.
2  Q   Okay.  Is that the same Peter Danco
3  who was on --
4  A   He is the same.
5  Q   -- the last exhibit we just looked
6  at?
7  A   Yes.
8  Q   All right.  He is a lawyer?
9  A   He is a lawyer.
10 Q   And in fact, the chief legal officer
11 for Magyar at the time?
12 A   That's correct.
13 Q   All right.  Mr. Morvai, there's been
14 talk over the past few days about your work in
15 Macedonia and then your work in Montenegro.
16     Did there come a time when your work
17 shifted from Macedonian focused to -- to
18 Montenegro?
19 A   Yes.
20 Q   All right.  Can you tell me when that
21 was, approximately?
22 A   That was with the start of the
23 acquisition process in Montenegro, second half
24 of 2004.
25 Q   And how long did that -- that work

Page 448

1  remain for you, where your focus was on
2  Montenegro?
3  A   That -- that actually took, we can
4  say, a year, a good year.
5  Q   Okay.  And did your responsibilities
6  or attention change over this period from one
7  area to the other?
8  A   Yes, of course, my attention changed
9  drastically, because I was extremely busy with
10 the process of first checking, then preparing
11 the -- the -- and then negotiating the SPA and
12 then integrating the company with Magyar.
13 Q   Which company are you talking about?
14 A   I'm talking about the Montenegro
15 Telekom.
16 Q   And which country was that in?
17 A   That was in Montenegro.
18 Q   All right.  And did your tasks and
19 focus in Macedonia dwindle at that point in
20 time?
21 A   Dwindle?
22 Q   Lessen?
23 A   Yes, yes.
24 Q   I think you testified yesterday,
25 Mr. Balogh picked up your work on -- your

Page 449

1  day-to-day work on that?
2  A   Yes, Mr. Balogh did that, because he
3  saw, as my boss, that it is impossible to do
4  the two jobs at the same time.
5  Q   All right.  Now, we saw a lot of
6  e-mails yesterday where you're copied on
7  things.
8  A   Yes.
9  Q   Where you had indicated to Mr. Bednar
10 that you don't recall receiving them; you
11 didn't deny that you received them, but you
12 don't recall receiving them?
13 A   Yes.
14 Q   Do you know why you were still
15 getting those Macedonian related e-mails if
16 you weren't working in Macedonia?
17 A   It's hard for me to say why exactly
18 Mr. Balogh forwarded e-mails to me, what was
19 his specific reason.  Because when he had --
20 he had something that he wanted me to do, then
21 he made comments on those.
22     But if I need to give the -- the most
23 probable answer, that was --
24 Q   Let me ask you this, first.
25 A   Yes.

Page 450

1  Q   Did Mr. Balogh or anybody tell you
2  why they were copying you on e-mails related
3  to Macedonia?
4  A   No.
5  Q   Okay.  Do you have an opinion or a
6  speculative belief as to why you were being
7  copied?
8  A   Can I start with a very general
9  statement?
10 Q   Sure.
11 A   I believe that we have a kind of
12 disease where we copy too many people on a lot
13 of e-mails.  I don't know whether it's the
14 same in your organization or not.  People have
15 a tendency to copy much more people than they
16 actually need to do something with the e-mail.
17 That is kind of to -- to get rid of all the
18 responsibility or just to involve people.
19     The -- the type of the job which was
20 extremely demanding in Montenegro, that was --
21 that was high -- a very high vertical peak;
22 with a big preparation, the negotiation
23 and setting up.  So logically, when this all
24 would settle and -- and the Montenegro Telekom
25 would become a normal operating company with