# EXHIBIT J



**Dr Péter Dankó/JI/ HTC2**  
05/07/2005 10:40 AM

To:    András Balogh/ST/HTC, aszendrei@hotmail.com  
Cc:  
Bcc:  
Subject:    Consultancy Agreement

---------- Forwarded by Dr Péter Dankó/JI/ HTC2 date: 05.07.2005 16:40 --------------------



Dr Zsolt Herczegh  
05.07.2005 16:38

To:    Dr Péter Dankó/JI/ HTC2@HTC2  
Cc:  
Subject:    Consultancy Agreement

Dear all,

I enclose the requested draft consultancy agreement based on our discussion on Friday. The draft has not been treated as an amendment to the agreement signed by Telemacedonia, Chaptex, Matáv and Cosmotelco at the end of October 2004. Although it is related, it is being treated as a new and independent agreement to be signed by Telemacedonia and Chaptex (if MaKTel are to be the principal rather than Telemacedonia, please let me know, because in that case the draft must be rewritten). The certificate of completion (and the payment) according to the agreement made with András will be adjusted once the principal has completed all sub-tasks (and not to exact dates, such as the end of the calendar quarter).

As per your request I am also sending a draft document in which Elek gave Attila authorisation to take the necessary steps (it is not necessary to follow the format attached, it can be an e-mail, too).

Due to the confidential nature of the documents they are protected by the same password as that provided by Ferenc Vaczlavik during the course of today. With regard to providing the password or posting up the eventual and more significant amendments, you can by all means call my colleague Zsolt Herczegh (458-05-19 or 06-30-525-98-76) or just let him know of them by e-mail. Could you please study the draft to see if it meets the desired objectives? Should there be no more requests for amendments from the legal side of things, the date provided in square brackets (date on the front page and on page 3, the max commission fee on page 5, signatories on page 13) should be amended as applicable.

Regards,  
Péter

 

20050705_Consultancy_Agreement_draft.doc   20050707_e-mail_tervezet.doc

CONFIDENTIAL  
MT-MAK 1052139-T

**Confidential Treatment Requested**

Confidential pursuant to Securities and Exchange Act s.24(d).