# EXHIBIT M



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA        )
                           )
                           )
COUNTY OF SAN FRANCISCO    )     ss

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English of the attached document with Bates No. MT-DOJ009-000876.

_____
Katie Kwan, Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 13th day of February, 20 15,
by Katie Kwan                        ,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: P Yalamanchili



P. YALAMANCHILI
COMM. #1956466
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. OCT. 14, 2015

New York            Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500
London              Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47  t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143

| | | |
|---|---|---|
| **Tamás Morvai/ST/HTC2**<br>01/12/2006 04:33 p.m. | To | Lászlóné Bácsváry/VIG/HTC2@HTC2 |
| | Cc | |
| | Bcc | |
| | Subject | Re: Fw: Management Representation Letter – 4Q2005 |

Mónika,

As far as I know, the On.net lawsuit mentioned under point 36 was settled out of court. Maktel knows the details.

Best,

Tamás Morvai

Lászlóné Bácsváry/VIG/HTC2

| | | |
|---|---|---|
| **Lászlóné Bácsváry/VIG/HTC2**<br>01/12/2006 2:06 p.m. | To | Armuth Klára/BP/HTC2@HTC2, Szitás János/ST/HTC2@HTC2, Morvai Tamás/ST/HTC2@HTC2, Grossman Robert/ST/HTC2@HTC2, Hámori Ferenc/MU/HTC2@HTC2, Kovács Viktor dr./BPM/HTC2@HTC2, Makai Bence/BP/HTC2@HTC2, Csere Gábor/DI/HTC2@HTC2, Gellai Imre/TM/HTC2@HTC2, Koncz Péter/VIG/HTC2@HTC2, Beck Attila/SA/HTC2@HTC2 |
| | Cc | |
| | Subject | Fw: Management Representation Letter – 4Q2005 |

Dear colleagues.

Please let András know whether you've found the report to be in order.

Best,
Mónika

—— Forwarded by Lászlóné Bácsváry/VIG/HTC2 date: 01/12/2006 2:04 p.m. ——



| | | |
|---|---|---|
| **Tom Stumpf/SA/HTC2**<br>Sender: Zsuzsanna Simon<br>01/12/2006 1:25 p.m. | To | Christopher Mattheisen/VIG/HTC2@HTC2, Szabó János/LU/HTC2@HTC2, Tankó Zoltán/VIG/HTC2@HTC2, Pásztory Tamás dr./VIG/HTC2@HTC2, Ratatics Mihály/EF/HTC2@HTC2, Dankó Péter Dr./JI/HTC2@HTC2, Imolay Olivér/PU/HTC2@HTC2, Peter Janeck/VIG/HTC2@HTC2, Balogh András/ST/HTC2@HTC2, Vasváriné dr. Menyhárt Éva/KR/HTC2@HTC2, Tiszai Zoltán/UT/HTC2@HTC2, Salacz Balázs/VIG/HTC2@HTC2, Kaiser |

| | | | |
|---|---|---|---|
| Morvai Tamás/ST/HTC2 | | Címzett | Bácsváry Lászlóné/VIG/HTC2@HTC2 |
| 01/12/2006 04:33 PM | | Másolat | |
| | | Titkos másolat | |
| | | Tárgy | Válasz: Fw: Management Representation Letter - 4Q2005 |

Mónika!

A 36. pontban említett On.net per tudomásom szerint bíróságon kívüli megegyezéssel lezárult. Részleteket a Maktel tud.

Üdv:

Morvai Tamás

Bácsváry Lászlóné/VIG/HTC2

| | | | |
|---|---|---|---|
| Bácsváry Lászlóné/VIG/HTC2 | | Címzett | Armuth Klára/BP/HTC2@HTC2, Szitás János/ST/HTC2@HTC2, Morvai Tamás/ST/HTC2@HTC2, Grossman Robert/ST/HTC2@HTC2, Hámori Ferenc/MU/HTC2@HTC2, Kovács Viktor dr./BPM/HTC2@HTC2, Makai Bence/BP/HTC2@HTC2, Csere Gábor/DI/HTC2@HTC2, Gellai Imre/TM/HTC2@HTC2, Koncz Péter/VIG/HTC2@HTC2, Beck Attila/SA/HTC2@HTC2 |
| 2006.01.12 14:06 | | Másolat | |
| | | Tárgy | Fw: Management Representation Letter - 4Q2005 |

Kedves Kollégák!

Kérem András felé jelezzétek, hogy a jelentést rendben találjátok-e.

Üdv
Mónika

------ Továbbította: Bácsváry Lászlóné/VIG/HTC2 dátum: 2006.01.12 14:04 ------

| | | |
|---|---|---|
| Tom Stumpf/SA/HTC2 Feladó: Simon Zsuzsanna 2006.01.12 13:25 | Címzett | Christopher Mattheisen/VIG/HTC2@HTC2, Szabó János/LU/HTC2@HTC2, Tankó Zoltán/VIG/HTC2@HTC2, Pásztory Tamás dr./VIG/HTC2@HTC2, Ratatics Mihály/EF/HTC2@HTC2, Dankó Péter Dr./JI/HTC2@HTC2, Imolay Olivér/PU/HTC2@HTC2, Peter Janeck/VIG/HTC2@HTC2, Balogh András/ST/HTC2@HTC2, Vasváriné dr. Menyhárt Éva/KR/HTC2@HTC2, Tiszai Zoltán/UT/HTC2@HTC2, Salacz Balázs/VIG/HTC2@HTC2, Kaiser |

FOIA Confidential Treatment Requested by Magyar Telekom

MT-DOJ009-000876

translations@geotext.com
www.geotext.com

| STATE OF NEW YORK | ) |    |
|---|---|---|
|   | ) | ss |
| COUNTY OF NEW YORK | ) |   |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English of the attached pages with Bates Nos. MT-DOJ009-000778–MT-DOJ009-000792.

Rachele Rossanese, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 11th day of February, 2015.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2017

New York          Washington, D.C.    Chicago           Houston            San Francisco
t: +1.212.631.7432 t: +1.202.828.1267 t: +1.312.242.3756 t: +1.713.353.3909 t: +1.415.576.9500

London            Paris              Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143

| | | | |
|---|---|---|---|
| Tamás Morvai/ST/HTC2 | | To: | Imre Gellai/TM/HTC2@HTC2 |
| 04/13/2005 02:34 p.m. | | Cc: | Aliz Csontos/SAF/HTC2@HTC2 |
| | | Bcc: | |
| | | Subject: | Management Representation Letter – 1Q2005 |

Dear Imre,

Enclosed I send you the required Management Representation Letter. All material information relating to my area of responsibility was disclosed accurately and in full (actuals and accruals) and in agreement with the subject matter of the Management Representation Letter for the period ended March 31, 2005.

Should you have any question, please do not hesitate to ask me!

Kind regards,

Tamás

Rep letter March 2005 Draft vMorvai Tamás

---------------------Forwarded by: Dénes Szluha/ST/HTC2 date: 04/13/2005 11:35 ---------------------

Imre Gellai
04/11/2005 17:33

To:      Dénes Szluha/ST/HTC2@HTC2
Cc:
Subject:    Management Representation Letter – 1Q2005

Dénes,

I don't think that Tamás can get to this matter before Wednesday. Please look at the material and supplement it.

Thanks,
Imi.

---------------------- Forwarded by Imre Gellai/TM/HTC2 date: 04/11/2005 17:32 ---------------------

Imre Gellai
04.11.2005 17:32

To:      Klára Armuth/BP/HTC2@HTC2, Tamás Morvai/ST/HTC2@HTC2
Cc:
Subject:    Management Representation Letter – 1Q2005

Dear Klári and Tamás,

Please take a look at this material and if it is in order, please send the usual sentence that is requested in the letter below to me as well.

Thanks,
Imre

----------------Forwarded by Imre Gellai 04.11.2005 17:24------------------

```
                                    PLTF.
EXHIBIT   198              DEFT.
WITNESS   MORVAI, V2
CONSISTING OF    15       PAGES
DATE    9-30-14
BEHMKE REPORTING AND VIDEO SERVICES, INC.
```

Tom Stumpf
04.11.2005 17:10

From: Zsuzsanna Simon

   Christopher Mattheisen/VIG/HTC2@HTC2, Tankó Zoltán/VIG/HTC2@HTC2, Pásztory Tamás dr./VIG/HTC2@HTC2, Somorjai Éva/EF/HTC2@HTC2, Dankó Péter Dr./JI/HTC2@HTC2, Gáborjáni Szabó Szabolcs/UT/HTC2@HTC2, Peter Janeck/VIG/HTC2@HTC2, Balogh András/ST/HTC2@HTC2, Vasváriné dr. Menyhárt Éva/KR/HTC2@HTC2, Tiszai Zoltán/UT/HTC2@HTC2, Kökényné dr Ivanics Annamária/VIG/HTC2@HTC2, Bodnár László/VIG/HTC2@HTC2, Vágó László/ING/HTC2@HTC2, Werle Zoltán/BI/HTC2@HTC2, Lempert Márta/VIG/HTC2@HTC2, Armuth Klára/BP/HTC2@HTC2, Bálintné Pál Beáta/SA/HTC2@HTC2, Cserhalmi Zsolt/SA/HTC2@HTC2, Kupcsik Éva/SAF/HTC2@HTC2, sugara@westel.hu, bodnarzs@westel.hu, kollath@t-mobile.hu, bachk@t-mobile.hu, simo.gyorgy@axelero.com, szasz.daniel@axelero.com, peter.koncz@mobimak.com.mk, Saso.Damjanovski@mobimak.com.mk, attila.szendrei@mt.com.mk, rolf.plath@mt.com.mk, jovan.petrovski@mobimak.com.mk, kozmab@emitel.hu, kovagone@emitel.hu, Lipp István/Vezérigazgatóság/Matavcom@Matavcom, Márta Judit/Vezérigazgatóság/Matavcom@Matavcom, piller.andras@matavkabel.hu, hollo.bence@matavkabel.hu, Sepsey György dr./BP/HTC2@HTC2, rmolnar@ept.hu, gsotonyi@ept.hu, Laczi Hedvig/UK/HTC2@HTC2, racsko.peter@cardnet.hu, elekes.agnes@cardnet.hu, dirk_gerkens@rtlklub.hu, prjevara_katalin@rtlklub.hu, bartok@tele-data.hu, telezs@tele-data.hu, szokolay@xbyte.hu, kovacs@xbyte.hu, korjan@matavcom.hu, domotor.sandor@compargo.hu, ronaszeki.erika@compargo.hu, Sallai László/OKTIG/HTC2@HTC2, littvay.lstvan@axelero.hu, bep@kabeltv.hu, jeno.suranyi@raba.hu, lajos.teringer@raba.hu, csenteri.levente@combridge.ro, jpaspalev@yahoo.com, viktor.rados@mt.com.mk, Szluha Dénes/ST/HTC2@HTC2

To:   Csontos Aliz/SAF/HTC2@HTC2, Kovács Zoltán/SA/HTC2@HTC2, Tom Stumpf/SA/HTC2@HTC2
Cc:

   Management Representation Letter - 1Q2005

(Hungarian translation can be found below the English)

Dear Matáv Group Leaders!

We are sending a draft of the Management Representation Letter to all leaders whereby they can affirm that the company has disclosed all material information. This is required for the finalization of the audit review and the auditor's signature for our consolidated financial results that are reported to Deutsche Telekom. Please respond via email to Csontos Aliz (csontos.aliz@ln.matav.hu) by providing a statement stating that:

"All material information relating to my area of responsibility was disclosed accurately and in full (actuals and accruals) and in agreement with the subject matter of the Management Representation Letter for the period ended March 31, 2005"

Please note that this report will reflect Group figures and the subsidiaries are only certifying the figures as presented in the Plus Plan reporting package. Additionally, text marked in yellow colors indicates those areas that are subject to change and provide.

A response by afternoon of Wednesday, April 13th, 2005 would be greatly appreciated. If neccessary, we will contact you again with follow up findings that may arrise in the course of the audit review, which is still currently underway.

Best Regards,

Tom Stumpf
Director of Matáv Group Accounting

FOIA Confidential Treatment Requested by Magyar Telekom          MT-DOJ009-000779

Kedves Matáv Csoport Vezető Kollégáim,

Csatoltan küldöm a Managment Representation Letter (azaz a Vezetői Teljességi Nyilatkozat) első verzióját angolul, a magyar fordítást holnap reggel tudjuk továbbítani.

Kérem az Önre vonatkozó résszel kapcsolatban válaszát, illetve nyilatkozatát Csontos Aliz részére e-mailben megküldeni szíveskedjen (csontos.aliz@ln.matav.hu). Amennyiben a Vezetői Teljességi Nyilatkozat levél tartalmával egyetért, kérem válaszában a következő mondat is szerepeljen.

"A felelősségi körömbe tartozó összes lényegi információt pontosan és teljeskörűen (tény és elhatárolás) bemutattam a 2005 március 31-i Management Representation Letter (Vezetői Teljességi Nyilatkozat) témájával összhangban".

Megjegyzem, hogy a nyilatkozatban szereplő számadatok csoportszintűek. A leányvállalatok a nyilatkozat aláírásával, azt erősítik meg, hogy a Plus Plan report csomagban bemutatott adataik teljeskörűek. A sárgával jelölt szövegrészek azokat a témákat jelölik, amelyek még változhatnak, illetve megjelöltük, hogy mely szervezetnek kell azt visszaigazolnia.

Miután a feladatból adódóan szoros a határidő, számítunk gyors válaszára. Kérjük lehetősége szerint legkésőbb, szerda délután (2005.04.13) válaszát elküldeni szíveskedjen.

Üdvözlettel:

Thomas Stumpf
Csoport Számviteli Ágazat Igazgatója

Rep letter March 2005 draft.doc

FOIA Confidential Treatment Requested by Magyar Telekom        MT-DOJ009-000780



| | | |
|---|---|---|
| Morvai Tamás/ST/HTC2 | Címzett | Gellai Imre/TM/HTC2@HTC2 |
| 04/13/2005 02:34 PM | Másolat | Csontos Aliz/SAF/HTC2@HTC2 |
| | Titkos másolat | |
| | Tárgy | Management Representation Letter - 1Q2005 |

Dear Imre,

Enclosed I send you the required Management Representation Letter. All material information relating to my area of responsibility was disclosed accurately and in full (actuals and accruals) and in agreement with the subject matter of the Management Representation Letter for the period ended March 31, 2005.

Should you have any question, please do not hesitate to ask me!

Kind regards,

Tamás



Rep letter March 2005 draft vMorvai Tamá!

———————— Továbbította Szluha Dénes/ST/HTC2 dátum: 13/04/2005 11:35 ————————



Gellai Imre
11/04/2005 17:33

Címzett: Szluha Dénes/ST/HTC2@HTC2
Másolat:
Tárgy: Management Representation Letter - 1Q2005

Dénes,

Tamás nem hiszem, hogy szerdáig tud foglalkozni a témával, kérlek nézd meg és egészítsd ki az anyagot!

Köszi: Imi

———————— Továbbította Gellai Imre/TM/HTC2 dátum: 2005.04.11 17:32 ————————



Gellai Imre
2005.04.11 17:32

Címzett: Armuth Klára/BP/HTC2@HTC2, Morvai Tamás/ST/HTC2@HTC2
Másolat:
Tárgy: Management Representation Letter - 1Q2005

Kedves Klári, Tamás,

Kérem nézzétek meg az anyagot és ha rendben van, akkor küldjétek el nekem is az alábbi levélben kért szokásos mondatot!

Köszi: Imre

———————— Továbbította Gellai Imre/TM/HTC2 dátum: 2005.04.11 17:24 ————————

```
                                    PLTF.
EXHIBIT    198          DEFT.
WITNESS   MORVAI, V2
CONSISTING OF   15      PAGES
DATE      9-30-14
BEHMKE REPORTING AND VIDEO SERVICES, INC.
```

FOIA Confidential Treatment Requested by Magyar Telekom                                MT-DOJ009-000778

 Tom Stumpf
2005.04.11 17:10

Feladó:     Simon Zsuzsanna

Címzett:    Christopher Mattheisen/VIG/HTC2@HTC2, Tankó Zoltán/VIG/HTC2@HTC2, Pásztory Tamás dr./VIG/HTC2@HTC2, Somorjai Éva/EF/HTC2@HTC2, Dankó Péter Dr./JI/HTC2@HTC2, Gáborjáni Szabó Szabolcs/UT/HTC2@HTC2, Peter Janeck/VIG/HTC2@HTC2, Balogh András/ST/HTC2@HTC2, Vasváriné dr. Menyhárt Éva/KR/HTC2@HTC2, Tiszai Zoltán/UT/HTC2@HTC2, Kökényné dr Ivanics Annamária/VIG/HTC2@HTC2, Bodnár László/VIG/HTC2@HTC2, Vágó László/ING/HTC2@HTC2, Werle Zoltán/BI/HTC2@HTC2, Lempert Márta/VIG/HTC2@HTC2, Armuth Klára/BP/HTC2@HTC2, Bálintné Pál Beáta/SA/HTC2@HTC2, Cserhalmi Zsolt/SA/HTC2@HTC2, Kupcsik Éva/SAF/HTC2@HTC2, sugara@westel.hu, bodnarzs@westel.hu, kollath@t-mobile.hu, bachk@t-mobile.hu, simo.gyorgy@axelero.com, szasz.daniel@axelero.com, peter.koncz@mobimak.com.mk, Saso.Damjanovski@mobimak.com.mk, attila.szendrei@mt.com.mk, rolf.plath@mt.com.mk, jovan.petrovski@mobimak.com.mk, kozmab@emitel.hu, kovagone@emitel.hu, Lipp István/Vezérigazgatóság/Matavcom@Matavcom, Márta Judit/Vezérigazgatóság/Matavcom@Matavcom, piller.andras@matavkabel.hu, hollo.bence@matavkabel.hu, Sepsey György dr./BP/HTC2@HTC2, rmolnar@ept.hu, gsotonyi@ept.hu, Laczi Hedvig/UK/HTC2@HTC2, racsko.peter@cardnet.hu, elekes.agnes@cardnet.hu, dirk_gerkens@rtlklub.hu, prjevara_katalin@rtlklub.hu, bartok@tele-data.hu, telezs@tele-data.hu, szokolay@xbyte.hu, kovacs@xbyte.hu, korjan@matavcom.hu, domotor.sandor@compargo.hu, ronaszeki.erika@compargo.hu, Sallai László/OKTIG/HTC2@HTC2, littvay.istvan@axelero.hu, bep@kabeltv.hu, jeno.suranyi@raba.hu, lajos.teringer@raba.hu, csenteri.levente@combridge.ro, jpaspalev@yahoo.com, viktor.rados@mt.com.mk, Szluha Dénes/ST/HTC2@HTC2

Másolat:    Csontos Aliz/SAF/HTC2@HTC2, Kovács Zoltán/SA/HTC2@HTC2, Tom Stumpf/SA/HTC2@HTC2

Tárgy:      Management Representation Letter - 1Q2005

**(magyar fordítás az angol után található)**

Dear Matáv Group Leaders!

We are sending a draft of the Management Representation Letter to all leaders whereby they can affirm that the company has disclosed all material information. This is required for the finalization of the audit review and the auditor's signature for our consolidated financial results that are reported to Deutsche Telekom. Please respond via email to Csontos Aliz (csontos.aliz@ln.matav.hu) by providing a statement stating that:

"All material information relating to my area of responsibility was disclosed accurately and in full (actuals and accruals) and in agreement with the subject matter of the Management Representation Letter for the period ended March 31, 2005"

Please note that this report will reflect Group figures and the subsidiaries are only certifying the figures as presented in the Plus Plan reporting package. Additionally, text marked in yellow colors indicates those areas that are subject to change and provide.

A response by afternoon of Wednesday, April 13th, 2005 would be greatly appreciated. If neccessary, we will contact you again with follow up findings that may arrise in the course of the audit review, which is still currently underway.

Best Regards,

Tom Stumpf
Director of Matáv Group Accounting

Kedves Matáv Csoport Vezető Kollégáim,

Csatoltan küldöm a Managment Representation Letter (azaz a Vezetői Teljességi Nyilatkozat) első verzióját angolul, a magyar fordítást holnap reggel tudjuk továbbítani.

Kérem az Önre vonatkozó résszel kapcsolatban válaszát, illetve nyilatkozatát Csontos Aliz részére e-mailben megküldeni szíveskedjen (csontos.aliz@ln.matav.hu). Amennyiben a Vezetői Teljességi Nyilatkozat levél tartalmával egyetért, kérem válaszában a következő mondat is szerepeljen.

"A felelősségi körömbe tartozó összes lényegi információt pontosan és teljeskörűen (tény és elhatárolás) bemutattam a 2005 március 31-i Management Representation Letter (Vezetői Teljességi Nyilatkozat) témájával összhangban".

Megjegyzem, hogy a nyilatkozatban szereplő számadatok csoportszintűek. A leányvállalatok a nyilatkozat aláírásával, azt erősítik meg, hogy a Plus Plan report csomagban bemutatott adataik teljeskörűek. A sárgával jelölt szövegrészek azokat a témákat jelölik, amelyek még változhatnak, illetve megjelöltük, hogy mely szervezetnek kell azt visszaigazolnia.

Miután a feladatból adódóan szoros a határidő, számítunk gyors válaszára. Kérjük lehetősége szerint legkésőbb, szerda délután (2005.04.13) válaszát elküldeni szíveskedjen.

Üdvözlettel:

Thomas Stumpf
Csoport Számviteli Ágazat Igazgatója


Rep letter March 2005 draft.doc

FOIA Confidential Treatment Requested by Magyar Telekom                                        MT-DOJ009-000780



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA  )
                     )
                     )
COUNTY OF SAN FRANCISCO ) ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English of the attached document with Bates No. MT-DOJ009-000847.

_____
Katie Kwan, Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 13th day of February, 20 15,
by Katie Kwan_____,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: P Yalamanchili_____



P. YALAMANCHILI
COMM. #1956466
NOTARY PUBLIC ● CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. OCT. 14, 2015

New York          Washington, D.C.     Chicago              Houston              San Francisco
t: +1.212.631.7432   t: +1.202.828.1267   t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87   t: +49.69.7593.8434   t: +852.2159.9143

| | | | |
|---|---|---|---|
| **Tamás Morvai/ST/HTC2** | To | Imre Gellai/TM/HTC2@HTC2 |
| 01/13/2005 11:36 AM | Cc | |
| | Bcc | |
| | Subject | Re: 4Q2004 Management Representation Letter |

Imre,

It's fine with me. However, we should ask them about one more thing: whether they've received the list of litigations from Macedonia.

Best,

Tamás

Imre Gellai

Imre Gellai
01/12/2005 5:11 p.m.

To:     Klára Armuth/BP/HTC2@HTC2, Tamás Morvai/ST/HTC2@HTC2
Cc:
Subject:   4Q2004 Management Representation Letter

Dear Klári and Tamás,

Please review the sections that apply to us and tell me if they are in order. The representation must be returned by Friday morning!

Thanks,
Imre

──────── Forwarded by Imre Gellai/TM/HTC2 date: 01/12/2005 5:09 p.m. ────────

Tom Stumpf
01/12/2005 3:31 p.m.

Sender: Zsuzsanna Simon

FOIA Confidential Treatment Requested by Magyar Telekom        MT-DOJ009-000847

 Morvai Tamás/ST/HTC2
01/13/2005 11:36 AM

Címzett   Gellai Imre/TM/HTC2@HTC2
Másolat
Titkos másolat
Tárgy   Válasz: 4Q2004 Management Representation Letter

Imre!

Nekem jó, azt kellene még megkérdezni tőlük, hogy megkapták e a peres ügyek listáját Makedóniából.

Üdv:

Tamás

Gellai Imre

Gellai Imre
2005.01.12 17:11

Címzett:   Armuth Klára/BP/HTC2@HTC2, Morvai Tamás/ST/HTC2@HTC2
Másolat:
Tárgy:   4Q2004 Management Representation Letter

Kedves Klári, Tamás,

Kérem nézzétek meg a ránk vonatkozó részeket és jelezzétek, hogy rendben vannak-e.
Péntek reggeli határidővel kell a nyilatkozatot visszaküldeni!

Köszi:
Imre
------------------ Továbbította Gellai Imre/TM/HTC2 dátum: 2005.01.12 17:09 ------------------

Tom Stumpf
2005.01.12 15:31

Feladó:   Simon Zsuzsanna