# Exhibit 18

Vlado Buckovski                                                    February 7, 2014
                              Washington, DC

                                                                        Page 1

```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4    U.S. SECURITIES AND EXCHANGE    :

 5    COMMISSION,                     :

 6              Plaintiff,            :

 7       vs.                          : No.11 Civ. 9645 (RJS)

 8                                    :

 9    ELEK STRAUB,                    :

10    ANDRÁS BALOGH, and              :

11    TAMÁS MORVAI,                   :

12                                    :

13              Defendants.           :

14    _____:

15

16        Videotaped Deposition of VLADO BUCKOVSKI

17                    Washington, D.C.

18                Friday, February 7, 2014

19                      1:25 p.m.

20    Job No. 48302

21    Pages 1 - 151

22    Reported by:  Leslie Anne Todd
```

Page 42

1  the first --
2     Q   Okay. So his are on the bottom right?
3     A   Yeah.
4     Q   And there are two sets of initials below
5  that, it looks like.
6         You don't recognize either of those?
7     A   No. No, sir.
8     Q   What about on the left page -- side of
9  the page?
10    A   Some initials, but I don't recognize. I
11 know only the M. It's Dejan Mickovik.
12    Q   All right. And where did you sign this
13 document?
14    A   When?
15    Q   Where.
16    A   Where. I think in -- I remember. In --
17 in our -- we have one special part of ministry of
18 defense.
19        (Through the interpreter): It is the
20 hall in the home of the army. It's a building in --
21 he was in some sort of a show when he heard that two
22 negotiating parties came to an agreement.

Page 43

1     Q   And so did someone bring you the document
2  for you to sign?
3     A   (Through the interpreter): He can't
4  remember who came from their negotiating team. They
5  said that they have a contract, and it should be
6  follow up on the next page.
7     Q   Were you aware that there were no copies
8  made of the signed Protocol of Cooperation?
9     A   I don't know, really.
10    Q   Were you aware that there was only one
11 original copy of the Protocol of Cooperation?
12    A   Maybe, yes.
13    Q   Do you know where that was kept?
14    A   I don't know.
15    Q   Were you -- did you know that it was
16 taken to Athens and put into the office safe of
17 Mr. Contominas?
18    A   (Through the interpreter): He hears
19 about that for the first time now.
20    Q   Were you aware that the Protocol of
21 Cooperation was not placed in any official files of
22 the Macedonian government of any official archives?

Page 44

1     A   (Through the interpreter): That's right.
2  Okay. This protocol was on paper who was supposed to
3  regulate their relationship. But you can notice that
4  it never became an official government document,
5  because there is no an archive number. And it's not
6  filed in the archives of the government.
7     Q   Was that your intention?
8     A   (Through the interpreter): That wasn't
9  his intention because this contract is not obliging
10 for anyone -- binding. I'm sorry. Binding.
11    Q   I'm sorry. Maybe you misunderstood my
12 question.
13    A   Yeah.
14    Q   Was it your intention that the protocol
15 not be placed in the government archives?
16    A   (Through the interpreter): That wasn't
17 his intention.
18    Q   What was your intention -- what was your
19 intention?
20    A   (Through the interpreter): They were
21 talking about that contract in public -- the
22 protocol. I'm sorry.

Page 45

1         (Through the witness): They would solve
2  the problem with dividend. Because the main focus of
3  our public opinion was dividend. And we say yeah, we
4  find the solution for dividend, and we'll open the
5  possibility to solve the other issue for employees,
6  for potential third operator, et cetera, et cetera.
7     Q   So was it your instruction as the prime
8  minister that because the Protocol of Cooperation was
9  not binding on the government that it should not be
10 placed in the archives?
11    A   (Through the interpreter): That wasn't
12 his decision. Up until that point, there was no
13 similar contract to this one.
14    Q   Whose decision was that?
15    A   (Through the interpreter): Is it going
16 to be archived or not?
17    Q   Yes.
18    A   (Through the interpreter): Experts that
19 took part in the negotiations. So we don't have
20 obligations as a government if eventually the
21 contract doesn't get fulfilled. Because it was clear
22 that not everything can be realized or --

Vlado Buckovski                                                                                   February 7, 2014
Washington, DC

Page 46

1  Q   So was it your understanding that the
2  Protocol of Cooperation was not binding on the
3  Macedonian government?
4     A   (Through the interpreter):  Can you
5  please repeat that?
6     Q   Was -- do you understand binding --
7     A   Yeah.
8     Q   -- a binding agreement?
9     A   Yeah.  Yeah.  Yeah.  Yeah.
10    Q   Was this a binding agreement for the
11 Macedonian government?  Was the Macedonian government
12 bound by the Protocol of Cooperation?
13    A   (Through the interpreter):  This
14 contract did -- protocol did not bind them with
15 anything.  But in the spirit of building a mutual
16 trust, we tried and succeeded right away to solve the
17 paragraph 2, and to start with the payments -- the
18 dividend payments.  In the rush of all the signing of
19 this memorandum of understanding, because of 30th of
20 May of 2005, finally Macedonia got its dividend, and
21 they sold the telecom in 2001.
22    Q   Okay.  So is it your understanding then

Page 47

1  or is this right that the Protocol of Cooperation was
2  not a binding agreement from the Macedonian
3  government, right?
4     A   Definitely we have a better position in
5  relation between government and Magyar Telekom, but
6  without --
7        (Through the interpreter):  -- without the
8  tools to force them to do one thing or the government
9  doing another thing.
10    Q   Okay.  But were you -- but you expected
11 Magyar Telekom to rely on this protocol and issue the
12 dividend, right?
13    A   (Through the interpreter):  Magyar
14 Telekom did that right away, on the 3rd day of May,
15 and the communication changed or started totally a
16 different communication.  The only director that he
17 didn't accept in his office was András Szendrei.  He
18 had an aversion, disliked him, and he knew that.  He
19 was suspecting that he was helping the opposition in
20 2005.  He saw him dining with a leader of the
21 opposition, and that's when he swore that he's not
22 going to enter his office.  And Elek Straub knew why

Page 48

1  he didn't wanted to have any contact with him.  He
2  saw Elek Straub for the first time in February of
3  2005, and after that at his official visit to
4  Budapest, he was part of their business delegation.
5  And then he asked him in Budapest, he asked him why
6  he doesn't have a contact with his people in Skopje,
7  and he told him the reason.
8     Q   Did you ever negotiate aspects of the
9  Protocol of Cooperation with Elek Straub?
10    A   (Through the interpreter):  Never.
11    Q   Did you ever meet with Elek Straub to
12 discuss any aspect of the Protocol of Cooperation?
13    A   (Through the interpreter):  No.  No.
14    Q   What about any of the terms that are in
15 the protocol, such as the dividend or the frequency
16 fee?
17    A   (Through the interpreter):  That was
18 negotiated with the two teams, and through their
19 teams they were setting up objectives.  The team of
20 the Magyar Telekom was doing consultations.  When
21 they would reach an agreement, they would move on.
22    Q   Okay.  But I guess my question --

Page 49

1     A   (Through the interpreter):  That's when
2  they were looking for the official numbers for the
3  dividend.  They were a contract.  They knew what the
4  gain is.  And they were insisting to get their part
5  of the gain.  There was no problem there.  The
6  problem was with the problem of payment of the
7  concessions.  And the problem that the government
8  made, why weren't we informed for the payments for
9  consulting -- consulting services below one million
10 dollars.
11    Q   Okay.  Professor Buckovski, when you were
12 prime minister, did you ever have any face-to-face
13 meetings with Elek Straub to discuss the dividend?
14    A   (Through the interpreter):  No, there was
15 no such meetings.  There was no room for negotiation
16 about the dividend.  The issue was, Are they going to
17 pay or not?  That's where they used the force of the
18 state.  Because they knew the numbers.  But those
19 numbers were hidden from them.  He was talking about
20 it earlier.  That was the only issue that the
21 inspection found when they got into Stonebridge
22 communication.

Page 142

1  little bit of redirect.
2         MR. SULLIVAN:  Okay.
3         FURTHER EXAMINATION BY COUNSEL FOR
4         PLAINTIFF
5  BY MR. DODGE:
6     Q   Professor, turning on to page --
7  Exhibit 81 --
8     A   81, yeah.
9     Q   -- am I correct in understanding that the
10 Protocol of Cooperation that you signed had been
11 negotiated by government officials who reported to
12 you; is that right?
13    A   Yeah.  Yeah.
14    Q   So during the time that they were
15 negotiating the protocol between February of 2005 and
16 May of 2005 --
17    A   Yeah.
18    Q   -- did they report to you on the progress
19 they were making?
20    A   Approximately one weekly information,
21 quick information.
22    Q   And did they ever say anything to you

Page 143

1  during that time about a separate Protocol of
2  Cooperation that would be signed by another
3  minister?
4     A   No.  No.  No.  No.
5     Q   If they had been working on a separate
6  Protocol of Cooperation, would you have expected them
7  to have told you about it?
8     A   (Through the interpreter):  It would have
9  been problematic to negotiate parallelly.  But
10 looking at the documents, beside the signatures, I
11 didn't see anything different.  I cannot find logic
12 why it this done like this.
13    Q   Okay.  So --
14    A   (Through the interpreter):  There are
15 signatures of the people who are negotiating it.
16 That looks -- that to me looks more like a copy of
17 what was negotiated.
18    Q   Are you aware of any legitimate reason
19 why Minister Mehazi would have signed a separate
20 version of the Protocol of Cooperation?
21    A   (Through the interpreter):  I do not have
22 a logical explanation.  Because it cannot have any

Page 144

1  different consequences from what was discussed
2  earlier.  That's more like a wish list.
3     Q   So the Protocol of Cooperation that you
4  signed, Exhibit 80, that one was never released to
5  the Macedonian public; is that right?
6     A   (Through the interpreter):  It was?
7     Q   Was -- let me reframe my question.
8     A   Mm-hmm.  Mm-hmm.
9     Q   The Protocol of Cooperation that you
10 signed, was it ever released to the Macedonian public
11 by the government?
12    A   (Through the interpreter):  Is it -- the
13 content of it?
14    Q   No, the document itself.
15    A   (Through the interpreter):  On the
16 government session -- on the government session, the
17 content of -- was --
18        THE INTERPRETER:  He didn't finish
19 the thought.
20        THE WITNESS:  (Through the interpreter):
21 There was no need.  It's unusual something that we
22 discussed within our family to be publicized.

Page 145

1     Q   Okay.  So the result then was that the
2  document was not released to the Macedonian public?
3     A   (Through the interpreter):  It
4  was retold; it was summarized.
5     Q   Was it usual within the workings of the
6  Macedonian government when you were prime minister
7  for a document like this that you had signed for
8  nobody in the government to keep a copy?
9         MR. SULLIVAN:  Objection.  That's been
10 asked and answered.
11        THE WITNESS:  (Through the interpreter):
12 We didn't have such a case before.  We privatized
13 everything.  Here we stayed with owners.  Even if we
14 wanted to try to find a similar case, there is no
15 one.  That's why this is a specific case.  That's why
16 I said that we should move away from the partnership
17 and share the -- on the stock market.  And the entire
18 government was involved into the implementation of
19 the items agreed upon.
20        For the concessions, I can bring 100
21 pages written material of the deliberations of the
22 government, what should go to the court, should we

Page 146

1  negotiate, what would be -- what there would be a
2  benefit for Cosmote even though they are not part of
3  the problem.  For the dividend, everyone -- everybody
4  were happy.  They were all happy that Deutsche
5  Telekom came in because that improved the image of
6  the Republic of Macedonia.  And Deutsche Telekom is
7  Deutsche Telekom.
8       (Through the witness):  It is a brand
9  name -- it is a brand name, and Macedonia was
10 additional attractive for potential for investors.
11 Like a small country to be a partner with Deutsche
12 Telekom is a -- we say, To be a partner with Deutsche
13 Telekom, we must pay to be a partner, not to corrupt
14 us to Deutsche Telekom.  It's out of logic.  Deutsche
15 Telekom to corrupt a small Macedonia and their
16 developing business of how many billion Euros of
17 dollars.  It's out of mind.  Deutsche Telekom is
18 the -- it's a brand name.  For us it's privilege
19 Deutsche Telekom to be present in Macedonia.  I'm
20 ready to pay them not to -- to rebrand for 9 million
21 Euros, what means one -- one -- $9 or $8 million for
22 Deutsche Telekom?  Nothing.

Page 147

1       But it's -- construction of criminal
2  stories are nonsense.
3       Q   Mr. Sullivan, when he was asking you
4  questions, asked a number of questions about
5  allegations of bribery.  Do you recall that?
6       A   Yeah.
7       Q   And bribery is illegal in Macedonia; is
8  that right?
9       A   Yeah.
10      Q   And so if you testified here that bribes
11 were paid to you by officials of Magyar Telekom, you
12 could be subject to criminal prosecution in
13 Macedonia; is that correct?
14      A   I know.  I know.  Yes, I know.
15      Q   And there would be a possible --
16      A   Yes.
17      Q   -- prison sentence for that?
18      A   Yes.  Yes.  Yes.
19          MR. DODGE:  I have no further questions.
20          THE WITNESS:  Okay.
21          FURTHER EXAMINATION BY COUNSEL FOR
22          DEFENDANT ANDRÁS BALOGH

Page 148

1  BY MR. SULLIVAN:
2       Q   Do you remember when you took an oath,
3  Mr. Prime Minister?
4       A   Yes.
5       Q   You swore to tell the truth?
6       A   Yeah.
7       Q   And you upheld that oath today, didn't
8  you.
9       A   Yeah, only the truth.
10      Q   Thank you.
11      A   And I would like to fight together with
12 you for justice.
13          And I told you that two days before
14 Mr. Sullivan and the other -- and the other
15 representative of the other clients visited me in the
16 lobby of a hotel and tell me only three words:  Tell
17 the truth and only truth, and I informed you about
18 that.
19          MR. SULLIVAN:  Thank you, Mr. Prime
20 Minister.
21          THE VIDEOGRAPHER:  Going off the record.
22 The time is 17:11.

Page 149

1       (Whereupon, at 5:11 p m. the
2       deposition of VLADO BUCKOVSKI was
3       concluded.)