# Exhibit 20

Page 1

1
2
                UNITED STATES DISTRICT COURT
3               SOUTHERN DISTRICT OF NEW YORK
4

  _____
5                                      :
  US SECURITIES AND EXCHANGE           : Civil Action No:
6 COMMISSION                           : 11-Civ-9645 (RJS)
                                       :
7                 Plaintiff            :
                                       :
8                   -v-                :
                                       :
9 ELEK STRAUB                          :
  ANDRAS BALOGH, and                   :
10 TAMAS MORVAI                        :
                                       :
11                Defendants           :
  _____       :
12
13
                        DEPOSITION
14
                           OF
15
                       Zoltan Galig
16
17      On Tuesday, January 20th 2015
18          Commencing at 8:30 am
19
                      Taken at:
20
                  Budapest Courthouse
21                  Miklos utca 2
                   Budapest Hungary
22
23
24 Reported by: Miss Pamela Henley
25 Job No. 89035

```
                                                    Page 150
 1            Mr Zoltan Galig
 2   this, you can tick paragraph 2 as well which is --
 3   which deals with interconnectivity, and with
 4   respect to paragraph 3 in the letter following it
 5   we also indicate that the bylaw contains EU
 6   compliant elements in SNP.
 7         Q.   Mr Galig, I do not have the same
 8   technical qualifications that you have, so I am
 9   going to ask you some more smaller simpler
10   questions on these same subjects to help me
11   understand. When you said you were looking at the
12   next document were you referring to Exhibit 614?
13         A.   615.
14         Q.   You were looking at Exhibit 615.
15   Let us look together at 615 and 614.
16            THE COURT SECRETARY:  I hope you do
17   not mind the interruption because if you have many
18   more questions, if you do, I would like to take
19   the opportunity to dictate what has been stated so
20   far for the minutes.
21            MR DODGE:  Now would probably be a
22   good time to dictate.
23            THE COURT SECRETARY:  Document 612
24   with connection to page 3 of that document, the
25   part dealing with December 24th and with
```

```
                                                    Page 151
 1            Mr Zoltan Galig
 2   December 25th -- December 24th to 26th actually,
 3   so with respect to the section dealing with
 4   December 24th-26th I have no recollections of the
 5   events described therein. This was Christmas time.
 6   I must have been on holiday at that time, and I
 7   received information from Mr Siljanovski at a
 8   later point in time. Now that I am reading the
 9   sequence of events I can recall sharing that
10   information with him. This step was written by
11   Mr Siljanovski and this is what I heard from him
12   at that time, what is to be read from the text.
13   Mr Siljanovski said to me that these developments
14   were important from the point of view of MakTel.
15   These were actually negative developments
16   vis-a-vis the earlier version that we knew, but as
17   I had said we could still live with these changes.
18            In connection with page 575 which
19   deals with the December 27th -- the term "ODV" as
20   it is -- it also shows on the previous page means
21   that it was an official draft version, the acronym
22   means official draft version. I do not remember
23   whether this is identical with the version I had
24   seen. As I have stated, that was Christmas time
25   and I was on vacation. So I do not have
```

```
                                                    Page 152
 1            Mr Zoltan Galig
 2   recollections of events taking place at MakTel in
 3   that period of time. If I could see a document
 4   from that time that might help to do so.  I have
 5   no other memories.  There may have been other
 6   matters. May have prepared analyses. During time
 7   those bylaws were drafted we worked long hours
 8   regularly.  I cannot recall this particular period
 9   of time that life would have sped up even further.
10            As to when those bylaws were being
11   drafted I cannot exactly recall. The information I
12   have is really coming from the documents I am
13   looking at now.
14            In connection with Exhibit 613 on
15   page 43002 with respect to that page I can say
16   this, as I have said we did prepare a to do list
17   as to what the bylaws should look like, but the
18   exact items on that wish list are beyond my
19   recollection. The tasks contained on this
20   particular page may have been on the list. You can
21   confirm that and the answer is a nod. I believe
22   that this list was prepared after the bylaw was
23   accepted, but when exactly happened is something I
24   cannot tell.
25            I assume that Attila Szendrei, who
```

```
                                                    Page 153
 1            Mr Zoltan Galig
 2   was the director of Telemacedonia, asked for this.
 3   Whether the director at that time was Mr Vaclavik
 4   or not is something I cannot exactly remember. And
 5   I do not remember either to whom we actually gave
 6   this list to. We had to send it by email and I
 7   believe that this can be traced back.
 8            As to page 43004 where there is a
 9   certificate of performance this is the first time
10   that I ever see it.  It is dated July 31st, 2005,
11   signed by Mr Zoltan Kisjuhasz.  As to Mr Kisjuhasz
12   I can share with you that he was a lawyer of
13   Magyar Telekom and Stonebridge. What I do not
14   remember is whether the tasks that feature in item
15   number 1 or paragraph 1 whether it was complied
16   with or when I was asked to complete.  I do not
17   remember, but it can be that I had to write a
18   report about it. The task that is in here is also
19   connected to the to do list we prepared.  I do not
20   remember whether this particular objective was met
21   or not as per the state of affairs in July 2005.
22   As to whether I would I have reason to believe it
23   was not complied with or not my answer is no, I
24   would not know. But I can see in the next letter
25   that the bylaw was approved.  Was passed.  The
```

Page 154

```
 1          Mr Zoltan Galig
 2   costing methodology was part of that. And as to
 3   tasks detailed in item 2 and 3 of the email what I
 4   see in the following letter is that these are
 5   tasks that are contained in the bylaws.
 6          Thank you very much and apologies
 7   for interrupting you.
 8   BY MR DODGE:
 9       Q.   Mr Galig, we were looking at two
10   documents we were looking at together, one is
11   Exhibit 613 on the last page of that exhibit, the
12   other one is Exhibit 615, and turning first to
13   Exhibit 613 and with paragraph numbered 1 and the
14   reference there to a costing methodology
15   beneficial to MakTel, my question is, what bylaws
16   were relevant to that?
17       A.   I said that -- well, I said that
18   this item number 1 actually features, or is
19   connected to Exhibit Number 616.
20       Q.   Okay.
21       A.   And this is item -- the first
22   sentence of Exhibit 616 is the one that is
23   relevant here. The English translation is a little
24   bit misleading because fully separated costs
25   should be understood as fully distributed costs.
```

Page 155

```
 1          Mr Zoltan Galig
 2       Q.   So can you tell me what -- I guess
 3   in answer to my question is, is it the RIO bylaw
 4   that is relevant to the costing methodology?
 5       A.   Yes. The third sentence starts with
 6   the phrase, "fee setting".
 7       Q.   Can you tell from the email that
 8   you wrote in Exhibit 616 whether the target was
 9   achieved with respect to that bylaw, at least as
10   of August 11, 2005?
11       A.   Well, I -- yes, I did presume at
12   the time because the letter is dated August 11,
13   2004. Yes, and if you calculate back from that it
14   means that the bylaw was passed some time at the
15   end of July.
16       Q.   So would it be your understanding
17   based on your email from Exhibit 616 that the
18   success element number 1 in Exhibit 613 was
19   satisfied by July 31st, 2005?
20       A.   It is a fact. The fact is true, but
21   whether it was complied with within the scope of
22   the contract or outside that I cannot judge.
23       Q.   Now, if you look again on the last
24   page of Exhibit 613 and success element number 2
25   relating to third party billing, what bylaw or
```

Page 156

```
 1          Mr Zoltan Galig
 2   bylaws were relevant to that element?
 3       A.   It was RIO, RIO was to have
 4   included that, if it included. Third party billing
 5   is a service granted by the wholesale provider --
 6   by wholesale provider to an alternative provider.
 7   That is to say it was a wholesale obligation which
 8   has to feature in RIO.
 9       Q.   So based on Exhibit 616 and the
10   email that you wrote there and the testimony that
11   you just gave is it correct that success element
12   number 2 was also achieved, in your view, by
13   July 31st, 2005?
14       A.   Yes.
15       Q.   And --
16       A.   I am hesitating a little bit
17   because what I said before also holds true here.
18   I saw -- I do not know whether it was complied
19   with, whether it was met within the scope of the
20   contract, or whether it would have been met even
21   without such a contract.
22       Q.   -- well, on -- if you look at the
23   last page of Exhibit 613 Mr Kisjuhasz is
24   certifying that these success elements were met as
25   of July 31st 2005; is that your understanding? Do
```

Page 157

```
 1          Mr Zoltan Galig
 2   you have any reason to believe Mr Kisjuhasz was
 3   wrong in making that certification?
 4       A.   Well, I was not involved in this
 5   contract. All the answers I gave was -- or
 6   pertained to the question whether the tasks that
 7   were given me were complied with or not. Or the
 8   tasks that were written down here were complied
 9   with.
10       Q.   And if I understand your testimony
11   correctly am I right that as far as you knew task
12   number 1 and task number 2 were completed by
13   July 31st, 2005?
14          THE INTERPRETER: Sorry, just one
15   moment (Interpreter clarifies point with witness).
16   Sorry.
17          THE WITNESS: So I said that the
18   tasks were complied with or were met, but I did
19   not make a connection with the contract.
20          MR DODGE: Then I ask you to look
21   at task number 3.
22       Q.   And my question is, we are looking
23   at the last page of Exhibit 613, can you tell me
24   which bylaws are implicated by task number 3?
25       A.   Yes, evidence 615, page 2, item 2,
```

```
                                                    Page 158
 1            Mr Zoltan Galig
 2   definition of relevant markets.
 3       Q.   And was -- do I understand that to
 4   mean that by the date of your email in exhibit 615
 5   July 28th, 2005, success element number 3 had been
 6   met?
 7       A.   Yes.  But I do not know who met this
 8   particular criteria.
 9       Q.   I understand.  Now, focussing again
10   on Exhibit 615, there is the email in the middle
11   of the first page from Mr Balogh to you where he
12   writes: "So is EVERYTHING okay?"; do you see
13   that?
14       A.   Yes, I see.
15       Q.   And you testified about that
16   earlier today?
17       A.   Yes.
18       Q.   Then there is an email from you to
19   Andras Balogh on the same day at 22.00 where you
20   write: "Yes"; do you see that?
21       A.   Yes.
22       Q.   Was that your answer to Mr Balogh's
23   question?
24       A.   Yes.
25       Q.   Does Exhibit 615 discuss the status
```

```
                                                    Page 159
 1            Mr Zoltan Galig
 2   of the RIO bylaw?
 3       A.   No, it does not talk about this
 4   bylaw.
 5       Q.   Now, you described a period of time
 6   when you were providing regular status reports to
 7   Mr Balogh on the development of the bylaws; do you
 8   recall that testimony?
 9       A.   Yes, I do.
10       Q.   And you testified about reports
11   that you provided in late July of 2005, and in the
12   middle of August of 2005; do you recall that?
13       A.   I did not define the period, but I
14   just said, yes, there was a period when I had to
15   provide regular reports to Mr Balogh.
16       Q.   You anticipated my question!  Which
17   is, how long did that period last?
18       A.   I do not remember.
19       Q.   Did there come a time when you no
20   longer had to provide reports to Mr Balogh?
21       A.   I presume I had to provide him with
22   any reports as long as the bylaws were not
23   promulgated.
24       Q.   You testified before about
25   Exhibit 616 which you said was one of the reports,
```

```
                                                    Page 160
 1            Mr Zoltan Galig
 2   is that right?
 3       A.   Yes.
 4       Q.   Can you provide an estimate for me
 5   of how long after August 11, 2005, you continued
 6   providing reports to Mr Balogh?
 7       A.   I do not remember.
 8       Q.   Do you have a general sense whether
 9   the total length of time was something closer to
10   2 weeks, 2 months or 2 years?
11       A.   Well, I am going to guess only that
12   must have lasted to some time in the fall.  But the
13   regularity went down.  So frequency went down.
14       Q.   When you say "the fall" do you mean
15   the fall of 2005?
16       A.   Yes, that is correct.  I presume.
17       Q.   Is that your best estimate today
18   based on your recollection?
19       A.   Yes.
20       Q.   I ask you to take a look at
21   Exhibit 614; was this also one of the reports to
22   Mr Balogh?
23       A.   614 you said?
24       Q.   614, yes.
25       A.   As I see the first letter was
```

```
                                                    Page 161
 1            Mr Zoltan Galig
 2   written by Dejan.  That is when I was commissioned
 3   to give regular information.  I may have been
 4   obliged early on as well to give such information,
 5   I just do not remember.
 6       Q.   So if you look at the first email
 7   from Mr Siljanovski dated July 27th, 2005, does
 8   that email discuss the RIO bylaws?
 9       A.   I do not see it on the list.  This
10   may be attributable to our carelessness.
11       Q.   But the RIO bylaw, was that one you
12   were paying attention to at the time, is that
13   right?
14       A.   That is the case.
15       Q.   Now ask you to take a look at 618,
16   please, this is the same one ...
17         (Exhibit 618 previously marked)
18   Did I correctly understand your testimony earlier
19   you said this was prepared jointly by yourself and
20   a colleague?
21       A.   Yes.
22       Q.   Who was that colleague?
23       A.   It is a good question.  As I recall
24   it was Eleanor Telova, but I am not absolutely
25   sure.  But we also received information from
```