# Exhibit 21

Page 1

```
 1
 2
                UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF NEW YORK
 4

    _____
 5                                  :
    US SECURITIES AND EXCHANGE      : Civil Action No:
 6  COMMISSION                      : 11-Civ-9645 (RJS)
                                    :
 7               Plaintiff          :
                                    :
 8               -v-                :
                                    :
 9  ELEK STRAUB                     :
    ANDRAS BALOGH, and              :
10  TAMAS MORVAI                    :
                                    :
11               Defendants         :
    _____  :
12
13
                       DEPOSITION
14
                          OF
15
                     Marton Halasi
16
17         On Tuesday, January 27th 2015
18             Commencing at 1.10 pm
19
                      Taken at:
20
                  Budapest Courthouse
21                   Miklos utca 2
                 Budapest 1035, Hungary
22
23
24  Reported by: Miss Pamela Henley
    Job Number 89040
25
```

Page 70

Mr Marton Halasi
legal representative the witness responds.
    MR DODGE: Mr Halasi, my name is Robert Dodge. I am an attorney with the Securities and Exchange Commission. I would like to thank you for taking the time to be here today. I would like to turn your attention, please, to Exhibit 549. When you find it this is the confirmation of target achievement.
    Q. And did you testify earlier that the targets were, in fact, achieved?
    A. The actual language I used was that the text herein is an almost verbatim quotation from the labour code and this is what I certified. I would like to make this nuance here because the term "targets and achievement of targets" is -- are being used. I would never take the liberty to say that this is something that was achieved as a result of our own effort and input. There was a consultation. We did what we could and all these goals may have been reached without us even.
    Q. I appreciate the clarification, my question was not how the targets were achieved, I was only asking whether it was correct that the targets were achieved.

Page 71

Mr Marton Halasi
    A. Yes, yesterday I read the labour code to refresh my memory and it is fair to say, yes, this is all in the labour code.
    Q. So is it correct that the targets were achieved as a result of the passage of the labour law in Macedonia in 2005?
    A. Yes. As all this is contained in the labour code, and it is more favourable to our business than the previous one, but it is also true to say this is favourable to all other businesses. So this is not a MakTel specific achievement.
    Q. I want to make sure I understand correctly. Once the labour law was passed, the targets were achieved, is that right?
    A. Yes, MakTel's preferred goals are achieved thereby, yes.
    Q. By the labour law?
    A. MakTel's preferred goals are reflected and achieved in the labour code. That is my answer.
    Q. I believe you have been handed a document that has been marked Exhibit 695.
    (Exhibit 695 marked for identification)

Page 72

Mr Marton Halasi
And this is a document that only has regular page numbers. It is approximately 100 pages long.
    A. Paragraph 149, which is of relevance to us.
    Q. I am not asking about specific provisions of the document, all I am going to ask you is whether you can look at the document as a whole and tell me if you know what it is?
    A. Well, I suppose this is the new labour code.
    MR HILL: May I enquire is this a translated version.
    MR DODGE: I will represent to the parties and to the court this is a document that the SEC obtained from the public website of the Government of Macedonia, and we received it on the website in both English version and a Macedonian version. This is not a document that we had translated.
    Q. So, Mr Halasi, can you tell me whether you can identify what Exhibit 695 is?
    A. Of course, I do not know the actual contents, what is inside this document, and it is not very easy to give a response after 10 years of

Page 73

Mr Marton Halasi
something that I knew, but my understanding that this is the labour code.
    Q. Have you seen the Macedonian labour code before?
    A. Well, I got there in 2003, that -- when I started working this was my daily bread. That was a working document.
    Q. If you look at the first page of Exhibit 695, on the cover, so I will direct your attention on the front cover to where it says: "Decree on the publication of the labour relations, on the promulgation of the labour relations law" and it says: "The labour relations law that the assembly of the Republic of Macedonia passed at the meeting held on 22nd July 2005 shall be promulgated". Does that language refresh your memory as to when the 2005 changes to the Macedonian labour law were passed?
    A. I presume that as of that day, because before that you talk about the bill, from the date of the promulgation of it, it became an act.
    Q. I recognise this is 10 years ago, and I am only asking whether you have any memory

Page 74

Mr Marton Halasi

that is different from this date?
 A. Nothing specific. I do not know to what else I should or could tie it to. I mean what mattered to me at that time that I had another year until we had to go through another wave of head count reductions.
 Q. I would like to turn your attention back, please, to 549, and you testified about the target achievements, do you recall that?
 A. Yes, this seems to harmonise with that because the date of the passing of the Act is July 22nd, and this one is dated July 31st, 10 days later when this was already an effective Act.
 Q. So would it be your understanding that the targets identified in Exhibit 549 were achieved on or about July 22nd, 2005?
 A. Yes, we could say so because I can even imagine that the promulgation was a couple of days later after the passing of the Act itself.
 Q. Now, I am going to change direction a little bit, and I am going to ask you about a series of four documents, and one at a time I will ask you to take a look at them and tell me if you can identify what they are, and the first is

Page 75

Mr Marton Halasi

Exhibit 543?
 A. In that?
 Q. Yes, in that document, Exhibit 543. The Bates number is MT-MAK, it looks like this (indicated) Exhibit 543?
 A. Got it.
 Q. The number is MT-MAK 0174155. Going through page 58 can you tell me what this document is?
 A. Slavitza Serafimova (?) now, I recognise the name she was head of the legal department. She is the Slavitza I made reference to before. She reported to me.
 Q. You recognise the document?
 A. No. Better to say I do not remember. I am just trying to figure out. It could as well have been payment effected to the Dimitrov law firm.
 Q. If you look at the four pages in the document (pause for reading)
 A. Well, it seems to be our agreement with the Dimitrov law firm, but the amounts that I see here seem to be unrealistic to me. 1,500,000 Macedonian dinars. I do not remember that we

Page 76

Mr Marton Halasi

would have paid such an amount, but I do not remember. I cannot interpret it.
 Q. Let me move on to something else then. You testified about the work that you were doing in 2005 relating to the labour code in Macedonia?
 A. Yes.
 Q. Other than yourself, were you aware of anyone else at MakTel who was doing similar work on the labour code in Macedonia?
 A. No Slavitza Serafimova, who was head of the legal department and who reported to me. She was present at the meetings and Georgi Dimitrov, he was the consultant and president of the trade union, Georgi and Slavitza, these are the people I am aware of.
 Q. Other than yourself and people reporting up to you were you aware of anyone at Magyar Telekom who was also working on labour law issues in Macedonia?
 A. As I already mentioned Mr Baranyai reported -- almost weekly reports. So he was aware of all of our concerns, all of our proposals, all the solution proposed. So he

Page 77

Mr Marton Halasi

followed in details. I reported to him from this point of view. So I gave reports to him in this point of view. But that was more like an HR consultation. The relevance of this was cost. So how much things would cost. But I am not aware of any other legal solutions on Magyar Telekom's side. And as I also mentioned that I did not have any dealings with Magyar Telekom's legal department.
 Q. Given the organisation of MakTel and of Magyar Telekom in 2005, if there was a large consulting contract for work on the Macedonian labour law would you have expected to be aware of it?
 A. I do not think so. Okay, well, if I approached this issue from the point of view of professional pride I would say yes. But it did not happen. Or professional vanity. But it did not happen. As to whether there was a document or something I was not involved in anything. I did not participate in negotiations. I did not consult with anybody. Nobody asked for my opinion.
 Q. I am not sure if I completely