# Exhibit 24

| | |
|---|---|
| **From:** | Ferenc Vaczlavik <ferencv@mt.com> |
| **Sent:** | Tuesday, August 30, 2005 9:24 AM |
| **To:** | balogh.andras@telekom.hu; morvai.tamas@telekom.hu |
| **Subject:** | Chaptex szerzodesek |

Kedves Andras!

Attila tajekoztatott, hogy a megallapodasotoknak megfeleloen a ket tervezett uj Chaptex szerzodest a Telemacedonian keresztul kellene megkotni, mivel a kozvetlen Maktel kapcsolat tulzott figyelmet vonna magara.

A Telemacedonias megoldas ketfelekeppen mukodhetne:
a) **A Maktel fele torteno kiszamlazassal**
Ez a normal folyamatoknak megfelelo megoldas. Ekkor

- budget allowance-ra van szukseg a Tmac-nal es a Maktelnel;
- modositani kell a Telemacedonia szolgaltatasi szerzodeset, mivel abban az eves kiszamlazhato osszeg maximalva van - a szerzodes egyik alairoja a kormany, es a Tmac budget egyebkent is kenyes tema, ha mi novelni akarjuk, akkor lehet, hogy ok is kernek meg valamit;
- mivel mar letezik egy hasonlo targyu szerzodes a Chaptex es a Telemacedonia kozott, szukseges a szerzodesek osszehangolasa, hogy ne legyen atfedes kozottuk.

b) **Tovabbterheles nelkul:** termeszetesen elmeletileg kothetnenk szerzodest a Tmac kozvetlen koltsegere is, viszont tekintettel arra, hogy ez evben a mar korabban a Chaptex-szel kotott hasonlo szerzodes miatt a Tmac veszteseges lesz, es egyaltalan nem rendelkezik szabad keszpenzallomannyal, ez az elmeleti megoldas a gyakorlatban nem kivitelezheto.

Amennyiben a továbbszámlázásos megoldást a felsorolt problémák miatt nem tartjátok követhetőnek, másik megoldásként elképzelhetőnek tartok egy Stonebridge-Chaptex tanácsadoi szerzodeses konstrukciot. Ez a megoldas jelentheti a legkisebb potencialis konfliktusforrast, hiszen a Maktelnel nem jelenne meg ez a szerzodes, csak a Stonebridge reszere kell budget allowance. A technikai lebonyolitasnal annyi problema merulne csak fel, hogy mivel minden szabad casht kiutaltunk mar (illetve mar csak a Cosmotelco nemzeti banki regisztracio alatt levo hitele van hatra), 2 M EUR hitelre lenne szuksegunk, javaslatom szerint a Makteltol, olyan feltetelekkel, ahogy a Stonebridge adta a hitelt a Magyar Telekomnak. Jovore ez azt jelentene, hogy e koltseg miatt a Stonebridge idei profitja ennyivel csokken, ezert a jovore kifizetendo osztalek osztalekalapja is, tehát a Telekom ennyivel kevesebb casht kapna jovore a SB-tol.

Amennyiben ez utobbi megoldast preferaljatok, megvizsgalnank jogi oldalrol is (Kisjuhasz Zolival harmonizalnank) ezt a verziot (Stonebridge tevekenysegi korok, stb.).

Udvozlettel,
Feri



CONFIDENTIAL
MT-MAKB 0000052

**From:** Ferenc Vaczlavik <ferencv@mt.com>
**Sent:** Tuesday, August 30, 2005 9:24 AM
**To:** balogh.andras@telekom.hu; morvai.tamas@telekom.hu
**Subject:** Chaptex agreements

Dear András,

Attila informed me that according to your agreement, the two planned Chaptex agreements should be concluded via Telemacedonia, because the direct Maktel connection would attract too much attention.
There are two ways to implement the Telemacedonia solution:
**a) Invoicing to Maktel**
This solution is in compliance with the normal processes. In this case
- budget allowance is required at Tmac and Maktel;
- the Telemacedonia services agreement must be amended, because an upper limit to the annually billable amount is set in it – one of the signatories of the agreement is the government, and the Tmac budget is a sensitive issue, if we want to increase it, it is possible that they would ask something else, too;
- since there is already a similar agreement between Chaptex and Telemacedonia, it is necessary to harmonize the agreements to avoid the overlapping between them.

**b) Without charging:** theoretically we could of course conclude an agreement at the direct expense of Tmac, but with respect to the fact that because of the similar agreement concluded with Chaptex earlier this year Tmac will reach negative profit and it does not have any free cash reserves, this theoretical solution cannot be implemented in the practice.

In case if – because of the problems listed – you don't think that the invoicing solution is not a feasible one, another solution – a consultancy agreement between Stonebridge and Chaptex is also a possible solution. This solution could represent the smallest potential source for conflict, because the agreement would not appear at Maktel, only Stonebridge would need budget allowance. The only problem during the implementation of the technique would be that since we have already allotted all free cash (only the credit of Cosmotelco under national bank registration remained), a credit of 2M EUR would be necessary – according to my recommendation from Maktel – under similar conditions as Stonebridge granted the credit to Magyar Telekom. It would mean for next year that because of this cost, this year's profit of Stonebrige would be reduced by this amount, together with the basis of the payable dividends, which means that Telekom would receive less cash from SB next year.

In case, if you prefer the latter solution, we would also investigate this version from legal point of view (we would harmonize it with Zoli Kisjuhász) (Stonebridge activities, etc.).

Best regards,
Feri

CONFIDENTIAL
MT-MAKB0000052-T

[The original e-mail was re-typed, since the e-mail was sent confidentially (i.e. the system does not allow to execute instructions like copying, printing, forwarding etc.).]

Vaczlavik Ferenc/ST/HTC2
2005.08.19 15:18

|  |  |
|---|---|
| Címzett | Herczegh Zsolt |
| Másolat |  |
| Titkos másolat |  |
| Tárgy | Chaptex Consultancy Agreements |

Bizalmas

Kedves Zsolt!

Megvannak a végleges információink a további tanácsadói szerződésekbe foglalandó összegekről és határidőkről. Alább küldöm őket, ezek alapján kellene előkészíteni a szerződéseket, mégpedig Balogh András és Szendrei Attila által megbeszélteknek alapján sürgősen, a napokban.

### 1. szerződés
A szerződés összege: hétfőn, Andrással és Attilával történt egyeztetés után küldöm

Feladatok
**Law on Electronic Communication and its by-laws related activities**
1. Achievement of the implementation of a cost methodology beneficial for Maktel, ie. Achievement of the introduction of the FDC costing methodology instead of LoRIC method in the relevant by-laws, as well as achievement of the avoiding of the benchmarking approach to the highest possible extent /
Deadline: 31 July, 2005
Weight: 40%

2. Achieving that MT won't have legal obligation for third party billing and collection based on the by laws
Deadline: 31 July, 2005
Weight: 30%

### 2. szerződés
A szerződés összege: hétfőn Andrással és Attilával történt egyeztetés után küldöm.

Feladatok
**Labor Law related activities**
1. Cancellation or modification of the rules regarding the participation of the Trade Union in the lay offs, in a way that the need for informing of and harmonization with the Trade Union doesn't have a postponing impact on the termination of the labour contracts (68-69 §. Of the new Labour Law's draft).
Deadline: 15 August, 2005
Weights: 35%

2. Clarification of the articles regulating the re-negotiation, harmonization and re-conclusion of the existing collective agreements, achieving that in case of failing to harmonize the collective agreements with the new laws's provisions within 6 months, the law shall be applied directly and solely.
Deadline: 15 August, 2005
Weight: 65%

A korábban megadott, a fentiekben nem szereplő tételek jelenleg ne kerüljenek be a szerződésekbe.

Ha bármilyen kérdésed lenne, kérlek hívj a mobilomon (+389 70 200 787) vagy küld a fenti Lotus Notes-os címemre egy mailt.

Köszönettel,
Feri



PLAINTIFF'S EXHIBIT
99
2/12/14

MT-MAK 0008356

[The original e-mail was re-typed, since the e-mail was sent confidentially (i.e. the system does not allow to execute instructions like copying, printing, forwarding etc.).]

Vaczlavik Ferencz
2005.08.19 15:18

To: Herczegh Zsolt
Cc:
Bcc:
Subject: Chaptex Consultancy Agreement

Confidential

Dear Zsolt!

E have the final information regarding the amounts and deadlines to be included in the next consultancy agreements. I am sending them below, the agreements shoudl be prepared on the basis of these, and – as discussed by Balogh András and Szendrei Attila - as urgently as possible, these days.

Agreement 1:
The amount for the agreement: I will send it to you on Monday, after András and Attila agree.

Tasks:
**Law on Electronic Communication and its by-laws related activities**
1. Achievement of the implementation of a cost methodology beneficial for Maktel, ie. Achievement of the introduction of the FDC costing methodology instead of LoRIC method in the relevant by-laws, as well as achievement of the avoiding of the benchmarking approach to the highest possible extent ./
Deadline: 31 July, 2005
Weight: 40%

2. Achieving that MT won't have legal obligation for third party billing and collection based on the by laws
Deadline: 31 July, 2005
Weight: 30%

Agreement 2:
The amount for the agreement: I will send it to you on Monday, after András and Attila agree.

Tasks

**Labor Law related activities**
1. Cancellation or modification of the rules regarding the participation of the Trade Union in the lay offs, in a way that the need for informing of and harmonization with the Trade Union doesn't have a postponing impact or the termination of the labour contracts (68-69 §. Of the new Labour Law's draft).
Deadline: 15 August, 2005
Weights: 35%

2. Clarification of the articles regulating the re-negotiation, harmonization and re-conclusion of the existing collective agreements, achieving that in case of failing to harmonize the collective agreements with the new laws's provisions within 6 months, the law shall be applied directly and solely.
Deadline: 15 August, 2005
Weight: 65%

The elements given previously but which are not listed above should not be included in the agreement for the time being.

Should you have any questions, please call me on the mobile (+398 70 200 787) or send me an e-mail to the Lotus Notes address above.

Thanks,
Feri

CONFIDENTIAL
MT-MAK 0008356-T

Case 1:11-cv-09645-RJS   Document 248-9   Filed 11/16/15   Page 6 of 16

Herczegh Zsolt Dr.
2005.08.23 12:14

Címzett:   Balogh András/ST/HTC2@HTC2, Vaczlavik Ferenc/ST/HTC2@HTC2
Másolat:   Dankó Péter Dr./JI/HTC2@HTC2, Kisjuhász Zoltán dr./JI/HTC2@HTC2
Tárgy:     Draft Consultancy Agreements

Kedves András és Ferenc!

Kéréseteknek megfelelően megküldöm a MakTel és a Chaptex között kötendő két újabb (elektronikus hírközlési, illetve munkajogi témájú) tanácsadói szerződés tervezetét.

A dokumentumok jelszóval védettek, a jelszót telefonon a mai nap folyamán megadtam.

Amennyiben észrevételetek, módosítási javaslatotok van, kérem jelezzétek felém, és átvezetem a dokumentumokon.

Üdvözlettel:

Herczegh Zsolt

 

Consultancy_Agreement_Labour_Law.doc   Consultancy_Agreement_Electronic_Communications_Law.doc

PLAINTIFF'S EXHIBIT
100
2/12/14

CONFIDENTIAL
MT-MAK 0008357

FOIA Confidential Treatment Requested by Magyar Telekom    MT-NBI-WC-00544324

**Confidential pursuant to Securities and Exchange Act s.24(d).**

Herczeg Zsolt Dr.
2005.08.23 12:14

To: Balogh András/ST/HTC2@HTC2, Vaczlavik Ferencz/ST/HTC2@HTC2
Cc: Dankó Péter Dr./JI/HTC2@HTC2, Kisjuhász Zoltán Dr./JI/HTC2@HTC2
Subject: Draft Consultancy Agreements

Dear András and Ferencz!

As requested I am sending you the two newest drafts for the consultancy agreements (regarding electronic telecommunications and labour law) between MakTel and Chaptex.

The documents are password-protected and I have given the password by telephone today.

Should you have any comments or propose any changes, please let me know and I will include them in the documents.

Regards,

Herczeg Zsolt

 
Consultancy_Agreement_Labour_Law.doc  Consultancy_Agreement_Electronic_Communications_Law.doc

CONFIDENTIAL
MT-MAK 0008357-T

CONSULTANCY AGREEMENT

concluded on .......... 2005

by and between

MAKEDONSKI TELEKOMUNIKACII AD SKOPJE
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

CHAPTEX HOLDINGS LIMITED
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 21313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning labour law related activities

---

I. **PREAMBLE**

1.1. The Company has its registered office at bb Orce Nikolov, 1000 Skopje, Macedonia. The Company is duly incorporated and registered with the commercial court in Skopje under registration number 42/2001.

1.2. The ultimate objective of the Consultant regarding this consultancy agreement is the provision of know-how transfer services to MAKTEL.

1.3. The Consultant has professional experience and know-how in similar transition projects in the region of South-Eastern Europe so as to successfully assist the Company achieve its objectives. It is the intention of the Company to use the expertise, know-how and the networks of the Consultant to support the Company in its objectives.

NOW, THEREFORE, in consideration of the mutual promises and undertakings the Parties hereto have agreed as follows:

II. **SCOPE OF SERVICES OF THE CONSULTANT**

2.1. The Consultant shall provide to MAKTEL, or, in MAKTEL's sole discretion to any company controlled by MAKTEL the regulatory strategic consulting, support, assistance and advisory services as set out in Schedule 1 in detail.

2.2. The Consultant is an independent contractor. Therefore neither the Consultant, nor its employees shall be entitled to conclude contracts in the name and on the account of the Company.

2.3. The Consultant shall be solely responsible for obtaining all licenses, permits and approvals that may be required in order for the Consultant to lawfully carry out his activities pursuant to this Agreement.

2.4. The Parties agree that it shall be provided that nothing shall breach the provisions of the United States Foreign Corrupt Practices Act.

2.5. The Consultant shall use its best efforts in furtherance of the interests, reputation and business of MAKTEL, and shall apply such time, attention, resources and skill as may be necessary or appropriate for its proper performance of the Services hereunder. In providing the services, the Consultant shall act in good faith and use all reasonable efforts to ensure that the services are of the highest quality, and provided expeditiously, thoroughly and otherwise to the satisfaction of the needs of MAKTEL and the companies controlled by MAKTEL.

2.6. Commencing as of the signing of this Agreement, the Consultant shall provide to the Chief Executive Officer of MAKTEL a quarterly report on the status of, and associated amount of, the services provided hereunder. Such report shall be provided to the Chief Executive Officer of MAKTEL for approval.

CONFIDENTIAL
MT-MAK 0008358-T

## CONSULTANCY AGREEMENT

concluded on ........ 2005

by and between

**MAKEDONSKI TELEKOMUNIKACII AD SKOPJE**
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

**CHAPTEX HOLDINGS LIMITED**
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 22313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning Macedonian Law on Electronic Communication and its by-laws

---

I. **PREAMBLE**

1.1. The Company has its registered office at bb Orce Nikolov, 1000 Skopje, Macedonia. The Company is duly incorporated and registered with the commercial court in Skopje under registration number 42/2001.

1.2. The ultimate objective of the Consultant regarding this consultancy agreement is the provision of know-how transfer services to MAKTEL.

1.3. The Consultant has professional experience and know-how in similar transition projects in the region of South-eastern Europe so as to successfully assist the Company achieve its objectives. It is the intention of the Company to use the expertise, know-how and the networks of the Consultant to support the Company in its objectives.

NOW, THEREFORE, in consideration of the mutual promises and undertakings the Parties hereto have agreed as follows:

II. **SCOPE OF SERVICES OF THE CONSULTANT**

2.1. The Consultant shall provide to MAKTEL or, in MAKTEL's sole discretion to any company controlled by MAKTEL the regulatory strategic consulting, support, assistance and advisory services as set out in Schedule 1 in detail.

2.2. The Consultant is an independent contractor. Therefore neither the Consultant, nor its employees shall be entitled to conclude contracts in the name and on the account of the Company.

2.3. The Consultant shall be solely responsible for obtaining all licenses, permits and approvals that may be required in order for the Consultant to lawfully carry out his activities pursuant to this Agreement.

2.4. The Parties agree that it shall be provided that nothing shall breach the provisions of the United States Foreign Corrupt Practices Act.

2.5. The Consultant shall use its best efforts in furtherance of the interests, reputation and business of MAKTEL, and shall apply such time, attention, resources and skill as may be necessary or appropriate for the proper performance of the Services hereunder. In providing the services, the Consultant shall act in good faith and use all reasonable efforts to ensure that the services are of that highest quality, and provided expeditiously, thoroughly and otherwise to the satisfaction of the needs of MAKTEL and the companies controlled by MAKTEL.

2.6. Commencing as of the signing of this Agreement, the Consultant shall provide to the Chief Executive Officer of MAKTEL a quarterly report on the status of, and associated amounts of, the services provided hereunder. Such report shall be provided to the Chief Executive Officer of MAKTEL for approval.

2

CONFIDENTIAL
MT-MAK 0008363-T


# Magyar Telekom 

| | |
|---|---|
| Címzett / To | Szendrei Attila |
| Cég neve / Company | Makedonski Telekomunikacii |
| Fax / Facsimile | 0038923126244 |
| Tárgy / Object | |
| Kapják még / Cc | |
| Feladó / From | Dr. Herczegh Zsolt |
| Szervezeti egység / Organization unit | Csoport Jogi Ágazat |
| Telefon / Telephone | 0036/14580519 |
| Fax / Facsimile | 0036/14587295 |
| Kelt / Date | Budapest, 2005. augusztus 29. |

Kedves Attila!

Mellékelten küldöm a kért tervezeteket.

Üdvözlettel:

Herczegh Zsolt

Székhely: Magyar Telekom Részvénytársaság, 1013 Budapest, Krisztina krt. 55.
Cégjegyzékszám: Bejegyezve a Fővárosi Bíróság mint Cégbíróságon Cg. 01-10-041928 szám alatt.



PLAINTIFF'S EXHIBIT
101
2/12/14

CONFIDENTIAL
MT-MAK 0008391

## Magyar Telekom                                                  T··

| | |
|---|---|
| To | Szendrei Attila |
| Company | Macedonski Telekomunikacii |
| Fax | 0038923126244 |
| Object | |
| Cc | |
| From | Dr. Herczeg Zsolt |
| Organization Unit | Legal Unit of Group |
| Telephone | 0036/14580519 |
| Fax | 0036/14587295 |
| Date | Budapest August 29, 2005 |

Dear Attila!

I am sending the two drafts in the attachment.

Regards,

Herczegh Zsolt

Company Headquarters
Court Registration Number



CONFIDENTIAL
MT-MAK 0008391-T

# CONSULTANCY AGREEMENT

concluded on ………. 2005

by and between

**MAKEDONSKI TELEKOMUNIKACII AD SKOPJE**
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

**CHAPTEX HOLDINGS LIMITED**
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 22313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning Macedonian Law on Electronic Communication and its by-laws

CONFIDENTIAL
MT-MAK 0008392-T

concluded on ......... 2005

by and between

**MAKEDONSKI TELEKOMUNIKACII AD SKOPJE**
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

**CHAPTEX HOLDINGS LIMITED**
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 22313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning labour law related activities

CONFIDENTIAL
MT-MAK 0008401-T

31/08 '05 12:17 FAX 389 91 126 244      MAKTELEKOM                                    ☐001

Orce Nikolov bb, 1000 Skopje, Macedonia
Phone: +389 2 3141 141
Fax:  + 389 2 3126 244


Makedonski Telekomunikacii

# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. Zsolt Herceg | **From:** | Mr. Attila Szendrei, Chief Executive Officer |
| **Fax:** | 00 36 1 485 7295 | **Date:** | August 31, 2005 |
| **Phone:** | [Click here and type phone number] | **Pages:** | 21 including this one |
| **Re:** | [Click here and type subject of fax] | **CC:** | [Click here and type name] |

☒ **Urgent**   ☒ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

Dear Mr. Herceg,

On Mr. Szendrei's request I am faxing you these two consultancy agreements.

Best regards,

Rozeta Levkovska
PA of CEO
MakTel

*Tel.: ++389 2 3 242 010*
*Fax::++389 2 3 126 244*
*GSM+ 389 70 201 095*
*e-mail: rozeta.levkovska@mt.com.mk*
*www.mt.com.mk*




PLAINTIFF'S EXHIBIT
102
2/12/14

CONFIDENTIAL
MT-MAK 0008411

# CONSULTANCY AGREEMENT

concluded on June 1st 2005

by and between

**MAKEDONSKI TELEKOMUNIKACII AD SKOPJE**
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

**CHAPTEX HOLDINGS LIMITED**
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 22313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning Macedonian Law on Electronic Communication and its by-laws

CONFIDENTIAL
MT-MAK 0008412

# CONSULTANCY AGREEMENT

concluded on June 1st 2005

by and between

**MAKEDONSKI TELEKOMUNIKACII AD SKOPJE**
bb Orce Nikolov, 1000 Skopje, Macedonia

(hereafter referred to as "MAKTEL" or the "Company")

and

**CHAPTEX HOLDINGS LIMITED**
1 Kostaki Pantelidis Ave., 1010 Nicosia P.O. Box 22313, 1520 Nicosia, Cyprus

(hereafter referred to as "Consultant")

(the Company and the Consultant hereinafter also individually referred to as a "Party" and collectively as "Parties")

concerning labour law related activities



CONFIDENTIAL
MT-MAK 0008422