# Exhibit 27

# In The Matter Of:

*U.S. Securties and Exchange Commission v.*
*Elek Straub, Andras Balogh and Tamas Morvai*

---

*Elek Straub*
*Vol. 1*
*July 31, 2014*

---

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94103*
*(415) 597-5600*

Original File 24472StraubV1.txt
Min-U-Script® with Word Index

Case 1:11-cv-09645-RJS  Document 248-12  Filed 11/16/15  Page 3 of 16

U.S. Securities and Exchange Commission v.                                                    Elek Straub - Vol. 1
Elek Straub, Andras Balogh and Tamas Morvai                                                    July 31, 2014

Page 149

1 the fixed now -- on the numbers.
2    Q.   Was the government advocating for a
3 different frequency fee payment amount at this
4 time?  I mean as of May 27, 2005?
5    A.   I don't -- I don't remember the exact
6 timing, but I clearly remember that they were
7 requesting much more and going beyond request.
8 They were also invoicing more earlier.  Yes.
9    Q.   So is it then -- I guess what I am
10 wondering is why -- why you would sign the
11 agreement if the frequency fee was a major issue,
12 and you didn't have a agreement on it, why would
13 you sign the agreement?
14    A.   First of all is, I don't consider this
15 as an agreement in legal terms.  This was a
16 protocol which was signed in order to show where
17 did we stand, in which direction we would like to
18 go.
19       Now, this despite its weakness, which
20 you have identified, despite its weaknesses, it
21 shows a direction.  A, it clearly says what Matav
22 is ready to do --
23    Q.   Uh-huh?
24    A.   -- without, without let's say disputing
25 further legal elements, and I will come to that;

Page 150

1 and there is another point that the government is
2 ready to with good faith start to solve the
3 problem.
4       Now, these two things were more than
5 nothing, and I think in such a difficult
6 negotiation this is already something we have
7 achieved.
8       Now, let me come to this point which I
9 was now mentioning.  I told you that there was
10 the -- we did frequency fee.  It was not only --
11 the only problem that how much it should be.  The
12 problem was that they have retroactively invoiced
13 the money --
14    Q.   Uh-huh.
15    A.   -- without earlier agreement.  So
16 practically in a very theoretical way even the
17 ground for invoicing could have been challenged.
18 Now, Matav is in this case expressing its
19 position that we don't challenge the legal
20 background.  We don't challenge the whole
21 process, which was as lousy as it can be, we are
22 ready to pay this much because we think this is
23 reasonable.  And then we have reached an
24 agreement with the government and that's the
25 agreement, part of it, let's say.  Here we

Page 151

1 have -- we are in an agreement with the
2 government that they start to work and solve the
3 problem.  Again, I estimate it's not here in good
4 faith.  That was the expectation.
5    Q.   Okay.  So Number 5, Rebranding?
6    A.   Yes.
7    Q.   This is on the second page.
8    A.   Yes.
9    Q.   Says, "The government agrees that
10 MobiMak and MakTel could be renamed to T-Mobile
11 Macedonia and/or T-Com Macedonia respectively at
12 Matav/Deutsche Telekom's discretion."
13       So was that a solution of the
14 rebranding issue in MakTel's favor?"
15    A.   That was a resolution of this problem.
16 Yes, we could say in MakTel's favor.  We could
17 say that in the favor of the joint company, yes.
18    Q.   Okay.  But under these terms that the
19 company had discretion to rebrand or not rebrand?
20    A.   Yes.  But basically the intention was
21 to rebrand, yes.
22    Q.   Okay.  But it left the decision in the
23 hands of Magyar Telekom and Deutsche Telekom?
24    A.   Yes.  Yes.  The government as a
25 shareholder partner of ours was giving its

Page 152

1 consent to rebrand the company.
2    Q.   Okay.  And then Item Number 6 speaks to
3 the bylaws.  And it says, "The bylaws will be
4 brought in a previous consultation with MakTel
5 and Matav.  The government of Macedonia will
6 accept all proposals for the bylaws which will be
7 given by MakTel/Matav and which provide an equal
8 and fair treatment on the market and/or in
9 accordance with the new law and the European
10 practice."
11       So did that provision give MakTel what
12 it wanted with respect to the drafting of bylaws?
13    A.   We were getting a promise from the
14 government, which is expressed here, that they
15 will treat us fairly in the regulations.  It does
16 not specify the very long list of different
17 provisions.  It does not commit in certain
18 provisions to the concrete solution.  In that
19 sense, of course, we wished to have more.  It
20 would have been better for us to have a draft set
21 of bylaws attached to this and signed, but
22 unfortunately, this was not possible.
23       So we were, let's say, at least having
24 an assurance, a kind of intention that, yes, we
25 will behave in a -- in a European manner and work

Page 153

1  with you together and respect things as long as
2  these are in accordance with the European
3  practice and fair treatment and so on. So
4  practically what we wanted was never more than a
5  fair and equal treatment with other, other
6  players on the market.
7      Q.   Okay. But is it correct that in
8  earlier -- earlier drafts of the protocol, that
9  these positions that MakTel had presented, that
10 the company was requesting more specific
11 commitments from the government as to bylaws?
12     A.   Yes. But it turned out that the prime
13 minister and the government as such is not open
14 to incorporate very concrete detailed provisions
15 of something in a document which expresses
16 intentions and directions, and of course it's a
17 totally different flavor, so to say.
18         This talks about that the
19 Telecommunication Directorate, the Monopoly
20 Authority and others should work together on the
21 realization of these intentions and directions
22 which are mentioned here also in the -- in the by
23 -- in the point six regarding the bylaws.
24         So this was a -- in that sense a kind
25 of overall words you approach and then the

Page 154

1  details should be worked together in the future.
2      Q.   Okay. So the last bullet point in
3  Item 9 says that, "The parties agree that this
4  protocol shall be interpreted and performed in
5  its entirety and neither Matav nor the government
6  wish to seek or request the compliance of its
7  individual provisions."
8          What was your understanding of what
9  that meant?
10     A.   We have been faced several times, and
11 it's not only typical to be care of this, but
12 very general business practice that you take a
13 kind of understanding and you pick those points
14 which are for your benefit, and then you start to
15 work on that and forget all the others which
16 benefiting the others.
17         So we were practically at least trying
18 to nail down the fact that there is no rebranding
19 if there is no -- no cooperation in the frequency
20 fee and the bylaws and so on.
21     Q.   Okay. So is it -- was it your
22 understanding, then, that the promises made in
23 the protocol would have some -- some reciprocity
24 to them. We expect to perform on our promises,
25 and we expect you to perform on yours, and is

Page 155

1  that -- was that your understanding?
2      A.   That's always my understanding if I am
3  negotiating with somebody, yes. In this case as
4  well.
5      Q.   But I think you have said this before
6  the -- you did not understand the Protocol of
7  Cooperation to be a legally enforceable document?
8      A.   No. No. It was never -- as we have
9  gone through that. These items are open.
10 Partially very concretely open. It's also named
11 here. Partially pending on many other things.
12 Partially also demanding further approvals from
13 further parties. So it was a kind of -- of
14 protocol of the talking points we have gone
15 through with the government, and we have somehow
16 identified those elements where we think we are
17 close to each other and the directions, yes.
18     Q.   Okay. And there was also the element
19 of reciprocity as part of that?
20     A.   The -- the -- again, there were points
21 which were more important for -- for one party,
22 and there were others which were more important
23 for the other and there were points which were
24 equally important for everybody.
25     Q.   Uh-huh.

Page 156

1          Now the protocol, I guess, was signed,
2  if not by you, then at least on your behalf --
3      A.   Yes. Absolutely.
4      Q.   -- as the chief executive officer of
5  Magyar Telekom?
6      A.   Yes.
7      Q.   And it was also signed by the prime
8  minister of Macedonia; is that right?
9      A.   Yes.
10     Q.   So does that reflect that even if it
11 was not legally enforceable, that there was some
12 importance to the document?
13     A.   Yes. Yes. We have thought a lot on
14 this and it was important, especially because the
15 points in it were important, yes.
16     Q.   Okay. Now did you know that at the
17 time of its execution that there were no copies
18 made of the signed protocol?
19     A.   I did realize that later on that the
20 only signed copies were deposited in good faith
21 with our Greek partners, yes.
22     Q.   And when did you learn that?
23     A.   When Michael was asking for -- Michael
24 Gunther, I mean. Michael Gunther was asking for
25 a signed copy, and then it turned out that I was

Page 157

asking my secretary to send this, this signed copy to -- to Michael, but it turned out that there are the only signed copies are deposited with our Greek partner.

Q. And was it Mr. Balogh who informed you that that was the case?

A. Not me. I wasn't informed. I think my secretary was actually informed about that because Michael was asking from the secretary.

Q. What explanation were you given as to why Magyar Telekom didn't have a signed copy?

A. The -- as I was informed, the real problem was not with us, so we could have signed copies, and we had a lot of non-signed copies of the same -- exactly the same document, but the problem was with the government; and I think we have -- we have seen earlier e-mails in which it was expressed that the prime minister and the minister of -- of telecommunication were not cooperating with each other on different things; and in this case as well, they were practically refusing to sign the same document, and because of that, they wanted not to become public that one or the other was signing such a document.

So all in all, to keep the agreement

Page 158

confidential, only in the circle of those people who had a copy of it, it's fairly long, but nevertheless, definitely not the press or not the public, this was -- was considered the best solution. That was the explanation for it, yes.

Q. Did you have any understanding of what -- what negative things might happen with respect to the government if the protocol were to be made public?

A. I could only draw that consequence from the previous times. The local press, the local opposition, and the two contradicting elements of the coalition government were using every occasion to initiate press attacks or public statements against the other, and telecommunication was something at that time which was a hot issue because it did impact a lot of people. The public majority of the persons who were using some kind of service. So the negative impact, to cut it short, would have been publicity negative impact.

Q. Okay. Would the accusation -- in your understanding, would the accusations have been that the government was being too generous with MakTel or giving unfair benefits to MakTel?

Page 159

A. Yes. Yes. And it would have been very difficult to explain to the public that we are not getting any benefit, especially not binding benefits from this document, but rather making up at least partially those disadvantages which were imposed on us earlier.

Q. And the disadvantages would be the what?

A. The disadvantages being, for example, the Telecom Law, which was publicized, and it's described clearly that it was against our legal contract with the government.

Q. Uh-huh.

A. So it was a clear disadvantage that they were in breach of their privatization contract. They were in breach of their promises regarding the regulatory regime being in harmony with the European Union and so on. There were many things where they were disadvantaging us, so to say, and very few elements were somehow correct by this.

Q. Around this time period --

A. Yes.

Q. -- 2005, to your knowledge, was it an objective of the government of Macedonia to find

Page 160

a way to join the European Union?

A. Yes. It was definitely a desire of the Macedonian people to join the European Union. They -- at that time they were slightly after -- after the NATO, joining the NATO. That was also boosting their national proud; and as a next step they wanted to become the members of the European Union, which until now did not happen. Nevertheless, it was the aspiration, yes.

Q. And the 2005 telecommunications law, was that -- was that part of a government program to work toward joining the European Union?

A. It was a failed element of that effort because it was not fulfilling the requirements of the European Union. So the fact to implement a new law was indeed meant as a preparatory step among many, of course, to become ready for future membership; but the -- from the content point of view, they failed to implement the real substance and directions given by the European Union. So that's why I said that it was a partially failed attempt, yes.

Q. Do you know whether there was any concern on the part of anyone in the government that if the Protocol of Cooperation were made

Page 161

public, that that might threaten the efforts to join the European Union?

A. That may have been the -- the feeling. I don't know about that, but it may have been the feeling by somebody, but as the matter of fact, we were much better in knowledge of what the European Union is expecting from a country than the Macedonians who were just at the very, very beginning of the -- of this process, and we see after ten years they are still very well before the possibility joining the European Union or perhaps a little bit even further down the road, I mean, going backwards. So their feelings in that sense were not really meaningful.

Q. Were -- was it an unusual practice at Magyar Telekom for a signed document, a document signed by a chief executive officer of the company on his behalf, you know, with at least important enough to be also signed by a prime minister, for a document like that not to be retained in the company's files at least in a signed version?

A. First of all, I have to say that I was not dealing with the filing. So, as such, I can only say that most probably these documents are

Page 162

normally stored somewhere, but I was not dealing with this. But let me say that you said that under normal circumstances or usual, something like that you have said in your question, these were not usual circumstances.

Again, let me say that the tension in the country was -- was uncomparable [sic] to the usual circumstances. Again, three years before this time people were on the streets fighting each other with weapons. Our -- our technology there was threatened and also damaged significantly. Two -- two partners in the coalition government were fighting against. The Albanians mostly did call themselves freedom fighters, and they were even very young. So I would not call that situation a usual one, and unusual situation was calling for in that sense unusual discretion.

Q. So when you were first informed that the only original of the Protocol of Cooperation was being taken to Greece --

A. Yes.

Q. -- did you have a conversation with Mr. Balogh about that or anyone else?

A. Yes. And what I was telling to you now

Page 163

about the reasons was basically coming from him and with my -- it did meet my understanding.

Q. And so what did you tell Mr. Balogh, if anything?

A. I understand this, and that's -- and we have the unsigned copies which are was the same, and if necessary, we can get this signed copy any time from -- from Mr. Contominas as I see this here.

Q. Uh-huh. And did you have any conversations about this with Mr. Gunther?

A. Yes. Yes. I was explaining to him the same because he's asking for the signed version and then later on accepting my explanation and with that, the story was practically solved again like we stress especially because all of these points, and here we have I think seven or nine points, all of these points were dealt with in different, totally different appropriate documentation. So let me perhaps elaborate on that.

For the MVNO project, which was not realized later on, which was abandoned due to business reasons, we had separate many business cases, plans, maps, whatsoever. And of course

Page 164

there everything was clearly documented and visible to those who should see that.

The dividend question was developed by our finance function. It was a proposal. It was approved by everybody. It was first full supported by our financial division. So all in all, this was known by everybody.

The frequency fee was going up to Brussels because we were complaining in Brussels due to this very high frequency fee and asking from Brussels from our experts on comparable standards and so on.

So I could continue, but I should not. So all in all, all of these separate points were dealt upon in the necessary places.

So actually, let me come back to my original remark. This Protocol of Cooperation was a collection of items which were anyway handled, negotiated, documented, as well. So the -- so there was no real need for me to have this concrete document in my safe, so to say.

MR. DODGE: Can I have Number 22, please, Exhibit 12?

(Exhibit 12, Protocol of Cooperation, Bates stamped GREEK-MLAT-000009 and 10, marked for

Page 165

1  Reference.)
2  BY MR. DODGE:
3    Q.  Mr. Straub, I am handing you a document
4  that's been marked Exhibit 12.  It's a two-page
5  document with Bates numbers GREEK-MLAT-000009 and
6  10.  The heading on the top says Protocol of
7  Cooperation, and the second page has signature
8  lines for Xhemali Mehazi, Minister of Transport
9  and Communications and then Elek Straub, chief
10  executive officer and the date line is blank.
11        Mr. Straub, once you have had a chance
12  to take a look at --
13    A.  Yes.
14    Q.  -- Exhibit 12, can you tell me if you
15  can identify it?
16    A.  Yes.  This is the -- exactly the same
17  document as we have seen with different
18  signatures, yes.
19    Q.  So this is also the -- this is the
20  Protocol of Cooperation signed by the Minister of
21  Telecommunications?
22    A.  Yes.  Yes.  Yes, it is.  Mr. Mehazi,
23  yes.
24    Q.  And the signature on the second page
25  above your name, is that your signature?

Page 166

1    A.  Yes.  That's mine.
2    Q.  Can you tell me when you signed this
3  document?
4    A.  I don't remember.  I was definitely not
5  signing it together with Mr. Mehazi.  If I recall
6  it well, the document was -- was taken by some of
7  our Greek consultants.  So it was signed by
8  Mehazi, and then it was getting back to us.
9    Q.  So it was signed by Mr. Mehazi first or
10  by you first?
11    A.  I tell you very honestly, I don't
12  remember.
13    Q.  Do you know whether Exhibit 12 was
14  signed before or after Exhibit 11?
15    A.  It should have been this almost the
16  same time, but I don't remember whether one day
17  before or after.  I don't know.
18    Q.  Okay.  Do you have any understanding
19  why you signed Exhibit 12 and Mr. Balogh signed
20  Exhibit 11?
21    A.  No.  No.
22    Q.  And did you have an understanding at
23  the time that Exhibit 12 would -- there would
24  only be one original, and it would be retained by
25  Mr. Contominas?

Page 167

1    A.  No.  No.  That we were talking about
2  that the same applies for both copies.  I was not
3  really dealing with that, how many signed copies
4  we will keep or not keep.  I was getting this
5  information during the conversation with Michael.
6    Q.  Okay.  So do you believe that you
7  signed Exhibit 12 in Budapest?
8    A.  Yes.  Yes, I do.  Yes.
9        MR. DODGE:  Can I have 26, please?
10        (Exhibit 15, E-mail dated May 31st, 2005,
11  marked for Reference.)
12  BY MR. DODGE:
13    Q.  Mr. Straub, I am handing you a document
14  that's been labeled previously Exhibit 15.  It is
15  an e-mail dated May 31st, 2005, from Andras
16  Balogh to Elek Straub with no text to the e-mail
17  message but an icon indicating an attachment,
18  named MakTel Lobby SE, and then two pages of a
19  document written in Hungarian under the heading
20  Agenda, and then the third -- or the fourth,
21  fifth and sixth pages are an English language
22  translation of the first three pages; the
23  translation having been done by White & Case.
24    A.  Yes.
25    Q.  So, Mr. Straub, taking a look at the

Page 168

1  first three pages of Exhibit 15, can you identify
2  this as an e-mail that you received from
3  Mr. Balogh on or about May 31st, 2005?
4    A.  I don't remember getting the e-mail,
5  but as it is a copy of that, I have to assume
6  that it was sent to me, yes.
7    Q.  Okay.  And the two-page attachment with
8  the label Agenda, can you identify that as a
9  document you received from Mr. Balogh?
10    A.  If this is an attachment, then yes.
11  Yes.
12    Q.  Do you recall ever having seen this
13  document before?
14    A.  I don't remember, but it very well can
15  be.
16    Q.  Okay.  So May 31st, 2005 is -- would
17  have been just a few days after the execution of
18  the Protocol of Cooperation; is that right?
19    A.  Yes.
20    Q.  Do you recall any discussions with
21  Mr. Balogh around that time on the subject --
22    A.  Not, not, not the concrete discussion.
23  He was my reportee, and we were meeting at least
24  once a week.  So --
25    Q.  Okay.

Case 1:11-cv-09645-RJS   Document 248-12   Filed 11/16/15   Page 8 of 16

U.S. Securities and Exchange Commission v.                                        Elek Straub - Vol. 1
Elek Straub, Andras Balogh and Tamas Morvai                                          July 31, 2014

Page 181

1  Q.  So it says, "Nico believes the
2  Albanians will wreck the agreement," and also I
3  have seen another interpretation, "torpedo the
4  agreement"?
5  A.  Yes.
6  Q.  "Within two months if we don't pay."
7      Do you have an understanding what
8  Mr. Balogh is referring to there?
9  A.  I am not knowing the concrete payment,
10 but I know that in the -- in the Protocol of
11 Cooperation there was commitment to pay, to be
12 paid, and of course this money was expected by
13 them.  So payment of the outstanding amounts
14 coming from the Protocol of Cooperation, which,
15 by the way, I think almost two months the
16 dividend and the frequency fee was due.
17 Q.  Okay.  So would you understand this to
18 mean payment of the frequency fee or payment of
19 the dividend or --
20 A.  Maybe, yes.  That was the basic payment
21 elements of the Protocol of Cooperation, yes.
22 Q.  Okay.  Other than -- other than payment
23 of the dividend and the frequency fees, were you
24 aware of any other -- other payments associated,
25 that MakTel was supposed to make, or Magyar,

Page 182

1  associated with the Protocol of Cooperation?
2  A.  No, no, no.
3  Q.  Okay.
4  A.  But of course MakTel was regularly
5  paying to the government, so which I cannot know
6  about.
7  Q.  Then the next sub-bullet point says,
8  "Payment is conceivable, but we might, for
9  example, pay 2 million euros, 1 million each to
10 Macedonian and Albanian consultancy firm from
11 Tele-Macedonia."
12     Do you have an understanding of what
13 payment is being referred to there?
14 A.  I can -- I can only guess.  It's a good
15 guess.  Tele-Macedonia was a daughter company of
16 MakTel, which was established to realize the
17 so-called know-how transfer, which was basically
18 on one hand the employment and payment of the
19 local -- of the experts in Macedonia.  That's
20 Hungarians, Germans, Greeks and so on were
21 working with the company; and also it was a
22 vehicle to hire additional experts from around
23 the world.  We have Americas.  We have other
24 Germans and so on who were working with us in
25 order to improve the efficiency of the company.

Page 183

1      Now, this was a provision of the
2  privatization contract for four years.  This was
3  practically running out 2004, and we were asked
4  by Mickovik or better to say we were -- Mickovik
5  was demanding for us representing request from
6  the government or from -- from the prime minister
7  that this money should be split in two parts.
8  Five million going to -- to the original, let's
9  say, original -- the original goals, and for in
10 the first, in the value of 2 million euros we
11 should hire local know-how, local, local talents,
12 local consultancies or experts, and they were
13 demanding that this 2 million from the 7 all
14 together should be paid or should be spent for
15 sourcing local experts.
16     Now, this was a dispute between us for
17 long.  At the end of the day we agreed in theory
18 to that, but -- but of course we were thinking
19 that this money should, first of all, go to both
20 entities in Macedonia.  So we cannot spend all
21 the money in one direction.  So the idea was to
22 spend 1 million, roughly half, to the Albanian
23 national experts and to the Slavic national
24 experts.  So this equal treatment or this -- this
25 equal opportunity for the different nationalities

Page 184

1  was a possibility.
2  Q.  Uh-huh.
3  A.  And Tele-Macedonia was the entity which
4  was spending this money and Tele-Macedonia who
5  were the experts hired normally.
6  Q.  So do you have any understanding how
7  this payment that you are describing now would
8  refer to the separate payments referred to above?
9  And these are all sub-bullet points, and there is
10 major bullet point where it says, "Question:
11 What to do with the separate payments?"
12 A.  Yes.
13 Q.  Can you explain to me how the payments
14 that you are describing would refer to the
15 separate payments above?
16 A.  The -- I think I will, yes.  The
17 situation was always that the government,
18 believing that MakTel is a very rich company, is
19 able to finance the economy in general in
20 Macedonia.  We should -- we should be able to
21 invest, to hire local people and support the
22 local economy through that, to pay more taxes, or
23 to pay higher dividends.  So practically all of
24 these elements are due payments to the benefit of
25 the country, either in form of a dividend or in

Case 1:11-cv-09645-RJS   Document 248-12   Filed 11/16/15   Page 9 of 16

U.S. Securities and Exchange Commission v.                              Elek Straub - Vol. 1
Elek Straub, Andras Balogh and Tamas Morvai                                  July 31, 2014

Page 189

references to payments above it. Is that your
reading of it?
   A.   It's not entirely different. Again,
let me say it's -- first of all, it is paid by
the company, so from that aspect, it is the same.
   Q.   It's not referring to a frequency fee
in this bullet point.
   A.   Who said that everything is referring
to the frequency fee? I was not. No. No. I
don't know, and I don't claim that everything
here is summarized under the -- under the
headline "frequency fee." It is under payment,
and as payment, it fits here.
        As frequency fee, I cannot say because
I don't read this as such.
   Q.   Right. But then above that it says,
"Nico believes the Albanians will deposit the
document with him immediately similarly for the
Macedonians once we have settled one-third of the
separate payments."
        So just in the way it's written it
appears to refer to specific payments that the
Albanians were expecting --
   A.   They are.
   Q.   -- is that right?

Page 190

   A.   The Albanians here are referred to as
the minister practically, the ministry which was
led by the Albanian minister; and by the way,
also the staff was more or less consisting of
Albanian experts, and all the payments which are
referred to here are somehow aimed to satisfy the
ministry itself or the economy which part which
was responsible for the minister. So actually,
this -- this -- everything is -- is a payment in
that direction.
   Q.   Uh-huh. But then the next two bullet
points down it says, "The original agreement was
for 10 million euros in three installments,"
which on its face implies that the ministry is
anticipating a series of three installment
payments totalling 10 million euros, which
suggests a very specific expectation; is that
right?
   A.   The expectations were high. I don't
know whether they were up to 10 million, but the
expectations were high and were, of course,
negotiated down by us until we arrived to the
protocol.
   Q.   But that's not what the agreement --
that's not what the document says.

Page 191

        What the document says is that the
original agreement was for 10 million euros or on
its face what Mr. Balogh wrote was that there was
an agreement to pay 10 million euros; and that
Macedonia -- that the Albanians are expecting to
receive, and if they don't receive it, they will
torpedo the protocol.
        MR. BUEHLER: I would --
        MR. DODGE: Is that you are understanding
of?
        MR. BUEHLER: I would object. I would
object. You have now combined about three or
four of the different bullet points together.
And you have been kind of going at this same line
quite a long time. I have let it go on, but I
think it's getting to the point where you have
asked and answered this quite a bit now.
        MR. DODGE: Do you have the question in
mind?
        THE WITNESS: No. No. No. I am waiting
for the question, and then I have --
        MS. LANE: There wasn't a question. It was
more of you testifying yourself. I didn't hear a
question.
        MR. DODGE: Okay. We will take that as a

Page 192

form objection.
        MS. LANE: Yes, do.
BY MR. DODGE:
   Q.   So if you look at the series of bullet
points taken together?
   A.   Yes.
   Q.   One bullet point speaks to an
expectation by the Albanians that -- now I lost
my place. I will start again.
        So the bullet point that begins, "Nico
believes" refers to -- let me start again there.
        Let's go down to the bottom sub-bullet
point here where it says, "We should only pay
more than this once the MVNO contract for Kosovo
has been received and suitable bylaws have been
accepted."
   A.   Yes.
   Q.   Are you aware of any -- any payments
that would be contingent on the two things
referred to there?
   A.   In the Protocol of Cooperation we have
agreed upon on different items, partially to be
delivered by -- by MakTel, like the dividend
payments or like the frequency fee or also some
other smaller elements, and also the government

Case 1:11-cv-09645-RJS   Document 248-12   Filed 11/16/15   Page 10 of 16

| U.S. Securities and Exchange Commission v. | Elek Straub - Vol. 1 |
| Elek Straub, Andras Balogh and Tamas Morvai | July 31, 2014 |

Page 193

1  was agreeing, at least in theory, or in the
2  directions to deliver certain things like to
3  approve the MVNO project to be started and also
4  that they will cooperate with us in terms of the
5  development of the bylaws up to the level it is
6  fair, it is European standard without any
7  specific benefit -- any disadvantages.
8      Now, this means that we should not
9  really do our steps or pay the frequency fees or
10 the dividends as long as we don't see that the
11 government is making similar steps; and if you
12 recall in the last -- last point of the Protocol
13 of Cooperation, there is an explanative clause
14 which is related to this.  No one should accept,
15 neither party should accept that the other one is
16 doing steps without the other one also realizing
17 what is promised or what is suggested in the
18 protocol, and this says the same.
19     Q.   So is it your testimony, then, that
20 MakTel's payment of a frequency fee would be
21 contingent on either the MVNO contract or
22 suitable bylaws?
23     A.   Would be -- would be done step by step
24 referring to the -- to the commitments and
25 delivery by the ministry in terms of this

Page 194

1  cooperation, yes.
2      Q.   Okay.  Well, the bylaws -- the
3  frequency fee, let's focus on that for a moment.
4      A.   Yes.  Yes.
5      Q.   The protocol specifies the amount of
6  frequency fee that Magyar was willing to pay,
7  right?
8      A.   Yes.
9      Q.   So once the government invoiced MakTel
10 for that frequency fee at that agreed amount,
11 MakTel would go ahead and pay that, right?
12     A.   MakTel was invoiced already once in
13 2004, if I recall it well, and those invoices
14 were in place.  The -- this new frequency fee
15 rumor has to be shoot first, agreed upon, and
16 then can be invoiced and then of course still
17 MakTel has the -- all the rights to appeal
18 against it, to pay whenever they think it's the
19 time has come.  So of course there is a kind of
20 step-by-step realization of both sides'
21 commitments or both sides of promises which were
22 combined in the form of the Protocol of
23 Cooperation.
24     Q.   Well, but MakTel was, in fact, invoiced
25 for frequency fees in the amount set forth in the

Page 195

1  protocol; is that right?
2      A.   No.  At that time definitely not.
3      Q.   But they later were?
4      A.   I cannot tell you.  I was not -- not
5  involved directly in the final.  I know that
6  there was earlier a much higher invoice.
7      Q.   Uh-huh?
8      A.   I know about that concretely.  I
9  don't -- I cannot tell you when the new version
10 was -- was invoiced.  It was probably done
11 because otherwise it cannot work.
12     Q.   But if I suggested to you that at the
13 end of June 2005, MakTel was, in fact,
14 invoiced --
15     A.   Yes.
16     Q.   -- for frequency fee and --
17     A.   That's possible.
18     Q.   -- and if I suggested to you that
19 MakTel then paid that invoice sometime in July
20 of 2005, would that be inconsistent with your
21 understanding?
22     A.   No, normally they paid their invoices.
23     Q.   Okay.  And if I suggested to you that
24 that took place before there was any MVNO
25 contract for Kosovo, would that be inconsistent

Page 196

1  with your understanding?
2      A.   The -- the MVNO contract was also
3  depending on several other things.  First of all,
4  on the -- on the economic merit of it.
5      This was an idea presented to me as a
6  talking point.  It was not even expressing
7  perhaps the position of Andras.  This was in
8  order to talk about it.  So it was not -- not
9  even a statement by anybody.  These were all
10 points to be discussed later on between two
11 managers in an informal form.  So I -- I don't
12 really understand the question.
13     Q.   Okay.  Well, what the bullet point
14 says, We should pay more than this" --
15     A.   Yeah.
16     Q.   -- "once the MVNO contract for Kosovo
17 has been received and suitable bylaws have been
18 accepted."
19     A.   Yes.
20     Q.   And I was wondering what payments were
21 you aware of, if any, that would have been
22 contingent on the MVNO contract and suitable
23 bylaws being in place?
24     MR. BUEHLER:  Just objection.  I think you
25 did ask almost that exact same question already.

Page 213

1  was asking somebody to put together this list and
2  he was not checking it.  That was my, let's say,
3  first feeling about this whole story.  It was
4  lousy work.
5     Q.  All right.  The e-mail from Mr. Balogh
6  continues, skipping a line, line or two,
7  "Naturally, Nico and company pressed the matter
8  unbelievably phoning us daily.  Today even their
9  local man was there when the phone call was made
10 (Bekim) a consultant in the MOF."
11         Do you have any understanding what
12 Mr. Balogh was referring to when he said --
13 wrote, "Nico and company pressed the matter
14 unbelievably"?
15    A.  Yes.  The project was agreed upon in
16 the Protocol of Cooperation.  All Protocol of
17 Cooperation elements, by the way, were referring
18 to Macedonia, and that's why most probably the
19 reference to that which you were asking.
20         So the project was there, and Nico was
21 personally is interested in the project.  The
22 Greek company wanted to be a partner in the
23 project and most probably make some money with
24 the -- with the project being developed.
25         And that's why he was very much

Page 214

1  interested in it, and he also was in connection
2  with the prime minister who was also pushing this
3  project for the reasons we have discussed
4  earlier.  So all in all, we have signed the
5  Protocol of Cooperation in this case already once
6  earlier also, and they were pushing to happen
7  something.
8     Q.  Okay.  Now, in the sentence it writes,
9  "Bekim, a consultant in the MOF," and that's the
10 English translation.
11    A.  Hungarian it is PM.
12    Q.  PM in Hungarian, which, could that have
13 referred to the prime minister?
14    A.  Yes.  Yes.
15    Q.  So would you read this as perhaps a bad
16 translation; that MOF maybe should have been --
17    A.  I don't know what MOF means, but here
18 in the Hungarian it's prime minister.
19    Q.  Okay.  So what was -- what was your
20 understanding of the prime minister's interest in
21 pushing forward with the Kosovo MVNO project?
22    A.  Mr. Dodge, the prime minister was
23 negotiating with, and on behalf of the prime
24 minister, others were negotiating with us for
25 months; and one element of that negotiation was

Page 215

1  to set up this project.  So I think it was
2  natural for them to see whether it's realized and
3  how fast it is realized whether we would be
4  making at least some progress with it.
5     Q.  So the progress, though, that was being
6  considered at that time was -- was the logistics
7  work on the border; is that correct?
8     A.  We were far from realizing any project
9  work.  We were just in the preparatory phase of
10 this project.  There plans were made; actors were
11 looked for, and that's of course also showing
12 certain efforts whether the project is
13 progressing or not.
14    Q.  Okay.
15    A.  So it was either very far away from any
16 construction, and at the end of the day we were
17 never arriving there.
18    Q.  Okay.  But at this time --
19    A.  Yes.
20    Q.  -- in mid-June of 2005 where it says,
21 "Nico and company pressed the matter
22 unbelievably, phoning us daily, and referring to
23 the prime minister as well," what did you
24 understand the Greeks and the prime minister to
25 expect the company to be doing at this time?

Page 216

1     A.  Progressing with the project fast and
2  relatively smoothly.  Progressing with the
3  preparation of the MVNO project.
4     Q.  So what sort of process -- what sort of
5  progress could have been happening in the second
6  half of June of 2005?
7     A.  Planning, looking for partners, signing
8  documents, doing the necessary preparatory steps
9  or what a project has to be contained, a project
10 map, defining responsible persons, defining who
11 the technological supplier will be and so on.  So
12 all the things which are not arriving to the
13 realization, but are considered as preparatory
14 steps.  And most probably they -- for whatever
15 reason, Nico and perhaps all -- although this
16 Bekim, which I don't know, was considering that
17 we were a little bit slow or we were not fast
18 enough or we should be faster.
19    Q.  So what deliverables should MakTel have
20 been producing at this time?
21    A.  You are over-asking me.  I am sorry.
22 That's a German expression so.  So I don't know.
23 I can only rely on that, and I can say that, yes,
24 indeed, if I have signed a document in which we
25 have made certain promises to the government,

Page 217

1   it's realistic that they were also looking for
2   the realization of that.
3      Q.   Okay.  But if Mr. Stavridis is putting
4   pressure on the company to produce results, at
5   the same time the only potential counter-parties
6   that the Greeks have made available is, as I
7   understood your testimony, were grossly unfit for
8   the task; is that fair?
9      MR. BUEHLER:  Objection.
10     THE WITNESS:  Let me say that I don't know
11  how many other elements of the project were under
12  way; how many other suggestions, plans the Greeks
13  and others were already contributing.  This --
14  here we are with this list only picking one
15  element, and I am not sure whether there are
16  binders behind this whole story, which we don't
17  touch upon now because -- because it's not on the
18  table.
19     Q.   Okay.
20     A.   I tell you such a project to launch an
21  operator somewhere needs significant preparatory
22  work.  One important, we need of course to find
23  all the actors, but there are many, many others
24  behind it:  Pricing issues, marketing issues,
25  regulatory issues, and so on and so on.

Page 218

1      Q.   Okay.  The next sentence here
2   Mr. Balogh writes, "I explained to them that we
3   shall not take any action whatsoever until the
4   legal review of the companies is not completed."
5      When he writes, "the legal review of
6   the companies," did you understand that to be
7   referring to the due diligence of the companies
8   identified in Exhibit 37?
9      A.   Yes.  Yes.  Of course.
10     Q.   Once you understood that these were
11  shell companies, was there the ongoing legal
12  review after that or would that review have
13  simply ended once you know they are shell
14  companies?
15     A.   I am not a lawyer.  So I really cannot
16  tell you what an in-depth legal review means, but
17  I think more than what was -- what was said here
18  about the companies.  We have initiated a review,
19  and that review was not finished, only the
20  preliminary --
21     Q.   Okay.
22     A.   -- results for that.  So most probably
23  it was going on.
24     Q.   All right.  So next sentence then says,
25  "Naturally, Nico change his strategy and asked me

Page 219

1   to talk to you so that you speak to Contominas
2   about how the matter could be speeded up.  It is
3   his idea that Contominas could bridge over the
4   period while we find out which company we
5   should -- we could cooperate with."
6      Did you have any understanding of what
7   Mr. Balogh meant when he said that Contominas
8   could bridge over the period?
9      A.   Yes.  Contominas was owning not only an
10  insurance company and television channels and so
11  on, but he was also owning a significant
12  telecommunications company with distribution
13  channels, with technical assistance and so on,
14  few hundred people at least in Greece.  And the
15  idea was that somehow we should include those
16  guys into the preparatory phase rather than hire
17  somebody.
18     Q.   Okay.
19     A.   The company name was Cosmoline.
20     Q.   Okay.  So would the suggestion have
21  been to use Cosmoline instead of one of these
22  five companies --
23     A.   Yes.
24     Q.   -- to do that?
25     A.   Instead of.  Not instead of these.  I

Page 220

1   don't think that that is a good expression.  Use
2   them because they are suitable.
3      Q.   Okay.
4      A.   Instead these -- I would not really
5   talk too much about companies which are not
6   capable of doing things.
7      Q.   Okay.  So the suggestion, then, was
8   that Cosmoline would be used for the --
9      A.   Yes.
10     Q.   -- the infrastructure work on the
11  border between --
12     A.   Yes.
13     Q.   -- with Kosovo.
14     A.   And all the others which I cannot list
15  now.  There were many tasks related to the
16  project.  So --
17     Q.   Okay.  Now why would -- I am still --
18  the word "bridge," why would that be considered a
19  bridge as opposed to simply --
20     A.   I don't know.
21     Q.   -- using that?
22     A.   If you have a problem, then you are
23  bridging the problem if it is solved somehow.
24  Huh?  I think that's an expression, but I don't
25  know.

# In The Matter Of:

*U.S. Securties and Exchange Commission v.*
*Elek Straub, Andras Balogh and Tamas Morvai*

---

*Elek Straub*
*Vol. 2*
*August 1, 2014*

---

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94103*
*(415) 597-5600*

Original File 24485StraubV2.txt
Min-U-Script® with Word Index

Page 493

1  did not recognize the document, he was
2  nonetheless aware of the number of the topics
3  referred to within it.  Mr. Mastrangelo noted
4  that had Mr. Straub's name appeared in the
5  signature block on behalf of Matav on page 4 of
6  the document and asked whether Mr. Straub had
7  ever signed such a document.  Mr. Straub could
8  not recall ever having signed such a document nor
9  any documents with the government of Macedonia.
10 In any event, the protocol was in draft form."
11     A.   Yes.
12     Q.   Do you recall having -- having that
13 exchange with the lawyers from White & Case?
14     MR. BUEHLER: Objection.
15     THE WITNESS: I -- as I told you, I don't
16 remember the exact -- exact sequence of -- of
17 this discussion at the time.  It was long ago.
18 But what is the question?
19 BY MR. DODGE:
20     Q.   I think you answered the question,
21 which was:  Do you recall the exchange?
22          Did you tell White & Case that you did
23 not recall ever having signed such a document as
24 exhibit -- as Exhibit 171?
25     MR. BUEHLER: Objection.

Page 494

1     THE WITNESS: As -- as I see this document,
2  I have never signed this document or even a
3  document which is equal to this.  It consists of
4  alternatives:  Alternative A, B and C.  It
5  consists of I don't know how many points.  We
6  have seen this protocol of cooperation several
7  times.  This is not the one I have signed.
8  BY MR. DODGE:
9     Q.   Did you tell White & Case that you
10 could not recall ever having signed any documents
11 with the government of Macedonia?
12    MR. BUEHLER: Objection.
13    THE WITNESS: I don't remember reading the
14 wording at that time.  It was really very long
15 ago.
16 BY MR. DODGE:
17    Q.   Okay.  Did you tell White & Case that
18 there was a signed version of the Protocol of
19 Cooperation?
20    MR. BUEHLER: Objection.
21    THE WITNESS: I don't know whether it was
22 ever asked.  I don't know.
23    MR. DODGE: Could we take a 10-minute break
24 at this point?
25    MR. BUEHLER: Okay.

Page 495

1     THE VIDEOGRAPHER: We are now off the
2  record.  The time is 3:57 p.m., August 1st, 2014.
3  This marks the end of DVD Number 9 of the
4  deposition of Mr. Elek Straub.
5     (Break taken.)
6     THE VIDEOGRAPHER: This marks the beginning
7  of DVD Number 10 in the deposition of Mr. Elek
8  Straub.  We are now back on the record.  The time
9  is 4:11 p.m., August 1st, 2014.
10    (Exhibit 154, PowerPoint presentation,
11 marked for Reference.)
12 BY MR. DODGE:
13    Q.   Mr. Straub, we are now going to be
14 changing to a different subject area.  I have
15 handed you a document that has previously been
16 marked Exhibit 154.
17    A.   Yes.
18    Q.   It's a PowerPoint presentation with the
19 heading "SOX Project Status Report," an operation
20 in 2006, MC proposal date of the MC meeting,
21 October 28, 2005.
22         Have you had a chance to review
23 Exhibit 154?
24    A.   Of course it's a detailed and in-depth
25 document, so it would need more time, but I -- I

Page 496

1  have an overview about it, yes.
2     Q.   The reference on the cover to MC
3  meeting, do you understand what the reference of
4  MC is to?
5     A.   Yes.
6     Q.   What is that?
7     A.   That's the management committee of
8  Magyar Telekom, the highest management body.
9     Q.   Okay.  And that would -- that would
10 have included you as the CEO in 2005; is that
11 right?
12    A.   Yes.  Yes.
13    Q.   The reference in the heading to "SOX
14 project status," do you have understanding what
15 the SOX project was in 2005?
16    A.   Yes.  As a company listed on the New
17 York Stock Exchange, we were implementing,
18 according to the rules and obligations, the SOX
19 requirements in Hungary.  That was a lengthy
20 process with several milestones and, of course,
21 with significant external help.
22         And seemingly, although I don't
23 remember and recall the exact dates and last
24 dates of the milestones, this was seemingly an
25 important milestone where we got the report about

Case 1:11-cv-09645-RJS   Document 248-12   Filed 11/16/15   Page 15 of 16

U.S. Securities and Exchange Commission v.                                Elek Straub - Vol. 2
Elek Straub, Andras Balogh and Tamas Morvai                                   August 1, 2014

Page 497

1  the process -- progress in 2005 and -- and some
2  plans for 2006.
3      Q.   Okay.  We have used the term SOX,
4  S-O-X.
5           Do you understand that to refer to the
6  Sarbanes-Oxley Act?
7      A.   That is the Sarbanes-Oxley Act and
8  everything which was coming from it as an
9  obligation to us.
10     Q.   On the bottom right-hand corner of
11 Exhibit 154 is the name Andras Balogh.  Did
12 Mr. Balogh have a role within Magyar Telekom in
13 connection with the SOX project?
14       MR. HILL:  Objection.
15       THE WITNESS:  He -- he was responsible for
16 almost all significant projects and most probably
17 in this capacity, he was putting this together.
18 BY MR. DODGE:
19     Q.   When you say "all significant
20 projects," do you mean all significant projects
21 related to the Sarbanes–Oxley Act?
22     A.   No.  No.  No.  Beyond that.  Beyond
23 that as well.
24     Q.   If you look at page 6 of the exhibit,
25 this is the Bates number that ends in 8870, there

Page 498

1  is an organizational chart.  Do you see that?
2      A.   Yes.
3      Q.   And then in the center, toward the top
4  is a box for SOX Compliance Manager Group.  Do
5  you see that?
6      A.   Yes.  Yes.
7      Q.   What was the responsibility of that
8  position in 2005?  In that group, I should say.
9      A.   It's a complicated chart, and as I read
10 it, the -- there was a -- a group set up from --
11 from persons to supervise the whole project and
12 give a kind of professional guidance to the
13 subunits of -- of Magyar Telekom and, of course,
14 these were also managing different units in the
15 company.
16     Q.   And then that box that you have just
17 been describing, there is a solid line moving up
18 from the SOX Compliance Manager Group to the
19 Magyar Telekom group, chief strategist executive
20 director.  Do you see that?
21     A.   Yes.
22     Q.   And who held that position in 2005?
23     A.   In 2005, I think it was Andras Balogh,
24 Mr. Andras Balogh.
25     Q.   And then there is also, moving up from

Page 499

1  the SOX Compliance Manager Group, a dotted line
2  going up to the Magyar Telekom Group CFO.
3      A.   Yes.
4      Q.   Who was that in 2005?
5      A.   That was Klaus Hartmann, Dr. Klaus
6  Hartmann.
7      Q.   And do you have an understanding of
8  what responsibilities Mr. Balogh had in
9  overseeing the SOX Compliance Manager Group?
10     A.   He was overseeing that group.  He
11 was -- he was the one who had under -- under whom
12 this group was established.
13     Q.   Okay.  So was -- and then -- and how is
14 that different than the dotted line that moves up
15 to Mr. Hartmann's position?
16     A.   Mr. Hartmann played the important role,
17 from a professional perspective, in this whole
18 SOX project and SOX compliance introduction.  He
19 was the one responsible for the professional
20 content of the project.  Mr. Balogh and others
21 were only responsible for the -- for the
22 management support.
23     Q.   Okay.  When you were the chief
24 financial officer of -- of Magyar Telekom, did
25 you periodically sign management representation

Page 500

1  letters for -- addressed to Pricewaterhouse-
2  Coopers?
3        MR. BUEHLER:  I believe you -- you addressed
4  him as "chief financial officer."
5        MR. DODGE:  I apologize.  My brain is still
6  on the last question.  So I withdraw the question
7  and try -- try it again.
8  BY MR. DODGE:
9      Q.   Mr. Straub, when you were the chief
10 executive officer of Magyar Telekom, did you
11 periodically sign management representation
12 letters addressed to PricewaterhouseCoopers?
13     A.   Yes.  Together with the chief financial
14 officer, basically we have signed every -- at
15 every Easter such a return, yes.
16     Q.   What was your understanding of the
17 purpose of the management representation letters?
18     A.   Directly we have signed, together with
19 Dr. Klaus Hartmann, was -- was representing the
20 basic position of the company towards our
21 auditor.  It was prepared on different levels.
22 Summarized, the whole process was in the hands of
23 the finance function and then presented to me
24 to -- to be signed.
25     Q.   And did you have an understanding of

Case 1:11-cv-09645-RJS   Document 248-12   Filed 11/16/15   Page 16 of 16

| U.S. Securities and Exchange Commission v. | Elek Straub - Vol. 2 |
| Elek Straub, Andras Balogh and Tamas Morvai | August 1, 2014 |

Page 501

1   what role the management representation letter
2   had to PricewaterhouseCoopers in terms of the
3   work that they did on the company's side?
4       A.   I was never an expert on this field
5   but, of course, I did understand that this is an
6   important additional information they need to
7   close the -- the books -- to review and close the
8   books of the company.
9       Q.   Was there a -- was there a management
10  representation letter issued and signed in
11  connection with the preparation of Magyar
12  Telekom's Form 20-F?
13      A.   We were -- I -- I cannot tell you
14  directly, but we were preparing reports quarterly
15  and at the end of the year, and 20-F was, I
16  think, the yearly document which we have prepared
17  and submitted to the Stock Exchange.
18      Q.   So Magyar Telekom, when it was a
19  publicly traded company, filed an annual
20  Form 20-F with the Securities and Exchange
21  Commission; is that right?
22      A.   Yes, yes.
23      Q.   And on a quarterly basis, is it your
24  understanding that Magyar Telekom filed a Form
25  6-K with --

Page 502

1       A.   I -- I would not be able to -- to have
2   this name to it, but we were preparing quarterly
3   a report, and this was an unaudited version of
4   the report --
5       Q.   Okay.
6       A.   -- of the -- of the financial status of
7   the company. Yes.
8       Q.   Did you understand that Magyar
9   Telekom's quarterly reports were filed with the
10  New York -- with the Securities and Exchange
11  Commission?
12      A.   I don't remember the quarterlies. I
13  remember this 20-F stuff but, of, course, I
14  was -- I was in belief that we are filing every
15  day what is needed.
16      Q.   Did you understand that Magyar
17  Telekom's SEC filings were available -- made
18  available publicly for -- for use by investors?
19      A.   Yes. I could read it on something.
20          MR. DODGE: May have Exhibit 18, please?
21  This is Number 129.
22          (Exhibit 18, Management representation
23  letter Bates stamped DOJ 0125968 through 25980,
24  marked for Reference.)
25  BY MR. DODGE:

Page 503

1       Q.   Mr. Straub, I am handing you a document
2   that's been previously marked Exhibit 18. It's a
3   letter, about 13 pages long, addressed to
4   PricewaterhouseCoopers. On the last page, it has
5   a date, January 17, 2005, signature lines for
6   Elek Straub and Klaus Hartmann, Bates numbers
7   DOJ 0125968 through 25980.
8       A.   Yes.
9       Q.   Can you identify [Exhibit 18](Exhibit 18) as a
10  management representation letter that you and
11  Mr. Hartmann signed on or about January 17, 2005?
12      A.   Yes.
13      Q.   And let me take you through some of
14  the -- some of the language in the first couple
15  of pages --
16      A.   Yes.
17      Q.   -- of the exhibit.
18          On the second paragraph it begins, "We
19  acknowledge management's responsibility for the
20  IFRS financial statements, the financial
21  statements prepared for statutory purposes, the
22  Deutsche Telekom AG consolidation reporting
23  packages and the 20-F to be filed with the United
24  States Securities and Exchange Commission and
25  believe that they present fairly in all material

Page 504

1   respects the financial position and results of
2   operations of the company in accordance with
3   relevant GAAP."
4           So as you testified before -- withdraw
5   that question.
6           Move down to the next paragraph --
7       A.   Yes.
8       Q.   -- which begins, "We also acknowledge
9   our responsibility for establishing and
10  maintaining proper accounting and other records
11  and adequate systems of internal controls."
12          Did you understand, when you signed
13  management representation letters, that one of
14  your representations had to do with maintaining
15  proper accounting and adequate systems of
16  internal controls?
17      A.   Yes.
18      Q.   Then at the bottom of the first page,
19  "We confirm, to the best of our knowledge and
20  belief, as of January 14th, 2005, the date of
21  your report, and having made appropriate
22  inquiries of other officers of the company, the
23  following information and opinion given to you in
24  connection with your performance of the
25  engagements referred to above."