# Exhibit 30


Balogh András
2005.05.30 15:59

Címzett:   Straub Elek/VIG/HTC2@HTC2
Másolat:   Morvai Tamás/ST/HTC2@HTC2
Tárgy:     MakTel - Protocol of Cooperation

fyi. A fenyegetések visszavonása.
-------------------- Továbbította Balogh András/ST/HTC2 dátum: 2005.05.30 15:58 --------------------

 "Ljupco Farmakoski" <ljupco.farmakoski@primeminister.gov.mk> dátum: 2005.05.28 16:41:43

Címzett:   <balogh.andras@ln.matav.hu>
Másolat:
Tárgy:     Regards

Dear Andras,

I would like to thank you for the personal efforts in results for mutual Protocol of cooperation between GoV and MATAV. My personal opinion and the opinion of the GoM is that this Protocol of cooperation will be bases for the future fruitful cooperation and partnership between GoM and MATAV.

According our discussion, I'm informing you that we are withdraw Non-Paper send on 23 May, 2005.

To conform our constructive cooperation to MATAV, I informing you that GoM will immediately take measures to registered Matav as a sole shareholder of Stonebridge and Telemacedonia. Also GoM will take measures to bring new "Decision for the determining the number of points for calculation of the height of the annual fee for usage of radiofrequencies", according the point 3 of the Protocol of cooperation.

Dear Mr. Andras, according the point 2 of the Protocol we definite the payment of the dividend, so it will be good if you can contanct Mr Atila to prepare new draft for payment, according the point 2 of the protocol, for the meeting scheduled for Monday,

Best regards,

Farmakoski

CONFIDENTIAL
MT-MAK 0029293

András Balogh
30.05.2005 15:59

To: Elek Straub/VIG/HTC2@HTC2
Cc: Tamás Morvai/ST/HTC2@HTC2
Subject: MakTel – Protocol of Cooperation

FYI. Withdrawal of threats.
------------------------Forwarded by András Balogh-ST-HTC2 date: 30.05.2005 15:58----------------------------------


"Ljupco Farmakoski" <ljupco.farmakoski@primeminister.gov.mk>
date: 28.05.2005 16:41:43

To: <balogh.andras@in.matav.hu>
Cc:
Subject: Regards

Dear Andras,

I would like to thank you for the personal efforts in results for mutual Protocol of cooperation between GoV and MATAV. My personal opinion and the opinion of the GoM is that this Protocol of cooperation will be bases for the future fruitful cooperation and partnership between GoM and MATAV.

According our discussion, I'm informing you that we are withdraw Non-Paper send on 23 May, 2005.

To conform our constructive cooperation to MATAV, I informing you that GoM will immediately take measures to registered Matav as a sole shareholder of Stonebridge and Telemacedonia. Also GoM will take measures to bring new "Decision for the determining the number of points for calculation of the height of the annual fee for usage of radiofrequencies", according the point 3 of the Protocol of cooperation.

Dear Mr. Andras, according the point 2 of the Protocol we definite the payment of the dividend, so it will be good if you can contact Mr Atila to prepare new draft for payment, according the point 2 of the protocol, for the meeting scheduled for Monday,

Best regards,

Farmakoski

CONFIDENTIAL
MT-MAK 0029293-T