# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   - - - - - - - - - - - - - - - -
 5   U.S. SECURITIES AND EXCHANGE  )
 6   COMMISSION                    )
 7           Plaintiff             )
 8   vs.                           )    Civil Action No.
 9   ELEK STRAUB, ANDRAS BALOGH,   )    11-Civ.-9645(RJS)
10   and TAMAS MORVAI              )
11           Defendants            )
12   - - - - - - - - - - - - - - - -
13
14
15        VIDEOTAPED DEPOSITION OF ANDRAS BALOGH
16                MONDAY, JULY 28, 2014
17              PAGES 1 - 250; VOLUME 1
18
19
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                         BY:  STEVEN POULAKOS, RPR
23                         160 SPEAR STREET, SUITE 300
24                         SAN FRANCISCO, CALIFORNIA 94015
25                                    (415) 597-5600
```

1  bridging with Cosmotelco, is that the same bridging
2  that was discussed in the prior e-mails?
3       A     It appears so.
4       Q     Okay.  And you say, because we have a
5  similar problem with the auditor that I explained
6  before.  What problem with an auditor would you have if
7  you were bridging with Cosmotelco?
8       A     If I see this, it may refer to the MVNO
9  operation in Kosovo, which is an unlicensed operation.
10 An unlicensed operation was a serious thing that MakTel
11 could not have been associated with.
12            As Cosmotelco was an indirect owner of
13 MakTel, Cosmotelco could not have been associated with
14 an unlicensed operation either.
15      Q     Well, if Cosmotelco couldn't be associated
16 with an unlicensed operation, how could MakTel be
17 associated with --
18      A     MakTel could not be associated with an
19 unlicensed operation.
20      Q     Well, then how could MakTel have been
21 considering using any of these parties as -- any of
22 these companies as counterparties?
23      A     These aren't the contracting partners.
24 Those are not the actual providers of the MVNO service.
25 I ask you if you're aware how an MVNO works.

1                  Now, this has been an ongoing work.  They
2     were trusted partners.  They've been working with them
3     for years.  They were responsible for regulatory and
4     government relations, government relations, from the
5     first day of the privatization.
6                  It was their task before and it was their
7     task after they existed the formal equity partnership
8     with MakTel.  These were issues they had been working
9     on, and some of the issues had to be put in a written
10    contract.  So as I read it today, it's a reference to
11    the actual contracts that had to be worded, formed, to
12    cover the costs of the legitimate lobbying activities
13    of the Greeks.
14        Q     So on June 16th, 2005, the date of this
15    e-mail, was there a frequency fee issue that needed to
16    be solved?
17        A     I think I told you already, you know, it's
18    been an ongoing work.  The frequency issue, I don't
19    know whether the frequency issue was solved on
20    June 16th.  If the invoice had been issued by the
21    appropriate regulator or telecommunication authority,
22    than it was sold for one year, it wasn't sold for the
23    next year.
24        Q     Okay.  So it was not solved by the signing
25    of the Protocol of Cooperation, in your view?