

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 30, 2016

**By ECF and electronic mail**

Honorable Richard J. Sullivan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

Re:   *United States Securities and Exchange Commission v. Elek Straub, et al.,*
      **11-cv-9645 (RJS)**

Dear Judge Sullivan:

We represent defendant Elek Straub in the above-referenced action. With the consent of all parties, we write in response to the Court's instruction at last week's argument in connection with the parties' summary judgment motions to advise the Court of a three-week period in May 2017 during which all counsel could be available for trial. Having conferred amongst ourselves, we can report that counsel for Plaintiff and counsel for all Defendants can be available for trial beginning on May 8, 2017.

Respectfully submitted,

*Lisa J. Fried*

Lisa J. Fried

Partner
lisa.fried@hoganlovells.com
D (212) 909-0658

cc:   All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. Business Service Centers: Johannesburg  Louisville. Legal Service Center: Birmingham. For more information see www.hoganlovells.com