# Schedule B-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ELEK STRAUB and ANDRÁS BALOGH,**<br><br>Defendants. | **No. 11-CV-9645 (RJS)**<br><br>**SEC WITNESS LIST** |

| Name | Will/May Call Deposition/Live | Title |
|---|---|---|
| John Adams | Will Call/Live | Expert witness, telecommunications regulation |
| Andras Balogh | Will Call/Live & Deposition | Defendant |
| Slobodan Bogoeski | Will Call/Live | Former Head of State Security, Undersecretary of Interior, Republic of Macedonia |
| Keith Brown | Will Call/Live | Expert witness on Macedonian history, politics; Director of Postdoctoral and Undergraduate Policy Programs, Watson Institute, Brown University |
| Vlado Buckovksi | Will Call/Deposition | Former Prime Minister, Republic of Macedonia |
| Rajal Dubal | Will Call/Live | Expert witness, forensic accounting; Director, AlixPartners |
| Adam Farkas | Will Call/Deposition | Former Head of Magyar Telekom Audit Committee; Executive Director, European Banking Authority |
| Zoltan Galig | Will Call/Deposition | Former Regulatory Director, MakTel |

| | | |
|---|---|---|
| Marton Halasi | Will Call/Deposition | Former Chief Human Resources and Legal Officer, MakTel |
| Zsolt Herczegh | Will Call/Deposition | Head of Corporate Affairs and Internal Regulations, Magyar Telekom |
| Zoltan Kisjuhasz | Will Call/Deposition | Former Attorney, Magyar Telekom; Former CEO, Stonebridge |
| Thomas Koenye | Will Call/Deposition | Former Chief Marketing Officer, MakTel |
| Nick Kos | Will Call/Deposition | Partner, PricewaterhouseCoopers |
| Donna Levy | Will Call/Live | Expert witness, mission and operations of SEC, filing and reporting requirements of foreign registrants; Attorney at SEC Division of Corporation Finance, Office of Enforcement Liaison |
| Jonathan Mastrangelo | Will Call/Live | Former Associate Attorney, White & Case |
| Dejan Mickovik | Will Call/Deposition | Former Chairman of the Board, MakTel; Professor of Law, St. Cyril and Methodius University |
| Tamas Morvai | Will Call/Deposition | Former Director of Business Development & Acquisitions, Magyar Telekom |
| Carol Rounds | Will Call/Live | Expert witness, Hungarian-English translation; Lecturer in Hungarian language and linguistics, Columbia University |
| Jessica Ruest Smith | Will Call/Live | Expert witness, forensic technology; Vice President, Digital Forensics, Stroz Friedberg |
| Elek Straub | Will Call/Deposition | Former CEO, Magyar Telekom |
| Attila Szendrei | Will Call/Deposition | Former CEO, MakTel |
| Ferenc Vaczlavik | Will Call/Deposition | Former CEO, Telemacedonia |
| Janos Winkler | May Call/Deposition | Former Deputy CEO, T-Mobile Hungary |